Barrett S. Litt, SBN 45527
Email: blitt@kmbllaw.com
Ronald O. Kaye, SBN 145051
Lindsay B. Battles, SBN 262862
KAYE, McLANE, BEDNARSKI & LITT
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK O'CONNELL, NICHOLAS O'CONNELL,<br><br>Plaintiffs,<br><br>vs.<br><br>J.D. SMITH; ESTATE OF GILBERT PARRA; ERIC PARRA; COUNTY OF LOS ANGELES AND DOES 1-10<br><br>Defendants. | CASE NO. 13-01905-MAN<br><br>[HONORABLE MICHAEL W. FITZGERALD]<br><br>DECLARATION OF LINDSAY BATTLES IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 1 TO PRECLUDE THE DEFENSE OF GUILT, AND TO EXCLUDE GUILT EVIDENCE/ARGUMENT THAT DEFENDANT IS GUILTY, OR, AS A LESSER ALTERNATIVE, TO ESTABLISH STANDARDS FOR A DEFENSE OF GUILT<br><br>Date:      May 11, 2015<br>Time:      10:00 A.M.<br>Courtroom: 1600 |

# DECLARATION OF LINDSAY BATTLES

I**, LINDSAY BATTLES**, declare:

1. I am an associate attorney in the law firm of Kaye, McLane, Bednarksi & Litt, LLP. This declaration is submitted in support of Plaintiffs' Motion in Limine to preclude the defense of guilt, and to exclude guilt evidence/argument that defendant is guilty, or, as a lesser alternative, to establish standards for a defense of guilt.

2. Attached is a true and correct copy of the January 10th, 1984 Report of Detectives Smith and Parra, **Exhibit 1.04**.

3. Attached hereto is a true and correct copy of the February 8th, 1984 Arrest Report for Frank O'Connell, **Exhibit 1.12**.

4. Attached hereto is a true and correct copy Detective Parra's January 5th, 1984 notes detailing an interview with Gina French concerning a prior attempt on Jay French's life by Jeanne Lyon and Randy Smith, **Exhibit 3.01**.

5. Attached hereto is a true and correct copy of Detective Smith's January 5th, 1984 notes detailing an interview with Gina, **Exhibit 4.1**.

6. Attached hereto is a true and correct copy of Detective Smith's notes concerning Peter Wisner, **Exhibit 4.2**.

7. Attached hereto is a true and correct copy of Detective Smith's January 9th, 1984 notes concerning the six-photo array shown to Daniel Druecker, **Exhibit 4.3**.

8. Attached hereto is a true and correct copy of Detective Smith's February 5th, 1984 notes concerning an interview with Maurice Soucy, **Exhibit 5.1**.

9. Attached hereto is a true and correct copy of Detective Smith's February 28th, 1984 notes concerning an investigation regarding Richard Stevens, **Exhibit 6.01**.

1

1    10.  Attached hereto is a true and correct copy of handwritten notes, dated February 5th, 1984, detailing an interview with concerning an interview with Maurice Soucy, **Exhibit 7.1**.

11.  Attached hereto is a true and correct copy of an a typed inter-office correspondence from the South Pasadena Police Department and handwritten notes concerning an anonymous tip called in on February 8th, 1984 about the murder of Jay French, **Exhibit 9**.

12.  Attached hereto is a true and correct copy of the transcript of Arturo Villareal's testimony in the 1985 trial of Frank O'Connell, **Exhibit 100.07**.

13.  Attached hereto is a true and correct copy of the transcript of Officer J.D. Smith's testimony in the 1985 trial of Frank O'Connell, **Exhibit 100.09**.

14.  Attached hereto is a true and correct copy of the transcript of Jean Wilson's testimony in the 1985 trial of Frank O'Connell, **Exhibit 100.10**.

15.  Attached hereto is a true and correct copy of the transcript of Pamela Wilson's testimony in the 1985 trial of Frank O'Connell, **Exhibit 100.11**.

16.  Attached hereto is a true and correct copy of the transcript of Brenda Lee Rogers' testimony in the 1985 trial of Frank O'Connell, **Exhibit 100.12**.

17.  Attached hereto is a true and correct copy of the transcript Karen Baxter's testimony in the 1985 trial of Frank O'Connell, **Exhibit 100.13**.

18.  Attached hereto is a true and correct copy of the transcript of James Hamilton's testimony in the 1985 trial of Frank O'Connell, **Exhibit 100.14**.

19.  Attached hereto is a true and correct copy of the transcript Scott Egerer's testimony in the 1985 trial of Frank O'Connell, **Exhibit 100.15**.

20.  Attached hereto is a true and correct copy of the transcript the Court's guilty verdict in the 1985 trial of Frank O'Connell, **Exhibit 100.18**.

21. Attached hereto is a true and correct copy of the transcript of Daniel Druecker's testimony in the 2011 proceedings of Frank O'Connell's Habeas Corpus Petition, **Exhibit 201.01**.

22. Attached hereto is a true and correct copy of the transcript of Adolfo Lara's testimony in the 2011 proceedings of Frank O'Connell's Habeas Corpus Petition, **Exhibit 201.05**.

23. Attached hereto is a true and correct copy of the September 22nd, 2008 Declaration of Deborah Zitella, **Exhibit 207**.

24. Attached hereto is a true and correct copy of November 19th, 2008 Declaration of Michael Flick, **Exhibit 208**.

25. Attached hereto is a true and correct copy of the June 1st, 2005 Declaration of James Mack, **Exhibit 211**.

26. Attached hereto is a true and correct copy of the September 13th, 2011 Declaration of Adolfo Lara, **Exhibit 222**.

27. Attached hereto is a true and correct copy of the June 11th, 2012 Court Order dismissing charges against Frank O'Connell pursuant to Penal Code Section 1382, **Exhibit 223**.

28. Attached hereto is a true and correct copy of the May 21st 2014 Declaration of Daniel Druecker, **Exhibit 224**.

29. Attached hereto is a true and correct copy of excerpts of the transcript of the August 20th, 2014 Deposition of Danny Lee "Boone" Maynard, **Exhibit 600**.

30. Attached hereto is a true and correct copy of excerpts of the transcript of the August 19th, 2014 Deposition of Rebecca Morse, **Exhibit 601**.

31. Attached hereto is a true and correct copy of excerpts of the transcript of the October 31st, 2014 Deposition of Deborah Zitella, **Exhibit 602**.

3

32. Attached hereto is a true and correct copy of the Civil Minutes-General of the US District Court's for the Central District of California January 26th, 2010 Order in *Goldstein v. City of Long Beach*, **Exhibit A**.

33. Attached hereto is a true and correct copy of the Civil Minutes-General of the US District Court's for the Central District of California August 11th, 2011 Order in *Lisker v. City of Los Angeles*, **Exhibit B**.

34. Attached hereto is a true and correct copy of the Civil Minutes-General of the US District Court's for the Central District of California February 15th, 2012 Order in *Lisker v. City of Los Angeles*, **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct**.** Executed this 10th day of April, 2015 in Pasadena, California.

By   /s/  Lindsay Battles
Lindsay Battles