

**UCLA Stein Eye Institute** | **DOHENY EYE INSTITUTE**

Ophthalmology Department
Doris Stein Building – 3-310B
200 Stein Plaza
Los Angeles, CA 90095

RETINAL DISORDERS &
OPHTHALMIC GENETICS
DIVISION

December 5, 2016

CONTACT INFORMATION:
General:            (310) 794-5400
Fax:                (310) 206-7826
Genetic Counseling: (310) 794-5608
Research subjects:  (310) 794-5598
   Toll-free        (800) 286-8581
Research e-mail: oculargenetics@jsei.ucla.edu

CLINICAL FACULTY

**Michael B. Gorin, M.D., Ph.D.**
Harold and Pauline Price
   Professor of Ophthalmology
Retinal Disorders & Ophthalmic Genetics
Division Chief
Co-Director, Visual Physiology Laboratory
gorin@jsei.ucla.edu

Appointments:       (310) 794-5400

**Colin A. McCannel, M.D., F.A.C.S.**
Professor of Clinical Ophthalmology
Surgical and Medical Retina
Chief of Retina – Harbor-UCLA Medical Center
cmccannelpatients@jsei.ucla.edu

Appointments:       (310) 794-9922

**David Sarraf, M.D.**
Clinical Professor of Ophthalmology
Medical Retina and Uveitis
sarrafpatients@jsei.ucla.edu

Appointments:       (310) 794-9921

GENETIC COUNSELING
SERVICES

**Michael B. Gorin, M.D. Ph.D.**
**Lindsey Pyers**
Genetics Research and Clinical Coordinator
pyers@jsei.ucla.edu

VISUAL PHYSIOLOGY
LABORATORY

**Steven Nusinowitz, Ph.D.**
Associate Professor of Ophthalmology
Retinal Electrophysiology and Psychophysics
Co-Director, Visual Physiology Laboratory
nusinowitz@jsei.ucla.edu
Office: (310) 825-5798

Appointments:       (310) 794-5400

CLINICAL RESEARCH CENTER

**Sara Harmon, COT**
Clinical Research Coordinator
harmon@jsei.ucla.edu
Office: 310-825-7836    310-794-9921

**Lindsey Pyers**
Clinical Research Coordinator
pyers@jsei.ucla.edu
Office: (310) 794-5598  (800) 286-8581

LABORATORY OF OCULAR
MOLECULAR AND CELLULAR
BIOLOGY AND GENETICS

**Anna Matynia, Ph.D.**
Associate Research Ophthalmologist
Director of Basic Research
matynia@mednet.ucla.edu
Office: (310) 825-7519

Dear Mr. Barry Litt:

At the request of counsel, I have been requested to address the probable visual acuity of an eyewitness with a history of myopia who witnessed an event at age 25 without refractive correction. If called to testify to these opinion as an expert witness in this case, I would so testify.

The only available ocular data is a pre-refractive surgery lens correction in 2009 at a time when the individual was 51 years old. The refraction provided by Slade & Baker Vision Center was OD -4.00-0.75x10 and OS -3.75-.75x175 (spheric equivalents of -4.38 and -4.50 respectively). The issues that need to be considered are:

- Based on this refraction, what is the likely refractive error for this individual at age 25?
- Secondly what would be the equivalent distance visual acuity for that individual if they were not wearing their glasses?

There are several studies that have looked at the stability of refractive error of low to moderate myopes (near-sighted individuals) over a period of time. For the general population, the progression of juvenile myopia (which this individual reportedly has) for most males will level off with their refractive error by age 22 (Goss and Winkler, Am J Optom Physiol Opt. 1983 Aug;60(8):651-8.) and then remain stable. Work by Goldblum et al (Graefes Arch Clin Exp Ophthalmol 2013: 251: pp 1431-6) looked at refraction changes over at least 5 years in 15,000 patients and showed that, for individuals aged 20-24, 49% experienced a myopic shift; individuals age 25-29 had a 40% probability of a refractive change, and that for individuals ages 40-69, refractions remained stable for 40-45% of those individuals. Eighty-five percent of all individuals in the study had bilateral symmetric shifts. However, for all of these age groups, the myopic shifts tended to be less than 1 diopter of increased myopia. Thus, unless the witness was engaged in a profession that involved a great deal of close work[1] (which would increase the refractive error more rapidly bur for which there is no indication), we have good confidence that Mr. Druecker's refractive error (spheric equivalents) at age 25 was between -3.5 and -4.0 D for both eyes.

If we assume that his refractive error at age 25 was the lower (minimal) end of the spectrum (--3.5 D), then the question is "what would have been his distance visual acuity without correction at that time. There is only a single study that has addressed this issue (Peters. Am J of Optom 1961: p194-8.) The data from this paper also appears in several places on the internet in tables that summarize the paper's findings. Essentially, uncorrected visual acuities for myopes tend to remain stable, in contrast to that for hyperopes (far-sighted individuals who require positive corrective lenses) who gradually lose accommodative function as they age. The Peters' graphs show (see figure 2), that for myopes age 25-35, with refractive errors of -2.0 diopters or greater, the uncorrected visual acuities are 20/200 or worse.

<mark>Accordingly, based on a conservative estimate of the patient's likely level of myopia at age 25, extrapolated from his refractive error at age 51 and the studies done for visual acuities for individuals in the 25-35 age group with refractive errors of -2.0 or greater, it is extremely likely that Mr. Druecker's visual acuities (in either or both eyes) was at best 20/200 at the time of the witnessed event and it is more likely than not that it was 20/300 or worse. If the individual who was initially identified was a distance of 30 feet from the witness (which I am told is the likely minimum distance), then a person with normal,</mark>

ACADEMIC MAILING ADDRESS:    Jules Stein Eye Institute, 100 Stein Plaza, UCLA, Box 957000, Los Angeles, CA 90095-7000, U.S.A.
Consultation Suite:    Doris Stein Eye Research Center, 200 Stein Plaza, UCLA, Los Angeles, CA.

**Ex. 701-1**

corrected visual acuity would have an equivalent level of discrimination of an individual at a distance of 300 feet (the equivalent of a football field's length). To the extent his vision was worse or the distance was greater than 30 feet, it would be proportionately longer. (For example, if the distance was 36 feet, and his vision was 20/300, then it would be the equivalent of a normal sighted person trying to identify an individual at a distance of 540 feet, nearly two football fields. Under the most conservative estimate of 20 feet and 20/200 vision, it would still be the equivalent of trying to recognize a person from 200 feet (2/3 of a football field). It is highly unlikely that any individual can make a certain identification of another person from any of those distances.

Should additional, relevant information become available to me in this case, I am open to incorporating it into my opinions. I declare the foregoing to be true under penalty of perjury.

Respectfully submitted,

Michael B. Gorin, MD PhD
Harold and Pauline Price Chair of Ophthalmology
Chief of the Division of Retinal Disorders and Ophthalmic Genetics
Medical Director of the Visual Physiology Laboratory
Department of Ophthalmology
David Geffen School of Medicine – UCLA
Stein Eye Institute

[1] One study that looked at clinical microscopists (an occupation with intensive and prolonged near vision activities) (McBrien and Adams IOVS 1997: 38:2 p 321-33) found that 48% of individuals with pre-existing myopia did experience an increase in their myopia over a 2-year period of an average of 0.77 Diopters. However, there was a substantial number of individuals who showed no evidence of progression. Thus, for those involved in close near vision work, there is significant deterioration of myopia over time, but, that is not so for the general population, for which such deterioration is quite limited.

Figure taken from Peters paper:



Ex. 701-2

# EXHIBIT A

**MICHAEL B. GORIN, M.D., Ph.D.**

**CURRICULUM  VITAE**

## PERSONAL HISTORY

BUSINESS ADDRESS:                                BUSINESS PHONE:  (310) 794-5400
    David Geffen School of Medicine           BUSINESS FAX:       (310) 206-7826
    Department of Ophthalmology               E-MAIL:             gorin@jsei.ucla.edu
    University of California – Los Angeles
    Jules Stein Eye Institute
    200 Stein Plaza  Rm 3-310B
    Los Angeles, CA 90095-7000

HOME ADDRESS:                                    HOME PHONE:         (310) 824-1474
    11099 Ophir Drive #205
    Los Angeles, CA 90024

DATE OF BIRTH:  November 11, 1953              PLACE OF BIRTH:  Baltimore, Maryland

CITIZENSHIP:        U.S.A.                         MARITAL STATUS:  Married

## EDUCATION

UNDERGRADUATE:

| | | |
|---|---|---|
| 1970-1974 | Pomona College Claremont, California | B.A. Zoology- Chemistry |

GRADUATE:

| | | |
|---|---|---|
| 1974-1980 | University of Pennsylvania Philadelphia, Pennsylvania | M.D. Medicine |
| 1974-1980 | University of Pennsylvania Philadelphia, Pennsylvania | Ph.D. Biochemistry |

POSTGRADUATE:

| | | |
|---|---|---|
| 1980-1981 | Center for the Health Sciences University of California, Los Angeles Los Angeles, California | Internship, Medicine |
| 1981-1983 | Jules Stein Eye Institute University of California, Los Angeles Los Angeles, California | NSRA Postdoctoral Fellowship |
| 1983-1986 | Jules Stein Eye Institute Ophthalmology Center for the Health Sciences University of California Los Angeles Los Angeles, California | Residency |

**Ex. 701-4**

| 1986-1987 | Retina Division | Fellowship - |
|---|---|---|
| | Moorfields Eye Hospital | Medical Retina and Genetics |
| | London, England | |

## LICENSURE

Pennsylvania Medical License #MD-045551-E
California Medical License #G045424
Maryland Medical License #D33337 (now expired)

## BOARD CERTFICATION

National Board of Medical Examiners
American Board of Ophthalmology                10/27/1987 – present (lifetime)
Diplomate, Clinical Informatics, American Board of Preventive Medicine – 1/1/2014 – 1/31/2024

## PROFESSIONAL EXPERIENCE

| Professor | Division Chief  - Retinal Disorders and Ophthalmic Genetics   2008-present |
| | Department of Ophthalmology, David Geffen School of Medicine |

Department of Human Genetics
David Geffen School of Medicine - UCLA

| Professor | Department of Ophthalmology | 2006- present |
| | Retina and Vision Science Divisions, | |
| | Harold and Pauline Price Chair in Ophthalmology | |

Director of Ophthalmic Medical Education
Department of Ophthalmology, David Geffen School of Medicine

| Adjunct Professor | Departments of Ophthalmology and Human Genetics | 2006- present |
| | University of Pittsburgh | |

| Secondary Appointment | Department of Bioengineering | 2005-2006 |
| | University of Pittsburgh | |

| Assistant Vice-Chancellor | Office of the Senior Vice Chancellor | 2003- 2006 |
| | for the Health Sciences- Strategic Planning | |
| | University of Pittsburgh | |

| Assistant Dean | M.D. Ph.D. Program Director | 2003- 2004 |
| | University of Pittsburgh School of Medicine | |

| Professor | Department of Ophthalmology | 2002-2006 |
| | University of Pittsburgh School of Medicine | |

Department of Human Genetics
Graduate School of Public Health

| Interim Clinical | Department of Ophthalmology | 2001-2003 |

**Ex. 701-5**

| Vice Chairman | University of Pittsburgh School of Medicine | |
| Interim Chairman | Department of Ophthalmology<br>University of Pittsburgh School of Medicine | 2001-2003 |
| Founding Director | University of Pittsburgh Center for Human Genetics | 1999-2006 |
| Senior Associate | Center for Biomedical Informatics | 1999-2006 |
| Interim Chairman | Department of Human Genetics<br>Graduate School of Public Health and School of Medicine | 1998-2001 |
| Associate Professor | Department of Ophthalmology<br>1996-1998<br>University of Pittsburgh School of Medicine<br><br>Department of Human Genetics<br>Graduate School of Public Health | |
| Assistant Professor | Department of Ophthalmology<br>University of Pittsburgh School of Medicine<br><br>Secondary Appointment<br>Department of Human Genetics<br>University of Pittsburgh Graduate School of Public Health | 1990-1996 |
| Medical Officer | Clinical Branch<br>Section on Ophthalmic Genetics and Pediatric Ophthalmology<br>National Eye Institute<br>National Institutes of Health<br>Bethesda, Maryland | 1987-1990 |

## PROFESSIONAL ACTIVITIES

MEMBERSHIPS IN PROFESSIONAL AND SCIENTIFIC SOCIETIES:

American Medical Association (AMA)
Association for Research in Vision and Ophthalmology (ARVO)
American Academy of Ophthalmology (AAO) (Fellow)
American Society of Human Genetics
International Society of Genetic Eye Diseases
Ophthalmological Associate of Research to Prevent Blindness, Inc
Allegheny County Medical Society
Pennsylvania Medical Society
Pittsburgh Ophthalmological Society
Pittsburgh Blind Association
American College of Medical Genetics (Associate Member)
Delta Omega Honorary Society for Public Health
International Society of Ocular Cell Biology
American Medical Informatics Association (AMIA)

**Ex. 701-6**

PROFESSIONAL ACTIVITIES – UCLA:

**Teaching**

Director of Ophthalmic Education for Medical Students (January 2007 – December 2010)

Organizer of the monthly ophthalmic fellows seminar on Ophthalmic Genetics and Diagnostics

Residency Curriculum Advisor for Vitreo-Retinal Division

Medical Education Committee – School of Medicine 2008- present

Clinical Clerkship Taskforce – School of Medicine 2008-present

Advisory Board – College of Applied Anatomy, David Geffen School of Medicine

Member of the EyeStar selection and advisory committee

Member of Neuroscience IDP graduate group

Member of Human Genetics graduate group

Member of UCLA ACCESS graduate group

Advisory committee for the College of Applied Anatomy 2008-2011

Specific Teaching Activities:

| Year | Course No. | Title of Course | Required⁽ | Enrollment | Other Faculty Participants[3] |
|------|-----------|-----------------|----------|-----------|-------------------------------|
| 2010 | Opth199 | Vision Research | no | 2 | Matynia |
| 2010 | Opth99 | Vision Research | no | 9 | Matynia |
| 2010 | Physci199 | Vision Research | no | 1 | Matynia |
| 2011 | Phsyci199 | Vision Research | no | 2 | Matynia |
| 2011 | Opth99 | Vision Research | no | 10 | Matynia |
| 2011 | Neurosci199 | Vision Research | no | 2 | Matynia |
| 2011 | Physci195 | Vision Research | no | 1 | Matynia |
| 2012 | Neurosci199 | Vision Research | no | 2 | Matynia |
| 2012 | Opth99 | Vision Research | no | 8 | Matynia |
| 2012 | Opth199 | Vision Research | no | 2 | Matynia |
| 2012 | Physci199 | Vision Research | no | 1 | Matynia |
| 2012 | HuGen282 | Journal Seminar | yes | 8 | Sinsheimer |
| 2013 | Med199 | Vision Research | no | 2 | Matynia |
| 2013 | MIMG199 | Vision Research | no | 2 | Matynia |
| 2013 | Neurosci199 | Vision Research | no | 3 | Matynia |
| 2013 | Opth99 | Vision Research | no | 3 | Matynia |
| 2013 | Opth199 | Vision Research | no | 4 | Matynia |
| 2014 | MIMG199 | Vision Research | no | 1 | Matynia |
| 2014 | Neurosci198 | Vision Research | no | 4 | Matynia |
| 2014 | Neurosci199 | Vision Research | no | 1 | Matynia |

**Ex. 701-7**

| 2014 | Opth199 | Vision Research | no | 2 | Matynia |
|------|---------|-----------------|-----|-----|---------|
| 2009 | HBD408 | Medical Neurosciences II | yes | 145 | |
| 2009 | HBD409 | Cardio, Renal, Respiratory II | yes | 141 | |
| 2009 | MD006.01 | Longitudinal Preceptorship | no | 2 | |
| 2009 | HBD406 | Foundations Of Medicine II | yes | 160 | |
| 2010 | HBD408 | Medical Neurosciences II | yes | 160 | |
| 2010 | HBD409 | Cardio, Renal, & Respiratory Med. II | yes | 160 | |
| 2010 | OP250.06 | Clinical Elective in Ophthalmology | no | 5 | |
| 2010 | MD006.01 | Longitudinal Preceptorship | no | 4 | |
| 2011 | MD006.01 | Longitudinal Preceptorship | no | 1 | |
| 2011 | OP250.06 | Ophthalmology Electives | no | 1 | |
| 2012 | HBD408 | Medical Neurosciences II | yes | 160 | |
| 2012 | HBD409 | Cardio, Renal, & Respiratory Med. II | yes | 160 | |
| 2012 | MD006.01 | Longitudinal Preceptorship | no | 1 | |
| 2012 | OP250.06 | Ophthalmology Electives | no | 1 | |
| 2012 | HBD406 | Foundations of Medicine II | yes | 157 | |
| 2012 | HBD407 | GI, Endo & Repro. Medicine II | yes | 155 | |
| 2013 | HBD408 | Medical Neurosciences II | yes | 155 | |
| 2013 | HBD409 | Cardio, Renal & Resp. Med. II | yes | 154 | |
| 2013 | MD006.01 | Longitudinal Preceptorship | no | 1 | |
| 2013 | HBD406 | Foundations of Medicine II | yes | 159 | |
| 2013 | OP250.06 | Ophthalmology Electives | no | 1 | |
| 2014 | HBD408 | Medical Neurosciences II | yes | 160 | |
| 2014 | HBD409 | Cardio, Renal and Resp. Med. II | yes | 160 | |

UCLA Undergraduate Research Training

| | | |
|---|---|---|
| NGUYEN, EILEEN | IRTA | NIH |
| TECHIRYAN, GEORGE | MD PhD program | University of Buffalo |
| DEOT, NEAL | Applying to medical school | UCLA |
| SUN, BEATRICE JIAYING | Undergraduate | UCLA |
| KESSLER, JASON LLOYD | Undergraduate | UCLA |
| SWEETWOOD, KEVIN | MD program | Baylor |
| WONG, ARIE | Optometry program | Berkeley |
| FOGEL, ALEXIS HANNAH | MPH program, (pre-med) | Columbia |
| OSTOWARI, ARSHA | Applying to medical school | UCLA |
| LOVE, MICHAEL ADAM | Applying to medical school | |
| CHEN, VICTOR AARON | pre-med, graduated | UCLA |
| RUPCHIAN, A. ARTHUR | licensed intern pharmacist | |
| ASHOKKUMAR, SANDHYA | Applying to medical school | UCLA |
| HERRERA, CAMILA REGINA | post-bac program (pre-med) | Cornell |
| NGUYEN, BAO SEAN HUY | unknown | |
| YEE, HALINA MAY | post-bac program (pre-med) | Univ of Penn |
| LUU, KIEU-YEN GIANG | Ophth tech/ pre-med | |
| VO, JEAN THE | MD program | Florida Int'l. Univ. |
| HASHTPARI, HALLEH | MS - clinical psych | Cal State Lutheran |

- CPX proctor - exam that all third year students take before proceeding to the fourth year. July 11-12, 2007
- Matej Polomsky third year New York Medical College– summer medical student research clerkship 2007
- Basic Science course for first year residents (Introduction to Retina Anatomy, Diagnostics and Hereditary Retinal and Macular Dystrophies)
- Basic Science Course for all Ophthalmology Residents (Stationary and Progressive Retinal and Macular Hereditary Disorders)
- Lecturer on Electrophysiology and Psychophysics for the Diagnostic Imaging Conference.
- JSEI Training Grant Program
- Member of the UCLA Brain Research Institute
- Participant in Intercampus Medical Genetics Teaching Service
- Medical Education Committee – since 2007 (recently renewed for another term)
- Workshop for Teaching Methods for Medical School Faculty
- Continuing Education Program for NHS Indian Health Service Eye Care Providers 6/21/14
- Clinical Research Methods Course – Dr. Holland, organizer
- LCME Self Study Program and Preparation for UCLA Medical School Re-accreditation
- International Research Fellowship with Dr. Amiri Morsi, Clinical Geneticist and Director of Ophthalmic Genetics Program, Research Institute of Ophthalmology, Cairo University, Egypt (6 month fellowship)

**Ex. 701-9**

SERVICE:

**UCLA/Departmental Committees**

| Committee | Period of Service |
|---|---|
| Medical Education Committee | 2007-present |
| LCME Self-study Committee for UCLA SOM reaccreditation in 2013 | 2013 |
| Physician Advisory Committee for Electronic Health Record – UCLA Medical Center | 2006-2008 |
| IT Prioritization Committee –UCLA Medical Center | 2006-2008 |
| Quality Improvement for Department of Ophthalmology | 2006- present |
| Clinical Committee for Department of Ophthalmology | 2006- present |
| Vision Research Training Grant | 2006- present |
| UCLA Web IRB Advisory Panel Meeting | 2007- present |
| Search Committee for Harbor General Retina faculty | 2007-2008 |
| Physician Portal Advisory Committee | 2007-2008 |
| Advisory board – College of Applied Anatomy | 2008-2011 |
| JSEI Core Grant – module co-director | 2009- 2014 |
| EyeStar selection and advisory committees | 2009 - present |
| Ad Hoc subcommittee for Advancement and Promotion Committee- Ophth | 2008 |
| Clinical Research Center – Directors committee | 2009- present |
| Subcommittee for IT planning for the new Wasserman Building | 2010 |
| Clinical Research Operations Advisory Committee | 2014-present |
| Kaleidoscope Work Group | 2014-present |
| Ad Hoc Promotions committee – Human Genetics | 2014 |
| Physician Advisory Committee for Electronic Record – UCLA Medical Center | 2014 |
| Medical Directory of the Ophthal. Dept EMR Implementation (prior to EPIC) | 2010-2013 |
| Clinical Research Operations Advisory Committee | 2014-present |

**Journal and Grant Reviews**

Editor 2004-08 – Current Eye Research
Reviewer: Human Genetics, American Journal of Human Genetics, Ophthalmology, IOVS, Retina, Human Molecular Genetics, Molecular Vision, PLoS Genetics, PLoS One, American Journal of Medical Genetics, NEJM, PNAS, Am J Ophthalmol, Archives of Ophthalmology, Current Eye Research, Ophthalmic Genetics, Molecular Vision

Grant reviews for NIH (NIA, NCCAM, NHGRI, NEI), MRC (England), American Health Assistance Foundation, Knights Templar Foundation, National Medical Research Council - Singapore

**Professional service (departmental/university related)**

2009- present – Chief of the Division of Retinal Disorders and Ophthalmic Genetics
2008- present – Medical Director of the Visual Physiology Laboratory (with Dr. Nusinowitz) at UCLA (provides clinical electrophysiology testing services)
2008-2011: Interviewer for Retina Fellowship Program
2009-2013: Interviewer and Selection Committee for Eyestar Program

**Ex. 701-10**

2011-2013: Director of Medical Retina Fellowship Program

2008 - 2012: Responsible for the design and implementation of the diagnostic imaging system and electronic health records for the Department of Ophthalmology at UCLA. Actual start of installation began January 2010 until January 2013. Project was terminated when the Department decided to join the enterprise-wide EMR system adopted by UCLA (EPIC).

2009: Became an investigator of the UCLA CTSI program and assisted Dr. Jonathan Braun in the writing and submission of the UCLA CTSA. While the grant submission was not funded, the study section reviews particularly singled out the positive aspects of the information technology infrastructure program that I created and proposed to lead. I later served as a consultant for the successful CTSA application that was led by Dr. Steven Dubinett in 2011.

**Professional service (research related)**
October 20, 2006
Meeting in Washington DC regarding AMD and glaucoma genetics with Dr. Chin

November 20, 2006
CIDR review (teleconference)

January 12-13, 2007
American Health Assistance Foundation
Macular Degeneration Research – Grant Review

March 18-20, 2007
GEI NIH Study Section - Washington DC

April 9, 2007
DSMC meeting (Boston)

May 2007 ARVO –Invited Lecture
Cognitive Decline and Age-related Maculopathy- Evidence for an Association

September 24-5, 2007
AEVR Congressional Briefing on AMD

October 30-31, 2007
NIA Study Section – Claude Pepper Center Grants

December 2-3, 2007
NEI Review Panel

January 30-31, 2008
NEI meeting regarding CIDR (AMD)
Analysis workshop of the NEI-funded investigators on AMD genotyping projects at CIDR

February 8-9, 2008
American Health Assistance Foundation
Macular Degeneration Research – Grant Review

March 7. 2008
Genes Environment Initiative- NIH Study Section – by phone

**Ex. 701-11**

April 2, 2008
Data Safety Monitoring Committee in Boston

April 10, 2008
NEI Review Panel (Study Section) Teleconference

June 9,10, 2008
Study Section (NIH) Genetics of Health and Disease
San Francisco

October 6, 2008
Study Section (NIH) Genetics of Health and Disease Teleconference

January 22-26, 2009
Arnold and Mabel Beckman Foundation - Atrophic AMD workshop

January 28-29, 2009
NIH Study Section (Genes Environmental Initiative)

February 3-7, 2009
Invited participant in the USC Conference - Genetics of Eye Disease Update

February 21, 2009
AHAF- Macular Degeneration Scientific Review Panel

March 15-16, 2009
MacTel Research Project – participating investigator

March 20-21, 2009
Knights Templar Research Foundation – Scientific Advisory Board

April 6, 2009
NIH-sponsored Data Safety Monitoring Committee  (Boston)

April 16, 2009
Research to Prevent Blindness Foundation – Scientific Advisory Board (1 year term only)

June 4-5, 2009
NEI Genetics Program Planning Committee Meeting – Washington, DC

June 19. 2009
Anophthalmia Ophthalmic Genetics free clinic at UCLA – hosted the eye evaluations

June 29-30, 2009
NIA Pepper Center Reviews (NIH)

August 10-11, 2009
NIH Study Section (NEI Training Programs)

January 28-30, 2010
Arnold and Mabel Beckman Conference – Atrophic AMD Workshop
(by invitation only)

**Ex. 701-12**

February 10-12, 2010
Participant in 2nd Annual UCLA Academic Geriatric Resource Center Gero Mini-Fellowship

February 27-28, 2010
AHAF- Macular Degeneration Scientific Review Panel

March 19, 2010
Knights Templar Research Foundation – Scientific Advisory Board

April 12, 2010
NIH Study Section (NEI Special Programs)

May 10, 2010
NIH study section

June 15, 2010
AMD meta analysis meeting – sponsored by the NEI

July 15, 2010
NIH study section

August 27, 2010
DSMC teleconference (for the Berson study at Harvard)

September 30-Oct 1, 2010
NIH Study Section - Genetics of Health & Disease (GHD) Study Section

October 6, 2010
NIH Study Section – teleconference

February 12, 2011
AHAF Macular Degeneration SAB meeting (teleconference)

March 18-19, 2011
Knights Templar Eye Research SAB – grant review

April 11, 2011
NIH study section ZEY1 VSN (02)

November 4, 2011
NEI Study section: RFA genomic data analyses

February 17-18, 2012
AHAF scientific review committee (SRC)

March 17, 2012
Knights Templar Eye Foundation

April 2, 2012
NIH Study Section (teleconference)

July 23, 2012
NIH Study Section (teleconference)

**Ex. 701-13**

August 27, 2012
NEI Genomic Study Section (teleconference)

February 22-23, 2013
AHAF SRC meeting/ADR/MDR-NGR

March 11, 2013
NIH meeting (Study Section)

July 1, 2013
NIH meeting (Study Section) - teleconference

February 26, 2014
Bright Focus Foundation (formerly AHAF) SRC meeting (teleconference)

March 14, 2014
Knights Templar Eye Foundation SRC (teleconference)


September 23, 2010
Grant Review for MRC, England

August and October 13, 2014
Grant Review for NMRC, Singapore

November 5, 2014
NIH Study Section (teleconference)


**Professional (Invited Lectures since joining UCLA faculty)**
- February 16-18, 2007
Eleventh Annual Ocular Drug & Surgical Therapy Update Meeting
Update on Molecular Genetics for the Clinician

- December 6, 2007
Lecture to Genetic Counseling students at Northridge – Ophthalmic Genetics

- February 16-18, 2007
Eleventh Annual Ocular Drug & Surgical Therapy Update Meeting
Update on Molecular Genetics for the Clinician

- May 2007
ARVO –invited lecture
Cognitive Decline and Age-related Maculopathy- Evidence for an association

- May 18-19. 2007
Clinical and Research Seminar JSEI
Update on the Genetics of Age-related Maculopathy

- June 21-23, 2007
Individualized Medicine in Complex Diseases Symposium in Germany
Klinikum der Universität Regensburg
Translation of molecular genetic ophthalmic discoveries into personalized clinical care

**Ex. 701-14**

- July 7, 2007
Southern California College of Optometry
Update on the genetics of age-related maculopathy (ARM)

- September 7-9, 2007
13th Annual Vision Science Conference - JSEI
Molecular Genetics of Age-related Maculopathy

- January 12, 2008
The Research Study Club of Los Angeles
Practical Retina for the Cataract and Refractive Surgeon

- March 1, 2008
VHL Family Alliance – Beverly Hills
Ocular Issues with von Hippel Lindau Disease

- May 30-31, 2008
University of Michigan annual meeting (Ophthalmology CME course)
What's New in Retina: Diagnosis and Treatment
- Treatment of Exudative Retinopathies
- Macular Degeneration, Genes and Implications
- Update on Anti-oxidant Vitamin Treatments

- June 20 -23, 2008
Pacific Coast Oto-Ophthalmological Society  - invited lecture
Integrating modern genetics into clinical ophthalmic practice
The potential role and limitations of personalized medicine in clinical ophthalmic practice

- January 23-25, 2009
Arnold and Mabel Beckman Conference on Atrophic AMD (by invitation only)

- January 29-31, 2010
Arnold and Mabel Beckman Conference on Atrophic AMD (by invitation only)
- June 26, 2010
Orange County Vision Symposium:  AMD: Research-Future Therapy for Saving Sight
   Genetics in RP

- July 8, 2010
Cole Eye Center visiting professor –
Translating the Molecular Genetics of Age-related Maculopathy into Clinical Practice

- November 12-13, 2010
BioRetina Summit Meeting – Genentech

- December 20-22, 2010
Arnold and Mabel Beckman Conference on Atrophic AMD (by invitation only)

- January 20-22, 2011
Arnold and Mabel Beckman Conference on Atrophic AMD (by invitation only)

- March 4-5, 2011
National meeting on mTBI – Smith Kettlewell Eye Research Institute
Molecular and Neural Basis of Light-associated Allodynia

**Ex. 701-15**

- April 20, 2011
Invited speaker – Genentech EyeQ program

- May 1, 2011
Invited speaker, special symposium at ARVO: Ethical Issues in Predictive Genetic Testing for
    Mendelian and Complex Retinal Disorders

- May 14, 2011
San Diego Vision Symposium

- January 26-28, 2012
Arnold and Mabel Beckman Conference on Atrophic AMD (by invitation only)

- June 8, 2012
JSEI Clinical and Research Seminar
Advances in the Molecular Diagnostics of Hereditary Retinal Disorders

- January 24-26, 2013
Arnold and Mabel Beckman Conference on Atrophic AMD (by invitation only)

- Feb 26, 2013
IRIS MEETING International Retinal Imaging Symposium (IRIS)
    Integrated diagnostic testing for hereditary retinopathies

- October 2, 2013
Visiting Professor, 11th Annual Jeffrey W. Berger Memorial Lecture: The Genetic Deliverance
    of Age-related Macular Degeneration, University of Pennsylvania

- June 20, 2013
Ophthalmology Research Symposium at Case Western University Dept of Ophthalmology
Keynote presentations  –Translating the genetics of age-related macular degeneration into
    clinical practice, Diagnostic and Therapeutic Approaches for Hereditary Retinopathies.

- January 26, 2014
JSEI-SCCO Annual Symposium - Bringing Modern Genetics into Eye Care

- May 8, 2014
Invited speaker – Future Directions in AMD Genetics, ARVO 2014 Symposium: Genetics and
    the Pathophysiology of AMD: From SNPs to Disease Modeling

- June 2, 2014
Invited Speaker for Ketcham University sponsored program for Indian Health Services: "Age-
    related Retinal Disorders"

- June 20,2014
Invited speaker: Genetic Testing and AMD:  Future Role in Monitoring and Treatment at Pre-
    Retina Society Meeting Retina 3D: Future Trends in Diagnostics, Drugs and Devices

- November 7, 2014
Invited speaker - Integrating the molecular genetics of AMD with preventive and treatment
    strategies.   Genentech, San Francisco

- January 15-17, 2015

**Ex. 701-16**

Arnold and Mabel Beckman Conference on Atrophic AMD (by invitation only)

**Other**

June 7-8, 2007
Neuro Kinetics Inc. – Scientific advisor and collaborator

July 16-17, 2007
CDA/Genzyme Corporation

November 12-13, 2010
BioRetina Summit Meeting – Genentech (by invitation only)

March 4-5, 2011
National meeting on mTBI – Smith Kettlewell Eye Research Institute (by invitation only)

November 17, 2011
Pfizer Roundtable task group

November 7. 2014
Visiting Speaker – Genentech:  AMD genetics and therapeutics

### Training Experience at UCLA

Pre-doctoral Students  **(thesis committee, research supervisor, and/or * primary advisor)**

| Name | Level | Dates | Year Done | Degree | Institution | Project | Current position |
|------|-------|-------|-----------|--------|-------------|---------|------------------|
| Claudia Cortes | Graduate | 2008-9 | 2009 | M.S. | California State Univ.-Northridge | Genetic Analysis of a family with atypical Stargardt Disease | Completion in May 2009 |

Postdoctoral Trainees

| Fafowora, O. | Post-doctoral PhD | 2007 | MD, MPH | Ophthalmic Genetics & Epidemiology | An Investigation of Selected Candidate Genes for Five-Year Incidence of Age-Related Maculopathy (Arm) in Older Women | Awarded a Fogarty grant |
|---|---|---|---|---|---|---|
| Fafowora, O. | Post-doctoral PhD | 2009 | MD, MPH | Ophthalmic Genetics & Epidemiology | A family-based study of the genetics of juvenile glaucoma in Nigeria | Fogarty grant and entering doctoral program at UCLA in genetic epidemiology |
| Samuel Strom | Post-doctoral PhD | 2011- | Ph.D. | Dept of Human Genetics UCLA | Next generation sequencing and molecular genetics of eye disease | In training |

**Ex. 701-17**

**Community Service (at UCLA)**

Community Lectures:

| | |
|---|---|
| VHL Family Alliance – Ocular Issues with von Hippel Lindau Disease | March 1, 2008 |
| Foundation Fighting Blindness Community Lectures | October 6, 2007, March 15, 2008 |
| Hosted the ICAN Anophthalmia Clinical Conference at UCLA | June 19, 2009 |
| Belmont Village | 2/25/2010, 9/2/2010 |
| Westwood Horizons | 4/21/2010 |
| Orange County Vision Symposium | 6/26/2010 |
| San Diego Vision Symposium | 5/26/2011 |

**PROFESSIONAL ACTIVITIES – UNIVERSITY OF PITTSBURGH 1980-2006**

**Teaching**

Ophthalmology Resident & Graduate Education

Co-instructor for weekly Fluorescein Angiography Conference (organized by Dr. Eller).

Review fluorescein angiograms with retina resident (2-3 x per week)
(for 10 years, then decreased to once every two weeks)

Instruct first year resident and genetics graduate students in clinical ophthalmology practice

Supervise and assist second and third year residents in ophthalmic laser surgery

Attending for Retina Clinic at The Eye & Ear Institute of Pittsburgh and VA Hospital

Retina and Ophthalmic Genetics consultant for Pediatric Ophthalmology and Children's Hospital

Retina Update Course 1993  Provided resident lectures on the following topics
Electrophysiology, Fluorescein Angiography of Retinal Disorders, Von Hippel Lindau Disease, and Hereditary Retinal Disorders

Introduction to Lasers for the second year residents - July, 1993

NSABP Presentation.  Bethesda, MD November 10, 1996 "Tamoxifen Ocular Toxicity"

Ophthalmic Genetics Overview.  Hershey Medical Center, November 1996

Ophthalmology Lecture Series- University of Pittsburgh 1997

Invited Lecturer at Schepen's Eye Research Institute and New England Medical Center, April 1997

Lecture to the Pennsylvania State Chapter of the Lion's Club Hershey Medical Center, Hershey, PA
September 20, 1997

Discussant on "Ocular toxicity in low-dose tamoxifen A prospective study", by Baha N. Noureddin, MD, at the 1997 Annual Meeting of the American Academy of Ophthalmology, San Francisco, CA, October 27, 1997

Precept one day a week with medical students for required clerkship in ambulatory surgical specialties - 2000

Genetics Graduate Program

Provided the following lectures to the genetics counseling program:
When the ophthalmologist looks, what the geneticist sees: An introduction to ophthalmic genetics
Ophthalmic genetics: Ocular findings in systemic syndromes

Instructor for the clinical genetics program sponsor of a regular rotation in ophthalmic genetics

**Ex. 701-19**

Participant in Journal Club for the Department of Human Genetics

Instructor (three lectures) in the graduate course on Molecular Genetics of Human Disease by the Department of Molecular Genetics and Biochemistry developed by Dr. Barranger and Dr. Hoffman, 1991-1994

HUGEN 2040, "*Molecular Basis of Inherited Disease",* Ophthalmic disorder I and II, University of Pittsburgh, Biomedical Science Tower, Pittsburgh, PA, April 6 & 8, 2000

Clinical instructor for required rotation in Ophthalmic Genetics for Masters Program in Genetic Counseling, Department of Human Genetics

Faculty facilitator for Molecular and Human Genetics Course - 1993, 1994

Lectures - Advanced Molecular Genetics Graduate Course - 1992, 1993, 1994, 1996, 1997

Oral Examiner for Genetics Counseling Program - 1994, 1995, 1997

On Doctoral Committee for Jinanchou Wang Department of Molecular Genetics and Biochemistry

On Doctoral Committee for Leslie Ann Lyons  Molecular Genetics of Aniridia

Member of the M.S. Thesis Committee for Ms. Laura Lasher

Estimation of Genome Length from Genetic Linkage Data

Supervised master's thesis for Carmella Sarneso: Genetics of Age-Related Maculopathy

Supervisor - Graduate Research Assistant - Elyse Snitz, 1993

Co-Supervisor - Clinical Genetics Master's Thesis - Simon Goldberg, 1994-1995

Supervisor - Doctoral Program in Human Genetics - Albert Seymore, 1994-1997

Initiate MPH program in Public Health Genetics – 2000

Member of the Admissions and Advisory Committee for Molecular and Medical Genetics Fellowship Program

Served on doctoral thesis committees:
| | |
|---|---|
| Patrick Koty | Human Genetics, GSPH |
| Kim Johnson | Human Genetics, GSPH |
| Michael Vallor | Molecular Genetics and Biochemistry, SOM |
| Robert Friday | Human Genetics, GSPH |
| Fen-fen Wu | Mol. Genetics and Biochemistry, SOM |
| Tammy Mah | Health Policy and Management, GSPH |
| Shahla Hosseini | Epidemiology, GSPH |

**Ex. 701-20**

Advisor for M.S.T. P. Program:
Matt Shtrahman
Mark Lanassa
Jared Muenzer
Shahla Hosseini
Rod Tan
Greg Weller
Corrine Kliment

**Other - Teaching**

Lecture to second year medical students on Assessment and Management of ocular trauma, diabetic and hypertensive retinopathies

Instructor for the medical student ophthalmology elective

Organizer and Facilitator of Genetics Tutorial as part of new Basic Science Curriculum, University of Pittsburgh

Grand round lecture for Department of Rehabilitation on Visual Function & Rehabilitation in the Elderly & Disabled

Introductory lecture as part of ER residents' orientation on Ophthalmic Examination

Lecture for University of Pittsburgh Emergency Medicine Department on Ophthalmic Emergency Medicine - 1992, 1994, 1995

Lectures at the Ambulatory Care Conference for the Department of Medicine at the University of Pittsburgh (two lectures annually) on Ophthalmologic Problems Encountered by the Internist, 1993; Management and the Red Eye, Ocular Manifestations and Systemic Disease, 1994 and 1995.

1997, 2000 Steinbach Foundation Annual Meeting, New York, NY.

1998, 2001, 2003-2006  Lecture for Department of Epidemiology on Ophthalmic Epidemiology

2000 Lecture on Plaquenil retinal toxicity - Department of Rheumatology

2002-2006  Annual Lecture to the Beckwith Fellowship Program on Implications of Genetics for the Future of Health Care

2003 Series of Lectures (4) for a web-based course for Educators of the Visually Impaired - School of Education, University of Pittsburgh

2003 Clinical Applications of Optical Coherence Tomography – UPMC Eye Center

Molecular Genetics of Angiogenesis – UPMC Eye Center  - October 2004

Ophthalmic Genetics – National Society of Genetic Counselors Annual Meeting, Washington, D.C.   October 2004

2006  PBL facilitator for new course (second year medical students) - Basic Science of Care: A Multidisciplinary Approach to Health Care

**Ex. 701-21**

**Community**

Invited speaker to state-wide conference hosted by the Pittsburgh Blind Association - "The role of the ophthalmologist with the visually disabled" 1994

Lecture for Neurofibromatosis Foundation -The Ophthalmic Aspects of Neurofibromatosis II, sponsored by the Department of Human Genetics, University of Pittsburgh and Continuing Medical Education.

Two in-service lectures to the nursing and anesthesia staff of Magee Women's Hospital - "Ocular Safety and Laser Hazards in the Operating Room"

Lecture at Pittsburgh Blind Associations Third Annual Conference "Life in the Community" - September 1994

Presented Ophthalmology Grand Rounds at the Jewish General Hospital, Department of Ophthalmology, Montreal, Quebec - October 1994

Lecture to medical staff of Uniontown Hospital - "Genetics of Human Eye Diseases" - February 1995

Lecture to medical staff of Armstrong County Memorial Hospital - "Common Eye Disorders" - May 1995

Lecture to Medical Staff of Frick Hospital - "Common Eye Diseases for the Internist Human Eye Diseases" - June 1995

1996 Annual Meeting of the Pennsylvania Lions Sight Conservation and Eye Research Foundation

1996 Western Pennsylvania Association of Diabetes Educators and American Diabetes Association, Western Pennsylvania Region Speaker's Bureau

1997 Lions Club International Meeting, July 4, 1997, Philadelphia, PA

UPMC Health System, Beaver Valley, Beaver Lakes Country Club, Update on Ophthalmology.- October 15, 1997

POS annual program - lectured twice to the ophthalmic personnel

University of Pittsburgh Mini-Medical School - Are we going to die from the diseases with which we are born? - 1999

University of Pittsburgh Mini-Medical School - Assaults to Our Vision: Macular degeneration and conditions of the retina and optic nerve  - 2000

Interview on macular degeneration research -WQED - On Q program – November 2000

Molecular Genetics in Medicine and Public Health, Rotary Club - Steubenville, Ohio December 21, 2000

Macular Degeneration Hype or Hope?  Public lectures sponsored by the Pittsburgh Vision Services and Carnegie Library of Pittsburgh, 2003

Ophthalmic Genetics and Low Vision, Annual Convention of the American Council of the

Blind, Council of Citizens with Low Vision – Pittsburgh PA, 2003

Dilemmas in the Use of Molecular Diagnostic Testing for Genetic Disorders, A Case Study in the Use of Molecular Diagnostics for Breast Cancer, UPMC Family Practice Residency Consortium Genetics Seminar, Pittsburgh PA, 2003

Age-related Macular Degeneration: How it affects our sight and our lives - A series of four lectures to senior citizen centers and residences in Pittsburgh - June to August 2004

### Training Experience

Pre-doctoral Students **(thesis committee, research supervisor, and/or * primary advisor)**

| Name | Level | Dates | Year Done | Degree | Institution | Project | Current position |
|------|-------|-------|-----------|--------|-------------|---------|------------------|
| *Albert Seymore | Doctoral | 1994-1996 | 1997 | Ph.D. | University of Pittsburgh | Molecular genetic studies of the pearl mouse: a model of human oculocutaneous albinism and congenital stationary night blindness | Head of discovery pharmacogenomics for Pfizer Global Research & Development, New London, Conn |
| *Deniz Erturk | Under-graduate student | 1999 | 2001 | B.A. equiv. | Bogazici University, Turkey | Summer undergraduate research project - A juvenile-onset, progressive cataract locus on chromosome 3q21-q22 is associated with a missense mutation in the beaded filament structural protein-2 | Department of Medicine, University of Massachusetts Medical School, Worcester, MA |
| Sean Davis | Pre-doctoral | 1996-1977 | 1997 | PhD | University of Pittsburgh – MSTP | Nonparametric statistics in linkage analysis | University of Pittsburgh School of Medicine |
| *Benjamin Grable | Medical student | 2005 | 2007 | MD | University of Pittsburgh SOM | Low Vision Policy in Pennsylvania | 3rd year medical student |
| James Cook | Under-graduate student | 2005 | 2006 | BS | University of Pittsburgh | Rapid, non-invasive screening device for diabetic retinopathy | Active in Research Project; Undergraduate Bioengineering student |
| Robert | Pre- | 1996- | 2000 | Ph.D. | University | The ICA1 gene | Doctoral Student in |

**Ex. 701-23**

| Friday | Doctoral | 2000 | | | of Pittsburgh | promoter defines expression of the self-antigen ICA69 : implications for diabetic autoimmunity | the Department of Human Genetics |
| Michael Vallor | Pre-Doctoral | 1995-2001 | 2001 | MS | University of Pittsburgh | In utero gene transfer to the glucocerebro-sidase knockout mouse line, partial character-ization of a potentially novel beta glucosidase; construction and func-tionality of a mutant glucocerebro-sidase transgene in ES cells and transgenic mice | Doctoral Student in the Department of Human Genetics and Biochemistry |
| Kimberly Johnson | Pre-doctoral | 1994-1995 | 1995 | MS | University of Pittsburgh | X-linked exudative vitreoretinopathy caused by an arginine to leucine substitution in exon 3 of the norrie disease gene | Not Available |
| Patrick Koty | Pre-doctoral | 1994-1995 | 1995 | PhD | University of Pittsburgh | The human skeletal muscle chloride channel gene (CLCN1) and its role in myotonia congenita | Lung Cancer Program, Allegheny Singer Research Institute, Pittsburgh PA |
| Kelly E. Jackson | Pre-doctoral | 1992-1994 | 1994 | MS | University of Pittsburgh | An exon-2 peripherin/RDS mutation causes macular and peripheral retinal degeneration | |
| Deborah L. Brown | Pre-doctoral | 1992-1994 | 1994 | MS | University of Pittsburgh | Strategies for genomic searching using the affected pedigree member method of linkage analysis | |
| *Elyse Snitz | Pre-doctoral | 1992-1993 | 1993 | MS | University of | GSR – Molecular genetics of | NA |

Ex. 701-24

| | | | | | Pittsburgh | inherited eye disorders | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| *Simon Goldberg | Pre-doctoral | 1993-5 | 1995 | MS | University of Pittsburgh | Development of high throughput assay for microsatellite repeat length determination | Director, Electronic Communications & Social Media at Abbott Laboratories |
| Carmella A. Sarneso | Pre-doctoral | 1991-1992 | 1992 | MS | University of Pittsburgh | Analysis of computer simulated family data using the affected pedigree member method of linkage analysis | University of Maryland |
| Laura Lasher | Pre-doctoral | 1989-1991 | 1991 | MS | University of Pittsburgh | A maximum likelihood method for estimating genome length using genetic linkage data | Not Available |
| Peter Scacheri | Pre-doctoral | N/A | 1999 | PhD | University of Pittsburgh | Molecular mechanisms underlying dominantly inherited Muscular Dystrophy | NHGRI |
| Jeremiah Brown, Jr | Ophth resident | | | MD | University of Iowa | Resident research with A. Kimura and M.Gorin | Ophthalmology Associates, San Antonio, Texas. |
| *Rupinder Mann | Medical Student | 2001 | 2001 | MD | University of Pittsburgh | Medical Student research project: Fluorescein-potentiated argon laser therapy improves symptoms and appearance of corneal neovascularization | Ophthalmologist – Private Practice |
| Lijun Feng | Pre-doctoral | 1999-2000 | 2000 | PhD | Department of Molecular and Cell Biology, Roswell Park Cancer Institute | Doctoral student with R.T. Swank: The Hermansky-Pudlak syndrome 1 (HPS1) and 2 (HPS2) genes | Diabetes Center, Albert Einstein College of Medicine, Bronx, New York; |
| *S. Tonya Stefko | Medical Student | 1996 | 1997 | MD | University of | Molecular Ophthalmic | Assistant Professor – Dept of |

**Ex. 701-25**

| | | | | | Pittsburgh | Genetics Research | Ophthalmology – Univ of Pgh |
|---|---|---|---|---|---|---|---|
| *Amy Radak | Pre-doctoral | 2002-2003 | 2003 | MS | University of Pittsburgh | Mutation screening of RP3 (RPGR) and RP2 genes in male patients with X-linked or isolated forms of retinitis pigmentosa | Children Hospital of Los Angeles |
| Judson Englert | Pre-Doctoral-MSTP | 2005-2006 | | MD-PhD | University of North Carolina | Undecided | |
| Shahla Hosseini | Pre-Doctoral-MSTP | 1999-2006 | | MD-PhD | University of Maryland | Behavioral Epidemiology | Intern |
| Corrine Kliment | Pre-Doctoral-MSTP | 2004-2006 | | MD-PhD | University of Nebraska | Immunology | |
| Jared Knickelbein | Pre-Doctoral-MSTP | 2004-2006 | | MD-PhD | Duquesne University | Ophthalmic immunology | |
| Johanna Jakobsdottir | Predoctoral | 2005-2009 | 2009 | PhD | University of Iceland | Statistical Genetics | NA |
| Tammy Mah | Predoctoral | 2004-present | 2009 | PhD | University of Pittsburgh | Comparative analysis of medication documentation | Research Director, Regulatory Affairs Office (Canada) for Children's Oncology Group studies |
| Claudia Cortes | Pre-Doctoral | 2008-present | 2009 | MS | California State University-Northridge | Genetics of a complex family with Stargardt phenotype | |

Prior Postdoctoral Trainees

| Steven Schneider | Post-doctoral MD | 1988-1990 | MD | National Eye Institute | Screening candidate genes for feline retinal degeneration, rdy | Private Practice – pediatric ophthalmologist |
|---|---|---|---|---|---|---|
| Janette Lamb | PhD | 1997-1998, Post-doctoral | Ph.D. (1994) | Oxford Brookes University, Oxford, UK | Molecular Genetics of Cerulean Cataract | Research associate – Dept of Medicine, University of Pittsburgh – Pittsburgh |

**Ex. 701-26**

| Destan Kulacoglu | MD | 2003, Post-doctoral, | MD | Ataturk University, Turkey | Research sabbatical: Is tamoxifen a risk factor for retinal vaso-occlusive disease? | Ophthalmologist, Ataturk University Turkey |
| Robert Bremer | Post-doctoral | 2005 | PhD | University of Colorado | Depression in the Visually Impaired Elderly | Geriatric Psychiatry faculty – University of Colorado, Denver |
| Fatma Yesim Demirci | Post-doctoral | 1998-2005 | MD | Istanbul University | Board certified in Molecular diagnostic genetics, Project: Molecular Basis for X-linked Cone-Rod Dystrophy (COD1) | Research Associate, University of Pittsburgh Dept of Human Genetics |
| Mehdi Ghajarnia | Resident | 2005 | MD | University of Pittsburgh | Residency research project: Acetazolamide in the Treatment of X-Linked Retinoschisis Maculopathy | Private Practice – Salt Lake City, Utah |

SERVICE:

**University of Pittsburgh Medical Center and University of Pittsburgh**

| | |
|---|---|
| 1998-2006 | Senior Associate - Center for Biomedical Informatics |
| 1997-2006 | EpiCare Physican Advisory Group (EMR) |
| 1997-2006 | UPMC Laser Safety Committee |
| 1996-2006 | Director, Visual Testing Service |
| 1996-2006 | Health Sciences Research Advisory Committee |
| 1996-2006 | IAIMS Operations Committee |
| 1993 - 1996 | UPMC - Biomedical Institutional Review Board |
| 1993-2006 | Ad hoc committee member of Biomedical IRB for the review of current protocol format |
| 1992- 1998 | Representative for the Department of Ophthalmology on the Total Quality Council of UPMC (originally on the Quality Assurance Committee for Montefiore Hospital, later the Quality Improvement Committee) |
| 1995 | Member of Task Force on Quality Improvement Program for Clinical Research Programs at UPMC |
| 1993-1995 | Joint Tissue and Surgicial Case Review - UPMC |
| 1995 | Clinical pathways development for ophthalmic surgery including retinal detachment surgery and glaucoma surgery |
| 1992-1993 | Laser Safety Committee of  Montefiore Hospital |
| 1999-2002 | PittMed Alumni Advisory Committee |
| 1999-2000 | Search committee for Director of Minority Health Affairs - GSPH |
| 1999-2000 | Search committee for Director of Bioinformatics and Computational Biology |
| 1999-2000 | Search committee for the Dean of the School of Dental Medicine |
| 1999-2000 | Search committee for Director of the Oncology Genetics program |
| 1999-2006 | Selection committee for the Mellon and Dickson Prizes |

**Ex. 701-27**

| | |
|---|---|
| 1999-2006 | Selection committee for the Samuel Tisherman lectureship in medical ethics |
| 1999-2000 | Interview committee for Chair of the Department of Environmental and Occupational Health – GSPH |
| 2000-2001 | Interview committee for positions for pharmacogenetics - School of Pharmacy |
| 1999-2006 | Member of the Technology Transfer Committee - University of Pittsburgh |
| 1999-2001 | Member for the University of Pittsburgh Center for Public Health Practice - GSPH |
| 1998-2001 | Member- Steering Committee, Center for Public Health Practice |
| 2000-2002 | Advisor for the Biomedical Security Institute |
| 2000-2006 | Advisor to the University of Pittsburgh IRB regarding guidelines for genetics research |
| 2000-2001 | Faculty recruitment interviewer for Dean of Graduate School of Public Health |
| 2000-2006 | Research Space Committee (involved in redesign of research labs) |
| 2000-2006 | Interview committee for University of Pittsburgh MD/PhD program |
| 2000-2006 | Medical Director - Center for Rare and Genetic Disorders |
| 2000-2006 | Search committee for Chair of Department of Pediatrics |
| 2000-2001 | Search committee for Molecular Oncologist for UPCI |
| 2001-2002 | Task force on research space allocation for the School of Medicine |
| 2002-2006 | Electronic Health Record (CERNER) – Physician Advisory Committee |
| 2002 – 2006 | Information Technology Oversight Committee |
| 2000 - 2006 | IAIMS Operations Committee |
| 2003 – 2005 | Member of the Tenure Faculty Promotions and Advancement Committee |

**Department of Ophthalmology**

| | |
|---|---|
| 1995 | Ophthalmology Department Committee on Internet Development |
| 1993-94 | Director of CVRC - Clinical Vision Research Center |
| 1993, 1995 | Resident Interview and Selection Committee |
| 1991-2003 | Resident Evaluation and Review Committee |
| 1996-2003 | Member of standing committee for implementation of EPIC in Ophthalmology |
| 1996-2003 | Chairperson, Ophthalmology Scientific Review Committee |
| 1999-2003 | Member of the Clinical Operations Committee |
| 1999- 2006 | Developed plan for the Center for Macular and Retinal Disease Center |
| 2005-2006 | Quality Assurance Officer for the Department of Ophthalmology |

**Other Committees and Organizations**

| | |
|---|---|
| 1992-2006 | Member of the Proposal Defense/Comprehensive Examination Committee, Department of Human Genetics |
| 1993-1999 | Ophthalmic consultant for the National Surgical Breast and Bowel |
| 1993-2006 | Pittsburgh Blind Association - Vision Rehabilitation Center (co-founder and physician advisor) |
| 1995-2006 | Editor - Physician's News Digest (Western Pennsylvania edition) |
| 1993-2006 | Lion's Club (charter member of the Squirrel Hill/ShadySide club) |
| 1992-2006 | Low Vision Council |
| 1995-2006 | Member of the UPMC Education Task Force |

**Ex. 701-28**

| 2000-2006 | Member of Advisory Board for the Malignant Hyperthermia Registry |
| 2000-2006 | Scientific Advisor - Sequel Genetics  (startup biotechnology firm) |
| 2000-2006 | Scientific Advisor - Cybergenetics  (genetics software company) |
| 2004-2007 | Scientific Advisory Board – SCORE study (Dr. Ip – PI) |
| 2004-2009 | Member of the Data Safety Montoring Board for Dr. Berson's clinical RP trial. |
| 2004-2008 | Officer at Large – International Society of Genetic Eye Diseases |
| 2005-2006 | Scientific Advisor - E-SOC (biotech startup firm working on facial reanimation technology) |

**Grant Reviewer**

| 1988-1989 | Ad hoc member of VisA-1 and VisB Study Sections |
| 1989-1990 | Special reviewer VisA-2 Study Section |
| 1993 | Ad hoc member of VISB 01 Study Section |
| 1992 | Medical Research Council of Canada |
| 1992-1993 | Ben Franklin Technology Center, Western Pennsylvania |
| 1995, 99, 00 | Research Grants Council, Hong Kong |
| 1992, 1995 | RP Research Foundation, Canada |
| 1995 | Member of ad hoc VisB Study Section |
| 2000 to present | MRC, England |
| 2000 to present | Foundation Fighting Blindness |
| 2000 | Wellcome Trust |
| 2001 | The Foundation Fighting Blindness – Canada |
| 2002 | Special RO3 NIH Study Section |
| 2003 | Special grant review committee for FDA – orphan drug program |
| 2003 | Office of Orphan Product Development |
| 2004 | Dutch Innovation Oriented Research Program |
| 2005 | NEI Special Study Section for K12 and T32 programs |
| 2005 | NEI Special Study Section for Student Loan Repayment Program |
| 2004, 2005 | MRC, England |

**Research Programs (and key collaborators) at Pittsburgh**

- Genetics of Age-related Macular Degeneration, Drs. Ferrell and Weeks (Human Genetics) and Dr. Yvette Conley (School of Nursing)
- Molecular genetics of juvenile cataracts, Dr. Ferrell
- Molecular genetics of aging using lens transparency as a biomarker, Dr. Conley (School of Nursing, University of Pittsburgh)
- Anatomy and Pathophysiology of Photophobia, Dr. Balaban (Otolaryngology and Neurosciences – University of Pittsburgh, Dr. Anna Matynia (UCLA starting July 2008)
- Development and testing of a device for rapid, noninvasive regional imaging of diabetic retinopathy
- Impact of central vision loss on mobility and balance , Dr. Chip Wade, Dr. Redfern (Bioengineering), Dr. Amy Nau (Ophthalmology)
- Molecular genetic studies of hereditary retinal disorders

**Non-funded Research Efforts at Pittsburgh:**

Ancillary project with Cardiovascular Health Study to use subjects as controls and affecteds for ARM candidate gene SNP- association studies.

Depression, Ophthalmologic Care and Low Vision Services in Patients with Age-related Visual Impairment – Dr. Robert Bremer K23 application    (Dr. Gorin was a sponsor and co-investigator)

**Ex. 701-29**

Epidemiology of Endophthalmitis – Dr. Francis Mah  K08 application (Dr. Gorin is a sponsor and co-investigator)

Macular Degeneration and Dynamic Postural Control – Dr. Chip Wade  NRSA postdoctoral application (Dr. Gorin is a co-investigator) – resulted in NIH grant to Pittsburgh after I left the insititution.

Ancillary study with Age-Related Eye Disease Study (AREDS) to use subjects as controls and affecteds for ARM candidate gene SNP association studies.

Co-investigator in Pittsburgh research studies
• Age-related Eye Disease Study (AREDS) (Dr. T. Friberg, PI)

• Department of Pediatrics Training Grant (Dr. Mark Sperling, PI)

• Psychiatric Statistical Genetics Training Grant (Dr. Daniel Weeks, PI)

Ophthalmic consultant
• Alzheimer's Disease Cooperative Study A multicenter trial of prednisone in Alzheimer's Disease (Dr. Paul Aisen, PI)
• Vestibular studies (Dr. J. Furman, PI)

**Other Research-related Activities at Pittsburgh**:

Organizer of Ophthalmic Genetics Symposium of ICER
1992, Stresa Italy

Principal investigator of the study of ophthalmic complication
in children exposed to Chernobyl nuclear accident funded by
the Tri-State Committee for the Children of Chernobyl Relief Fund

Participant Child Health Research Center, Training Grant,
University of Pittsburgh, School of Medicine, Department
of Pediatrics

Human Genetics Research Seminar.  November 22, 1996.  "The Search for the Mouse Pearl Gene, A Model of Human Oculocutaneous Albinism.  Pitt Graduate School of Public Health.

**Journal referee**

| | |
|---|---|
| British Journal of Ophthalmology | Nature Genetics |
| American Journal of Human Genetics | Genomics |
| Archives of Ophthalmology | Science |
| Experimental Eye Research | American Journal of Ophthalmology |
| Current Eye Research | Vision Research |
| Visual Neuroscience | Human Molecular Genetics |
| Journal of Molecular and Cell Biology | Journal of Medical Genetics |
| Genetic Epidemiology | Molecular Vision |
| Diabetes Care | Ophthalmology |
| Pediatric Diabetes | |
| Investigative Ophthalmology & Vision Science | |
| Journal of Clinical Investigation | |

Editorial board Current Eye Research (beginning 2000)

**Ex. 701-30**

Co-editor of Current Eye Research (2005 - present)

## LECTURES AND PRESENTATIONS (Pittsburgh)

- Free Retina paper at the American Academy of Ophthalmology-Atlanta 1990 (Von Hippel-Lindau (VHL) Disease: Screening of Families-Ocular Findings and Fluorescein-Potentiated Laser Management.
- Invited speaker at the United Nations International Symposium on Visual Disabilities in Children. Topic: Results of Study on Ophthalmic Manifestations of the Chernobyl Accident in Children.  New York, October 1993
- Invited Speaker: Special Interest Group Meeting at ARVO.  "Genetic Linkage Studies in Macular Degeneration."  ARVO, Fort Lauderdale, Florida - May 1995.
- Symposium co-organizer and presenter: Workshop on Age-Related Macular Degeneration - Johns Hopkins University
- Invited Speaker: *Diabetes in the 90's*: *Whats's New?*, *Diabetes Retinopathy*, University of Pittsburgh, Biomedical Science Tower, Pittsburgh, PA, Mar 1998
- Epidemiology of Aging (EPIDEM 2900) course at University of Pittsburgh, Spring Term, *Eye Disease in Older Adults, 1998, 1999, 2000*
- Alumnus Lecturer - Annual Residents and Fellows Research Day - Jules Stein Eye Institute, UCLA - April 1999
- The Caygill lecture - University of California - San Francisco, Dept of Ophthalmology, April 1999
- Schepens Annual Meeting, Jacksonhole, Wy.  2000
- KDKA television interview, Pittsburgh, PA.  2000
- Pittsburgh Vision Services and Carnegie Library of Pittsburgh – public lecture on AMD research. 2003
- Visiting Professor – Annual Resident's Research Day – Department of Ophthalmology, Pennsylvania State University, PA 2003
- Ophthalmic Genetics and Low Vision, Annual Convention of the American Council of the Blind, Council of Citizens with Low Vision – Pittsburgh PA, 2003
- The PDG J. Robert Meyers Lions Vision Lecture, "Genetics of Age-Related Maculopathy," Penn State Milton S. Hershey Medical Center Department of Ophthalmology's Ophthalmology Research Day, – Hershey PA, 2003
- Visiting Professor – UCSF -  "A Clinical Vision for Molecular Ophthalmic Genetics," – San Francisco CA, 2004
- Steinbach  Fund Scientific Symposium, Rockefeller University – New York City, NY, 2004
- Plenary speaker – Simplicity and Complexity of Genetic Eye Diseases: An overview, National Society of Genetic Counselors, Washington, DC April 2004
- Plenary speaker – Genetics of Age-related Macular Degeneration, Moorfields Eye Hospital Bicentenary Meeting, London,  March 2005
- Grand Rounds Lecture – UCLA Jules Stein Eye Institute
- OSU Annual Postgraduate meeting – the Paul A. Weber Lecture

**Clinical Productivity and Service while at University of Pittsburgh**

Originally, 20% of my full time effort was devoted to clinical practice and the remaining 80% would be committed to research. This division of effort has been consistently maintained though I have added a number of administrative duties to my schedule as reflected by my service to the School of Medicine, the UPMC-HS and the Departments of Human Genetics and Ophthalmology.  During the past seven years, this clinical effort was expanded to 25-30% by providing medical care for private practice patients affected by medical and genetic retinal disorders including diabetic retinopathy, macular degeneration, autoimmune disorders and retinal degenerations. Specialized evaluations, management and counseling of genetic

**Ex. 701-31**

conditions that affect the eye comprise the remainder of the clinical practice. During the past year, I have reduced my clinical time back to the original 20% effort. Patients (25-35) are seen all day on alternate Thursdays, and every Monday morning is devoted to laser treatments, injections, special patient evaluations and emergencies. Generally 2-5 laser procedures are performed weekly. During Thursdays, I have a genetics counseling student.  Medical students and occasionally genetics fellows observe in my clinical practice. Selected cases from my practice are presented at the Chairman Rounds in the Department of Ophthalmology and at the Genetics Case Conferences sponsored by the Department of Human Genetics.

Fluorescein and indocyanine angiogram studies are reviewed with the residents on a regular basis. I have been the Medical Director of the visual testing service for more than 10 years and responsible for visual testing studies (ERGs, VEPs, multifocal ERGs, color testing, OCTs) and reports on an ongoing, unscheduled basis.

**Additional prior activities related to clinical care**
Organized and provided clinical care for the Laser Screening program for the operating room staff of Magee Women's Hospital, Presbyterian, and Montefiore (300-400 exams)

Established standardized clinical protocols for evaluation of patients with suspected drug-related retinal toxicity

Worked with Dr. Carl and Dr. Sclabassi to coordinate and standardize retinal electrophysiology in the UPMC-HS and Children's Hospital of Pittsburgh

Served as the Ophthalmology attending doing eye exams and consultations for the SOFT (support organization for trisomies and other related disorders)

Conference at Allegheny General Center for Medical Genetics, Pittsburgh, PA

**Administrative Efforts  (major positions)**

**Interim chair of Department of Human Genetics – GSPH
(March 1, 1998 to August 31, 2001)**

1. Restructured the department finances
2. Recruited four new faculty
3. Fostered the development of a training grant in psychiatric statistical genetics
4. Oversaw the development of a new MPH program in Public Health Genetics
5. Initiated a review of the MS and PhD graduate program curricula
6. Aided in the reestablishment of the Center for Minority Health and worked with the Center for Public Health Practice to advise and educate Pennsylvania legislators
7. Participated in the accreditation evaluation and 7 year approval for GSPH by CEPH
8. Served on the advisory committee for the formation of the Center for Biomedical Security and developed DOD proposals for bioterrorism
9. Established the first genetics position in the School of Nursing and created a collaborative education program between the Dept of Human Genetics and the Nursing School
10. Served as an advisor to the Institutional Review Board and helped to establish policies to allow for the ethical and legal conduct of genetic research studies at the University of Pittsburgh
11. Formed a collaborative program between the Department of Human Genetics and the Department of Biostatistics for the training of graduate students in statistical genetics
12. Developed a similar program in genetic epidemiology between the Department of Human Genetics and the Department of Epidemiology

**Ex. 701-32**

**Founding and Interim Director for the Center for Human Genetics and Integrative Biology
(Sept 1, 1998 to present)**

1. Established the Center and created interdisciplinary collaborations in both basic and
   clinical genetics; for example, we successfully brought the Malignant Hyperthermia
   Registry to the University of Pittsburgh (I continue to serve on the advisory committee)
2. Established the core laboratories for genomic and proteomic studies including the
   development of a web portal to allow investigators to obtain information regarding
   services, place orders and retrieve data from the core labs.   Expanded the services to
   include cloning, high throughput sequencing, genotyping, microarrays and proteomics
3. Unified three separate cytogenetics laboratories (one at Magee-Women's Hospital, one
   at the University of Pittsburgh, and one at Children's Hospital) into a single clinical
   cytogenetics laboratory  (despite 10 years of opposition).  The merger eliminated three
   financially ailing laboratories and created a single unit, the Pittsburgh Cytogenetics
   Laboratory, which was profitable in its first year of operation and is now one of the
   largest such laboratories in the country.  The laboratory is currently in negotiations to
   expand its services as a major clinical testing center for the entire Northeast in
   collaboration with a major clinical diagnostic company.
4. Helped to create the Center for Computational Biology and assisted in the recruitment of
   the new director and created a new interdisciplinary faculty position with the University of
   Pittsburgh Cancer Institute, the Department of Human Genetics
5. Participated in the development of the Center for Pharmacogenetics in the School of
   Pharmacy.
6. Assisted the Falk Medical Library and the Center for Bioinformatics to create a position
   for a bioinformatician in genetics to aid University investigators in the manipulation and
   use of genetic and proteomic databases for research.
7. Working with the University of Pittsburgh Cancer Institute, the other clinical departments
   to create a unified clinical genetics service within the UPMC Health System.

**Interim Chairman of the Department of Ophthalmology
(Sept 1, 2001 to June 30, 2003)**

1. Restructured the finances of the Department and established a cost allocation model to
   address clinical services overheads and revenues
2. Developed a strategic plan for the expansion of clinical services in both the central
   academic facility as well as in three new regional offices and the cooperative
   agreements between the fulltime faculty practice and the non-academic subspecialty
   ophthalmology services provided by the UPMC-HS.
3. Recruited three new faculty members to the Department
4. Developed renovation plans to optimize clinical utility of existing department space and
   to expand the basic research faculty
5. Established the first call schedule for the Department and developed uniform behavior
   policies for the faculty and staff that have resulted in lowered patient waiting times and
   better patient satisfaction
6. Modified the resident education curriculum to incorporate an intensive, comprehensive
   overview of the AAO Basic Science curriculum into the first quarter of the resident's first
   year
7. Supported the development of a microsurgical teaching laboratory for the residents
   under the direction of Dr. Evan Waxman
8. Changed the format and timing of the Chairman's rounds to promote scholarly effort by
   the residents and to encourage participation by community ophthalmologists
9. Co-developed the software to implement a new records management system for the
   practice that will eventually be phased into a complete electronic health record system

**Ex. 701-33**

by the UPMC-HS

10. Co-developed new software to facilitate the documentation of fluorescein and indocyanine angiogram studies by the residents and faculty. The objective is to provide for rapid documentation, decreased transcription time and more timely service.

11. Plans in the next month are to redesign the departmental web site to serve the clinical, educational and research missions of the Department

12. Actively involved in efforts to foster financial development of the Department, including meeting with potential donors and evaluating potential foundation funding

**Assistant Vice-Chancellor for Strategic Initiatives - Schools of the Health Sciences 2003- 2006**

1. Proposed a restructuring of the research incentive plan for the school to foster collaborative research and to more effectively reflect the financial commitments of the departments and expectations for faculty performance

2. Proposed a restructuring of the information management and database systems of the Schools of the Health Sciences to reduce duplicative databases and incessant demands for information from faculty and chairs. An outside consultant is in the process of being selected to assist in making final recommendation.

3. Proposed (and developed a business plan) for a clinical recruitment service that would facilitate investigators in identifying patients for clinical trials. The service involves novel informatics tools as well as personnel and processes to identify potential subjects and manage recruitment in a fashion that is compliant with the HIPAA rules. The original concept was developed from my own clinical research program that screened more than 35,000 ARM patients to identify families for genetic studies.  Our own research project has been the largest and most successful in the world and allowed us to published the first genome-wide scans of ARM families at least two years before any other research group.

4. Assisted in the planning and restructuring of the Center for Bioinformatics in preparation of creating a new department

5. Proposed changes to the medical staff credentialing process to allow for effective review of surgical performance and to enable appropriate retention of surgical privileges

**6.** Assisted in the preparation of the CTSA application for the University of Pittsburgh Schools of the Health Sciences. This $75 million proposal is for the restructuring of the clinical and translational research enterprise at the University of Pittsburgh and UPMC Health System and will result in the creation of a new Clinical and Translational Research Institute.  It was planned that I would be an Associate Director, but I left the institution before the grant was successfully awarded to the University of Pittsburgh.

**Ex. 701-34**

**Summary of Professional Activities at UCLA**

**TEACHING ACTIVITIES (15% of FTE)**:
Since joining the faculty at UCLA, I have been very active in undergraduate and graduate (residency and post-residency) medical education. Theses activities are listed below:

1) Director of Ophthalmic Medical Education for David Geffen School of Medicine – began at the time of my initial appointment to the UCLA faculty. Will transition to Dr. Giaconni in late 2010
2) Member of Medical Education Committee – 2007 – present
3) I continue to regularly participate in the first and second year curriculum of the SOM students, including providing 2-3 lectures per year and participating in the small workshops for the students.
4) Longitudinal clerkships – multiple
5) Undergraduate ophthalmology research projects (SRP99) (students listed below with current status). It should be noted that 17 of these 19 students did more than one rotation in our lab and 15 did three or more rotations and 7 individuals did 5 or more rotations.

| NGUYEN, EILEEN | IRTA | NIH |
|---|---|---|
| TECHIRYAN, GEORGE | MD PhD program | University of Buffalo |
| DEOT, NEAL | Applying to medical school | UCLA |
| SUN, BEATRICE JIAYING | Undergraduate | UCLA |
| KESSLER, JASON LLOYD | Undergraduate | UCLA |
| SWEETWOOD, KEVIN | MD program | Baylor |
| WONG, ARIE | Optometry program | Berkeley |
| FOGEL, ALEXIS HANNAH | MPH program, (pre-med) | Columbia |
| OSTOWARI, ARSHA | Applying to medical school | UCLA |
| LOVE, MICHAEL ADAM | Applying to medical school | |
| CHEN, VICTOR AARON | pre-med, graduated | UCLA |
| RUPCHIAN, A. ARTHUR | licensed intern pharmacist | |
| ASHOKKUMAR, SANDHYA | Applying to medical school | UCLA |
| HERRERA, CAMILA REGINA | post-bac program (pre-med) | Cornell |
| NGUYEN, BAO SEAN HUY | unknown | |
| YEE, HALINA MAY | post-bac program (pre-med) | Univ of Penn |
| LUU, KIEU-YEN GIANG | Ophth tech/ pre-med | |
| VO, JEAN THE | MD program | Florida Int'l. Univ. |
| HASHTPARI, HALLEH | MS - clinical psych | Cal State Lutheran |

Additional Educational (Graduate, Residency and Fellowship)

- Retina Fellowship interview and selection committee, 2007-2011
- Residency Interview committee 2006 and 2008
- EyeStar selection committee 2008 - present
- Retina Fellowship Training – weekly clinical work with fellow
- BSCS course for 1st year residents – 1 Retina Lecture, 2007 - present
- 2nd & 3rd year residents (3 basic science lectures) 2007- present
- Fluorescein conference  (as well as introductory lecture in Electrophysiology and Diagnostics), 2007 to present

Ex. 701-35

- Created and supervise the first teaching conference specifically for the clinical and international ophthalmology fellows on Ophthalmic Genetics – held monthly 2009 to 2011
- Member of the JSEI Training Grant program and a member of the graduate faculty for the Department of Human Genetics and the Neuroscience Interdisciplinary Program
- Member of the ACCESS program 2010
- Member of the UCLA Brain Research Institute. 2010 - present
- Faculty advisor - Genetics Epidemiology fellow – Olywatoyin Fafowora, Ph.D.  2010 - present, matriculated to candidacy for doctorate in 2014.
- Faculty advisor – Molecular Diagnostics Genetics Fellow – Samuel Storm, Ph.D.  2011-2013, now on full time faculty in the Dept of Pathology, UCLA
- International research fellowship (6 months in 2014) – Dr. Amira Morsi, professor of clinical genetics, University of Cairo, Egypt
- Created new Medical Retina Fellowship 2012- present (2 graduates – Dr. Susan Gelman and Dr. Saradha Chexal, 1 current – Dr. Michael Fikhman. Starting in 2015, we will merge the medical retina fellowships of the Stein Eye Institute with the Doheny Eye Institute and co-direct the fellowship with Dr. SriniVas Sadda.

Community Lectures:

| | |
|---|---|
| - VHL Family Alliance – Ocular Issues with VHL Disease | - March 1, 2008 |
| - Foundation Fighting Blindness Community Lectures | - October 6, 2007, March 15, 2008 |
| - Hosted ICAN Anophthalmia Clinical Conference at UCLA | - June 19, 2009 |
| - Belmont Village | - 2/25/2010, 9/2/2010 |
| - Westwood Horizons | - 4/21/2010 |
| - Orange County Vision Symposium | - 6/26/2010 |
| - San Diego Vision Symposium | - 5/26/2011 |

**RESEARCH ACTIVITIES (40% FTE)**

• Assumed leadership and revamped the clinical research module for the FFB core grant focused on Stargardt Disease – have now published two papers with Dr. Nusinowitz on this work, doubled the number of participants and have published 2 papers on the molecular genetic studies. When the FFB did not continue funding the JSEI as a FFB center, we obtained ongoing funding (FFB-Individual Research Award) for our clinical and translational research program on Stargardt and Stargardt-like disease. This funding from FFB was not renewed, not for lack of productivity or scientific merit but because the FFB decided to fund a new group of investigators (without peer review) to do exactly the same research program. We have continued to follow our research cohort and have focused our efforts on the molecular aspects of the disease. We have obtained funding to investigate RPE and retinal progenitor cells derived from iPS cells from a subset of our Stargardt subjects for whom the molecular diagnosis has remained ambiguous. We intend to establish if those containing a single ABCA4 mutation have functional expression of the presumably normal allele as well as look at RNA transcription profiles from differentiated cells to

• My clinical research program on the molecular genetics of ophthalmic disorders has continued with a growing enrollment of patients using a combination of both clinical molecular genetic testing, participation in the NIH's EyeGENE program and by collaborating with groups that are investigating the utility of NGS-based exome sequencing. We have established a substantial genetic registry and are involved in both clinical and research molecular genetic testing for a broad range of ophthalmic hereditary disorders. Our collaboration with Personalis has resulted in a poster presentation and a manuscript in preparation and with Dr. Samuel Strom and Dr. Stan Nelson continues to explore the use of next generation sequencing for the study of hereditary ocular disorders. Several of our recent publications summarize these current efforts.

**Ex. 701-36**

• I previously initiated a clinical research study on the potential utility of a new instrument to noninvasively monitor diabetic retinopathy using pupillometry. This study was initially funded by an SBIR to Neuro Kinetics, Inc who have licensed the patent from the University of Pittsburgh in which I am listed as an inventor. The results from that study are being prepared for publication and they were used to successfully secure a phase II SBIR award to Neuro Kinetics that will allow for the construction and testing of a pre-commercial instrument. Since my last review, we obtained Phase II SBIR funding and have completed a two-center replication study, which is currently under analysis.  As part of this effort, I formed a new collaboration with Dr. Mark Perlin in Pittsburgh to use Markov Chain modeling of the pupillary responses to better define the parameters of regional retinal sensitivity. Such modeling allows us to better account for variability of the pupillary responses as well as reduce the amount of testing that is required to describe the biological responses.

• While my NIH-funded research on the Genetics of Age-related maculopathy has ended, we continue to conduct research with the invaluable family-based cohort by participating in the International AMD Genetics Consortium.  I actively participate in the Consortium and recently participated in the investigators' meeting in 2014 in Regensberg, Germany. A number of my more recent publications in AMD genetics have resulted from this collaborative effort.  The clinical research software tools that we developed in order for the  study to be conducted via the web on a national basis has now been published and two other software methodology papers, one on the database system designed to integrate the molecular genetic data from multiple sources (dbVOR) and one on a graphical tool for integrating and resolving shared pedigrees (Genetic ME) are submitted and in revision.  Perhaps the greatest outcome of these prior studies has been a new research effort focused on using the molecular genetic variants associated with AMD as endophenotypes for the condition and their use in evaluating high-risk family members who have not yet developed AMD. The goal is to use this cohort to evaluate the incidence of the earliest clinical changes associated with AMD through a combination of retinal imaging and functional analyses.  A paper that summarizes these methods and our initial results is currently being reviewed by the Journal of Clinical Medicine. Dr. Nusinowitz and I are co-investigators in this effort and we have obtained initial funding from the Beckman Foundation with grant applications pending to the Thome Foundation and the BrightFocus Foundation.

• Using startup funds from the Department of Ophthalmology, I opened my basic research laboratory with the hiring of Anna Matynia, PhD, an assistant research ophthalmologist trained in neuroscience and behavioral studies to investigate the biological basis of ocular pain and photophobia. It took nearly 2 years to recruit a suitable scientist to join the laboratory and we have been operational for about 2 years. A staff research associate II, Mr. Sachin Parikh, started in the laboratory in October 2008.  Dr. Matynia and I have formed collaborations with several UCLA research groups working on traumatic brain injury (David Hovda), migraine disorders (Andrew Charles), circadian cycle research (Chris Colwell) and pain research (Chris Evans, KC Brennan). We have published several papers in the field with another major manuscript in preparation. An R01 submission is pending at this time.

• As part of my research activities, I have served on a number of NIH review panels for the NEI (special emphasis panels including the NEI Clinical, Epidemiological and Genetics Review Panel), National Center for Alternative Medicine, Genes Environmental Initiative, NEI panel on Genetics of Health and Disease, and National Institute of Aging (Claude Pepper Center grant reviews). I also serve on grant review panels for the American Health Assistance Foundation, Macular Vision Research Foundation, Knights Templar (starting in early 2009).  I have conducted multiple grant reviews for the MRC-England and MRC-Hong Kong and NMRC-Singapore. I have been an invited panelist for the Arnold and Mabel Beckman Foundation working group on atrophic AMD. In collaboration with M. Cristina Kenney, M.D., Ph.D. (UC Irvine) we obtained research funding from the Arnold and Mabel Beckman Foundation to pursue

**Ex. 701-37**

genetic studies of the role of mitochondria in AMD. We are continuing to work with Dr. Kenney and Dr. Weeks to complete the analyses of these genotyping efforts.

• From 2006 until September 1, 2008, I was the co-editor of the journal, Current Eye Research, and am continuing as a reviewing editor for the journal. I also have reviewed for New England Journal of Medicine, Nature Genetics, Ophthalmology, Investigative Ophthalmology and Vision Science, Archives of Ophthalmology, PLoS One, PLoS Genetics, and Human and Molecular Genetics, American Journal of Medical Genetics, Journal of Biological Chemistry, Retina, Journal of Human Genetics, American Journal of Human Genetics. In 2010, I joined the Scientific Editorial Board for Experimental Eye Research.
• I served on the Data Safety Monitoring Committee for an NIH-funded study at Harvard Medical School (Dr. Eliott Berson, PI) from 2006 till 2010. The study has now concluded and the results were published. Due to a fairly rare set of circumstances, this Data Safety Monitoring Committee was forced to publish an editorial piece criticizing the conclusions published by the author after he disregarded the recommendations of our scientific review in the final manuscript.
• I was on the scientific advisory committee for the SCORE study, which also recently published its findings on the use of intravitreal steroids for the treatment of branch and central retinal vein occlusions. While I am no longer affiliated with the SCORE study group, these investigators have continued to make major contributions in the management of retinal vascular occlusive disease.


**SERVICE ACTIVITIES (45% - 30% clinical, 15% other)**
I serve on a number of Departmental committees (see CV) as well as the Medical Education Committee for the School of Medicine. My clinical duties have increased from 1 day per week-outpatient subspecialty care to 1.5 days a week. The majority of my university service has been devoted to:

1) Division chief and fellowship director for Retinal Disorders and Ophthalmic Genetics. Starting in 2015, we are expanding our medical fellowship by merging with the Doheny Eye Institute fellowship offered by SriniVas Sadda. We will be jointly directing this new fellowship.

2) Installation of the electronic medical record for the Department of Ophthalmology.
I devoted three years of effort to developing a combined EMR and PACS system for the Department of Ophthalmology, well before UCLA had decided to undertake an enterprise-wide system with EPIC. Initially we decided to downscale our system to just the ophthalmic diagnostic imaging PACS that would be linked to EPIC. However for a variety of reasons, in 2014 the Department made the decision to scrape the PACS that had been developed with VersaSuite and adopt the system, AXIS, previously vetted and used by the Doheny Eye Institute physicians. I have attempted to use my knowledge and expertise to help make the CareConnect system more usable for Ophthalmology and have made a number of recommendations to improve the functionality of AXIS. Though I am less engaged in the EMR deployment for the Department of Ophthalmology, I have become active in the Clinical Research Operations Advisory Committee for the UCLA medical center, which is charged with developing centralized and integrated tools for the conduct of clinical research using Oncore, CareConnect and other systems.

**HONORS AND SPECIAL AWARDS**

1971, 1973      NSF-URP Recipient

1974            Phi Beta Kappa, Magna Cum Laude, Michael Rosen Premedical Award

1974-1980       Medical Scientist Training Program - N.I.H
.
1979            O.H. Perry Pepper Prize:  Medical Student Research Colloquium, University of
                Pennsylvania

1980            Rose Meadow Levinson Memorial Prize:  Medical Student Research
                Colloquium, University of Pennsylvania

1984            Special Award for Excellence in Research
                Henry and Lillian Nesburn Prize for Research
                L.A. Ophthalmology Society

1984            Jules Stein Institute Residents Research Program - Award for Outstanding
                Research Paper

1999            Inducted into the Omega Delta Honor Society for Public Health

2001            Lew R. Wasserman Merit Award – Research to Prevent Blindness

2005            Senior Scientist Investigator Award – Research to Prevent Blindness

2006            Harold and Pauline Price Endowed Professorship of Ophthalmology

2014            Diplomate, Clinical Informatics (American Board of Preventive Medicine)


**US PATENTS**

Michael B Gorin: Method and apparatus for screening for retinopathy. University of Pittsburgh - Of the Commonwealth April 2006: US 20060077348

Michael B Gorin, Johanna Jakobsdottir, Yvette P Conley, Daniel E Weeks, Tammy S Mah-Fraser, Robert E Ferrell: Susceptibility genes for age-related maculopathy (ARM) on chromosome 10q26. December 2006: US 20060281120

Doreen K Jacob, Susan Tonya Stepko, Steven A Hackworth, Michael R Lovell, Marlin H Mickle, Michael B Gorin: Method and apparatus for stimulating a denervated muscle. August 2007: US 20070191908

Anthony B Nesburn, Michael B Gorin, M Cristina Kenney, Ezra Maguen: Method of crosslinking amino acid-containing polymers usingphotoactivatable chemical crosslinkers. Cedars-Sinai Medical Center August 1997: US 5660692

**Ex. 701-39**

**FELLOWSHIP AND RESEARCH GRANTS RECEIVED**

| Agency & Number, Title, PI/Co-PI | % effort | Duration | DC/TC |
|---|---|---|---|
| NIH/NEI: 5T32EY007026<br>Vision Research Training Grant<br>Travis (PI), Gorin – co-investigator | NA | 07/01/1975 –<br>09/29/2016 | NA |
| NIH/NEI: 2P30 EY00331-43<br>Jules Stein Eye Institute Core Grant for Vision Research<br>Hubbell (PI)<br>Gorin – Module Director (Live Imaging and Functional Evaluation Core)<br>Live Imaging and Functional Evaluation Core (for animal models) | NA | 03/01/2010 –<br>02/28/2015 | $389,355 |
| BrightFocus AMD Award Nusinowitz (PI; Gorin, Co-PI)Regional Scotopic Critical Flicker Fusion (CFF) as a New Clinical Biomarker for At-risk Individuals with Early and Pre-clinical Age-related Macular Degeneration<br>Goal:To evaluate the potential of a new test based on scotopic criticial flicker fusion as an indicator of retinal dysfunction in preclinical and early AMD. | 1 Cal.Month | 07/01/2015-<br>06/30/2017 | $ 150,000 |
| Gerard Oppenheimer Family Foundation Award (Gorin, PI) Wireless microdevices to monitor/stimulate periocular sensory and motor neurons for pain management and facial reanimation<br>Goal: To develop and test miniaturized, RF-powered and signaled devises to measure trigeminal nerve responses and trigger facial motor nerve firing in the face | 1.0 Cal.Month | 01/01/2015-<br>12/31/2016 | $ 50,000 |
| Stein/Oppenheimer Endowment Award<br>Preventing Vision Loss From Stargardt Disease<br>Gorin (PI) | NA | 01/07/2014 –<br>12/31/2015 | $30,000 |
| Beckman Foundation Seed Grant<br>Genetics-based testing of functional and structural endophenotypes for pre- and early-age-related macular degeneration (AMD)<br>Gorin (PI) | NA | 07/01/2014 -<br>06/30/2015 | $100,000 |
| NIH/SBIR 2R44EY018025-03<br>Developing a Noninvasive Method and Device for Assessing the Degree of Midperipheral Ischemia<br>Neuro Kinetics, Inc – Kiderman<br>This is a phase II study to develop and test a precommercial version of this instrument based on Dr. Gorin's invention and patent held by the University of Pittsburgh | NA | 02/01/2011 –<br>01/31/2014 | $190,230 |

**Ex. 701-40**

| | | | |
|---|---|---|---|
| Foundation Fighting Blindness – Individual Research Award<br>Clinical and Genetic Characterization of Stargardt and Stargardt-like Macular Dystrophies:  The Potential Role of AMD risk factors on the severity and progression of these macular dystrophies<br>Gorin (PI)<br>The potential role of AMD risk factors on the severity and progression of these macular dystrophies Stargardt and Stargardt-like Disease.  The potential role of AMD risk factors on the severity and progression of these macular dystrophies. Ongoing project to clinically characterize a cohort of patients and family members with Stargardt or Stargardt-like Dystrophy including molecular genetic characterization and to establish if variants in AMD-related genes contribute to disease severity. | NA | 07/01/2010 – 06/30/2013 | $314,481 |
| NIH/SBIR R43EY018025-01<br>Phase I Study of Noninvasive Device for the Detection of Diabetic Retinopathy<br>Neuro Kinetics, Inc – Kiderman<br>Project was to develop an instrument based on comparative pupillometry to determine the extent of peripheral retinal ischemia in diabetics as a noninvasive screening tool for retinopathy. Dr. Gorin was the clinical investigator of the project and also the inventor of the device. The patent is held by the University of Pittsburgh and licensed to Neuro Kinetics, Inc. | 20% | 09/01/2010 – 01/31/2013 | $81,991 |
| NIH/NEI: 3 R01 EY09859-13<br>ARRA Administrative Supplement<br>Genetics of Age-Related Maculopathy<br>Gorin (PI)<br>The long-range objective of this project is to identify the genetic contributions to age-related maculopathy (ARM). The goal is to better understand the causes of this condition so that eventually preventive therapies can be developed and tested in at-risk individuals. As part of this grant we have developed web-based system for subject consent, participation and records/photograph retrieval. | 40% | 01/01/2006 - 12/31/2012 | $848,377 |
| NIH/NEI: 2 R44 EY015934-02A1<br>Clinical Testing of the Tracking Adaptive-optic Scanning Laser Ophthalmoscope<br>Miller (UCLA- PI), Gorin (UCLA coPI) | NA | 04/01/2010 – 03/31/2012 | NA |
| NIH/NEI: R01 EY09859-13<br>Genetics of Age-Related Maculopathy<br>Gorin | 40% | 01/01/2006 - 12/31/2011 | $6,199,190 |

Ex. 701-41

Stein/Oppenheimer Endowment Award
Behavioral and Molecular Mechanisms of Photophobia:
Investigating the Role of Retinal Ganglion Cells and
TRBV1.
Gorin,  Matynia – co-investig

NA     01/30/2009 –     $30,000
       12/31/2010

Foundation Fighting Blindness Center Grant
Bok (Center PI)
Gorin -PI for Module I: Clinical and Genetic
Characterization of Stargardt Disease
Clinical characterization and correlation with molecular
genetic studies of individuals with suspected Stargardt
Disease. A major objective of this clinical research
module is to develop and validate testing methods to
allow for accurate measures of disease progression that
can be used in a prospective clinical treatment trial.

NA     07/01/2005 –     $873,609
       06/30/2010

NIA - R21AG024177-01 - The Genetic Basis of a Disease
Free Model of Aging
Yvette Conley, Ph.D – principal investigator. Gorin-Co-
Investigator  - Pittsburgh
This project is intended to use quantitative measurements
of lens transparency (with a Scheimflug camera) as a
biomarker for aging. We intend to confirm the previous
evidence of a close correlation between lens
transparency and biological age and use this approach to
undertake a quantitative genetics linkage analysis of
aging.

20%     07/15/2005 –     $62,909
        06/30/2009

AHAF-Macular Degeneration Research
Molecular Genetics of Age-related Maculopathy (ARM)
Gorin

NA     04/01/2006 –     $150,000
       03/31/2008

NIH/NCRR Clinical and Translational Science Award
Steve Reis (PI) – University of Pittsburgh
Gorin – co-investigator to manage basic research core
integration and access
(Awarded to University of Pittsburgh. Dr. Gorin
relinquished his participation upon leaving the University
of Pittsburgh). His original role was to direct the
integration and provision of service of basic research core
facilities across the enterprise.

20%     12/01/2006 –     $675,753
        11/03/2007

Wyeth Ayerst
Women's Health Initiative
Subaccount – M.Gorin – Co-investigator
Ancillary study to the Women's Health Initiative focusing
on sight. Women in hormone replacement therapy arm of
the trial are given sight examinations to determine the
effects of hormone therapy on the development and
progression of age-related maculopathy

5%     09/01/2000 -     $40,460
       06/30/2006

**Ex. 701-42**

| | | | |
|---|---|---|---|
| RPB Senior Investigator Award<br>Gorin – Unrestricted grant | NA | 07/01/2005 –<br>06/30/2006 | $65,000 |
| NIH-NEI: RO1 EY 13130<br>Molecular Genetics of X-L Cone-Rod Dystrophy (COD-1)<br>Gorin (PI) – Pittsburgh<br>The primary objective of this project is to identify the gene<br>responsible for X-linked cone-rod dystrophy (COD-1), a<br>specific human retinal degeneration primarily affecting the<br>cone photoreceptors. | 25% | 04/01/2001 -<br>03/31/2005 | $817,456 |
| RPB Lew R. Wasserman Merit Award<br>Research to Prevent Blindness<br>Gorin – unrestricted award<br>RPB's Lew R. Wasserman Merit Award is designed with<br>the intent to provide unrestricted grants to scientists. Dr.<br>Gorin was nominated for this award by Dr. Gary Foulks,<br>Chairman, Dept. of Ophthalmology, University of<br>Pittsburgh School of Medicine. | NA | 07/01/2001 –<br>06/30/2004 | $55,000 |
| NIH: 1 G08 LM006625-01<br>IAMS Implementation Advancing the Academic Mission<br>Friedman (PI), Gorin – project PI<br>Dr. Gorin was one of the PIs on a project to develop new<br>software to advance education of health professional<br>students during experiential clinical electives. He also<br>served as a senior associate of bioinformatics and on the<br>Operations Committee for the IAMS program. | 5% | 05/01/2998 -<br>04/30/2003 | $8,128<br>$500,000<br>(total) |
| The Eye & Ear Foundation of Pittsburgh<br>Family Studies Center for Eye Disorders<br>Gorin (PI) – Pittsburgh<br>To expand the activities of the FSCED in order to 1)<br>extend the scope of knowledge development to other<br>blinding eye conditions, and 2) enhance the services that<br>can be provided to patients and their families. | 20% | 07/01/1997 -<br>06/30/2002 | $456,000 |
| University of Pittsburgh Internet 2 Grant<br>Gorin and Warnicke- co-PI<br>Development of new clinician interfaces for ophthalmic<br>digital imaging and documentation | NA | 2001- 2002 | $25,000 |
| Corporate Research Agreement between the University<br>of Pittsburgh and SeQuel Genetics, Inc. Part of SBIR<br>grant from NIH UPITT Reference No. 2314135 | NA | 12/01/1999 -<br>11/30/2000 | $10,000 |
| Steinbach Foundation, New York<br>Molecular genetics of age-related maculopathy<br>Gorin (PI) - Pittsburgh | NA | 07/01/1995 -<br>06/30/1998 | $300,000 |
| Pennsylvania Lions Sight Conservation and Eye<br>Research Foundation, Inc<br>Genetics of Progressive Cataracts<br>Gorin (PI) - Pittsburgh | NA | 1997 - 1998 | $20,000 |

**Ex. 701-43**

| | | | |
|---|---|---|---|
| National Surgical Adjuvant Breast and Bowel Project NSABP substudy P1E Tamoxifen Ophthalmic Evaluation Study NCI U10-CA-37377<br>Gorin (PI) - Pittsburgh | 10% | 06/01/1992 - 03/31/1996 | $137,704 |
| NIH/NEI: 1RO1EY09192<br>Mammalian Inherited Retinal Disease - Molecular Genetics<br>Gorin (PI) - Pittsburgh | 50% | 08/01/1994 – 07/30/1995 | $1,399,318 |
| Pennsylvania Lions Sight Conservation and Eye Research Foundation, Inc.<br>Genetics of Age-Related Maculopathy<br>Gorin (PI) | NA | 07/1992 - 06/1993, 06/1994 - 07/1995 | $69,000<br>$34,500 |
| University of Pittsburgh Medical Center - Competitive Medical Research Fund<br>Experimental Model for Intraretinal Genetics<br>Gorin (PI) - Pittsburgh | NA | 07/01/1992 - 06/30/1994 | $25,000 |
| 5 P30 EY08098-04<br>NEI Core Grant –<br>Gorin (CVRC module – administrator) - Pittsburgh | NA | 05/1992 – 05/1993 | NA |
| NIH: P30 EY08098-04<br>Eye & Ear Institute BRSG<br>Neuronal Pathways involve in Sensory Innervation of the Uvea Exploring the Pathogenesis of Photophobia<br>Gorin (PI) – Pittsburgh | NA | 09/1992 – 09/1993 | $5,000 |
| University of Pittsburgh Central Development Research Fund<br>A Model System for Gene Therapy of the Mammalian Retina<br>Gorin (PI) – Pittsburgh | NA | 08/1991 – 09/1992 | $24,180 |

**PUBLICATIONS/BIBLIOGRAPHY**

RESEARCH PAPERS – PEER REVIEWED:

1.  Hansch C.  Nakamoto K.  **Gorin M**.  Denisevich P.  Garret ER.  Heman-Ackah SM.  Won CH.  Structure-activity relationship of chloramphenicols.  *Journal of Medicinal Chemistry*.  16(8):917-22, 1973 Aug.

2.  Tilghman SM.  Kioussis D.  **Gorin MB**.  Ruiz JP.  Ingram RS.  The presence of intervening sequences in the alpha-fetoprotein gene of the mouse.  *Journal of Biological Chemistry*.  254(15):7393-9, 1979 Aug 10.

3.  **Gorin MB**.  Tilghman SM.  Structure of the alpha-fetoprotein gene in the mouse.  *Proc. of the National Academy of Science USA*.  77(3):1351-5, 1980 Mar.

4.  **Gorin MB**.  Cooper DL.  Eiferman F.  van de Rijn P.  Tilghman SM.  The evolution of alpha-fetoprotein and albumin. I. A comparison of the primary amino acid sequences of mammalian alpha-fetoprotein and albumin. *Journal of Biological Chemistry*.  256(4):1954-9, 1981 Feb 25.

5.  Kioussis D.  Eiferman F.  van de Rijn P.  **Gorin MB**.  Ingram RS.  Tilghman SM.  The evolution of alpha-fetoprotein and albumin. II. The structures of the alpha-fetoprotein and albumin genes in the mouse. *Journal of Biological Chemistry*.  256(4):1960-7, 1981 Feb 25.

6.  **Gorin MB**.  Horwitz J.  Cloning and characterization of a cow beta crystallin cDNA.  *Current Eye Research*.  3(7):939-48, 1984 Jul.

7.  **Gorin MB**.  Yancey SB.  Cline J.  Revel JP.  Horwitz J.  The major intrinsic protein (MIP) of the bovine lens fiber membrane: characterization and structure based on cDNA cloning.  *Cell*.  39(1):49-59, 1984 Nov.

8.  Hogg D.  Tsui LC.  **Gorin M**.  Breitman ML.  Characterization of the human beta-crystallin gene Hu beta A3/A1 reveals ancestral relationships among the beta gamma-crystallin superfamily. *Journal of Biological Chemistry*.  261(26):12420-7, 1986 Sep 15.

9.  Sparkes RS.  Mohandas T.  Heinzmann C.  **Gorin MB**.  Horwitz J.  Law ML.  Jones CA.  Bateman JB.  The gene for the major intrinsic protein (MIP) of the ocular lens is assigned to human chromosome 12cen-q14.  *Investigative Ophthalmology & Visual Science*.  27(9):1351-4, 1986 Sep.

10. Sparkes RS.  Mohandas T.  Heinzmann C.  **Gorin MB**.  Zollman S.  Horwitz J.  Assignment of a human beta-crystallin gene to 17cen-q23.  *Human Genetics*.  74(2):133-6, 1986 Oct.

11. Hogg D.  **Gorin MB**.  Heinzmann C.  Zollman S.  Mohandas T.  Klisak I.  Sparkes RS.  Breitman M.  Tsui LC.  Horwitz J.  Nucleotide sequence for the cDNA of the bovine beta B2 crystallin and assignment of the orthologous human locus to chromosome 22.  *Current Eye Research*.  6(11):1335-42, 1987 Nov.

12. Arden GB.  **Gorin MB**.  Polkinghorne PJ.  Jay M.  Bird AC.  Detection of the carrier state of X-linked retinoschisis.  *American Journal of Ophthalmology*.  105(6):590-5, 1988 Jun 15.

**Ex. 701-45**

13. Barrett DJ.  Sparkes RS.  **Gorin MB**.  Bhat SP.  Spence MA.  Marazita ML.  Bateman JB.  Genetic linkage analysis of autosomal dominant congenital cataracts with lens-specific DNA probes and polymorphic phenotypic markers. *Ophthalmology*.  95(4):538-44, 1988 Apr.

14. Filling-Katz MR.  Choyke PL.  Patronas NJ.  **Gorin MB**.  Barba D.  Chang R.  Doppman JL.  Seizinger B.  Oldfield EH.  Radiologic screening for von Hippel-Lindau disease: the role of Gd-DTPA enhanced MR imaging of the CNS.  *Journal of Computer Assisted Tomography*.  13(5):743-55, 1989 Sep-Oct.

15. Filling-Katz MR.  Shawker TH.  **Gorin MB**.  Travis WD.  Chang R.  Seizinger BR.  Dwyer AJ.  Linehan WM.  von Hippel-Lindau disease: radiologic screening for visceral manifestations.  *Radiology*.  174(3 Pt 1):815-20, 1990 Mar.

16. Hosoe S.  Brauch H.  Latif F.  Glenn G.  Daniel L.  Bale S.  Choyke P.  **Gorin M**.  Oldfield E.  Berman A.  Localization of the von Hippel-Lindau disease gene to a small region of chromosome 3.  *Genomics*.  8(4):634-40, 1990 Dec.

17. Filling-Katz MR.  Choyke PL.  Oldfield E.  Charnas L.  Patronas NJ.  Glenn GM.  **Gorin MB**.  Morgan JK.  Linehan WM.  Seizinger BR. Central nervous system involvement in Von Hippel-Lindau disease.  *Neurology*.  41(1):41-6, 1991 Jan.

18. Glenn GM.  Daniel LN.  Choyke P.  Linehan WM.  Oldfield E.  **Gorin MB**.  Hosoe S.  Latif F.  Weiss G.  Walther M.  Von Hippel-Lindau (VHL) disease: distinct phenotypes suggest more than one mutant allele at the VHL locus.  *Human Genetics*.  87(2):207-10, 1991 Jun.

19. Glenn GM.  Linehan WM.  Hosoe S.  Latif F.  Yao M.  Choyke P.  **Gorin MB**.  Chew E.  Olfield E.  Manolatos C.  Screening for von Hippel-Lindau disease by DNA polymorphism analysis.  *JAMA*.  267(9):1226-31, 1992 Mar 4.

20. Filling-Katz MR.  Fink JK.  **Gorin MB**.  Caruso R.  Carl JB.  Fitzgibbon EJ.  Barton NW.  Katz NN.  Ophthalmologic manifestations of type B Niemann-Pick diseases.  *Metabolic, Pediatric & Systemic Ophthalmology*.  15(1-3):16-20, 1992.

21. **Gorin MB**.  Von Hippel-Lindau disease: clinical considerations and the use of fluorescein-potentiated argon laser therapy for treatment of retinal angiomas. [Review] [40 refs] *Seminars in Ophthalmology*.  7(3):182-91, 1992 Sep.

22. **Gorin MB**.  Snyder S.  To A.  Narfstrom K.  Curtis R.  The cat RDS transcript: candidate gene analysis and phylogenetic sequence analysis.  *Mammalian Genome*.  4(9):544-8, 1993 Sep.

23. Sigman DS.  Chen CH.  **Gorin MB**.  Sequence-specific scission of DNA by RNAs linked to a chemical nuclease.  *Nature*.  363(6428):474-5, 1993 Jun 3.

24. Rikke BA.  Pinto LH.  **Gorin MB**.  Hardies SC.  Mus spretus-specific LINE-1 DNA probes applied to the cloning of the murine pearl locus.  *Genomics*.  15(2):291-6, 1993 Feb.

25. Donahue SP.  Wenger SL.  Steele MW.  **Gorin MB**.  Broad-spectrum Mobius syndrome associated with a 1;11 chromosome translocation.  *Ophthalmic Paediatrics & Genetics*.  14(1):17-21, 1993 Mar.

26. Chen CB.  **Gorin MB**.  Sigman DS.  Sequence-specific scission of DNA by the chemical

nuclease activity of 1,10-phenanthroline-copper(I) targeted by RNA. *Proceedings of the National Academy of Sciences of the United States of America.* 90(9):4206-10, 1993 May 1.

27. Pieke Dahl S.  Kimberling WJ.  **Gorin MB**.  Weston MD.  Furman JM.  Pikus A.  Moller C.  Genetic heterogeneity of Usher syndrome type II. *Journal of Medical Genetics.* 30(10):843-8, 1993 Oct.

28. Brown DL.  **Gorin MB**.  Weeks DE.  Efficient strategies for genomic searching using the affected-pedigree-member method of linkage analysis. *American Journal of Human Genetics.* 54(3):544-52, 1994 Mar.

29. Hong HK.  Ferrell RE.  **Gorin MB**.  Clinical diversity and chromosomal localization of X-linked cone dystrophy (COD1). *American Journal of Human Genetics.* 55(6):1173-81, 1994 Dec.

30. **Gorin MB**.  Paul TO.  Rader DJ.  Angioid streaks associated with abetalipoproteinemia. *Ophthalmic Genetics.* 15(3-4):151-9, 1994 Sep-Dec.

31. **Gorin MB**.  Jackson KE.  Ferrell RE.  Sheffield VC.  Jacobson SG.  Gass JD.  Mitchell E.  Stone EM.  A peripherin/retinal degeneration slow mutation (Pro-210-Arg) associated with macular and peripheral retinal degeneration. *Ophthalmology.* 102(2):246-55, 1995 Feb.

32. **Gorin MB**.  To AC.  Narfstrom K.  Sequence analysis and exclusion of phosducin as the gene for the recessive retinal degeneration of the Abyssinian cat. *Biochimica et Biophysica Acta.* 1260(3):323-7, 1995 Feb 21.

33. Day R.  **Gorin MB**.  Eller AW.  Prevalence of lens changes in Ukrainian children residing around Chernobyl. *Health Physics.* 68(5):632-42, 1995 May.

34. **Gorin MB**.  The interplay of genetics and surgery in ophthalmic care. *Seminars in Ophthalmology.* 10(4):303-17, 1995 Dec.

35. Parker LS.  **Gorin MB**.  Preventive ethics in the management of ophthalmic genetic disorders. *Seminars in Ophthalmology.* 10(4):331-43, 1995 Dec.

36. Nayfield SG.  **Gorin MB**.  Tamoxifen-associated eye disease. A review. *Journal of Clinical Oncology.* 14(3):1018-26, 1996 Mar.

37. Ip M.  **Gorin MB**.  Recurrence of a choroidal neovascular membrane in a patient with punctate inner choroidopathy treated with daily doses of thalidomide. *American Journal of Ophthalmology.* 122(4):594-5, 1996 Oct.

38. Seymour AB.  Yanak BL.  O'Brien EP.  Rusiniak ME.  Novak EK.  Pinto LH.  Swank RT.  **Gorin MB**.  An integrated genetic map of the pearl locus of mouse chromosome 13. *Genome Research.* 6(6):538-44, 1996 Jun.

39. Weston MD.  Kelley PM.  Overbeck LD.  Wagenaar M.  Orten DJ.  Hasson T.  Chen ZY.  Corey D.  Mooseker M.  Sumegi J.  Cremers C.  Moller C.  Jacobson SG.  **Gorin MB**.  Kimberling WJ. Myosin VIIA mutation screening in 189 Usher syndrome type 1 patients. *American Journal of Human Genetics.* 59(5):1074-83, 1996 Nov.

40. Xu HP.  Yanak BL.  Wigler MH.  **Gorin MB**.  New polymorphic markers in the vicinity of

**Ex. 701-47**

the pearl locus on mouse chromosome 13. *Mammalian Genome.* 7(1):16-9, 1996 Jan.

41. Andersen JS. Pralea AM. DelBono EA. Haines JL. **Gorin MB**. Schuman JS. Mattox CG. Wiggs JL. A gene responsible for the pigment dispersion syndrome maps to chromosome 7q35-q36. *Archives of Ophthalmology.* 115(3):384-8, 1997 Mar.

42. Nwokoro NA. Korytkowski MT. Rose S. **Gorin MB**. Penles Stadler M. Witchel SF. Mulvihill JJ. Spectrum of malignancy and premalignancy in Carney syndrome. *American Journal of Medical Genetics.* 73(4):369-77, 1997 Dec 31.

43. Seymour AB. Dash-Modi A. O'Connell JR. Shaffer-Gordon M. Mah TS. Stefko ST. Nagaraja R. Brown J. Kimura AE. Ferrell RE. **Gorin MB**. Linkage analysis of X-linked cone-rod dystrophy: localization to Xp11.4 and definition of a locus distinct from RP2 and RP3. *American Journal of Human Genetics.* 62(1):122-9, 1998 Jan.

44. **Gorin MB**. Day R. Costantino JP. Fisher B. Redmond CK. Wickerham L. Gomolin JE. Margolese RG. Mathen MK. Bowman DM. Kaufman DI. Dimitrov NV. Singerman LJ. Bornstein R. Wolmark N. Kaufmann D. Long-term tamoxifen citrate use and potential ocular toxicity. *American Journal of Ophthalmology.* 125(4):493-501, 1998 Apr.

45. Keverline MR. Mah TS. Keverline PO. **Gorin MB**. A practice-based survey of familial age-related maculopathy. *Ophthalmic Genetics.* 19(1):19-26, 1998 Mar.

46. Feng L. Seymour AB. Jiang S. To A. Peden AA. Novak EK. Zhen L. Rusiniak ME. Eicher EM. Robinson MS. **Gorin MB**. Swank RT. The beta3A subunit gene (Ap3b1) of the AP-3 adaptor complex is altered in the mouse hypopigmentation mutant pearl, a model for Hermansky-Pudlak syndrome and night blindness. *Human Molecular Genetics.* 8(2):323-30, 1999 Feb.

47. Zhen L. Jiang S. Feng L. Bright NA. Peden AA. Seymour AB. Novak EK. Elliott R. **Gorin MB**. Robinson MS. Swank RT. Abnormal expression and subcellular distribution of subunit proteins of the AP-3 adaptor complex lead to platelet storage pool deficiency in the pearl mouse. *Blood.* 94(1):146-55, 1999 Jul 1.

48. Zito I. Thiselton DL. **Gorin MB**. Stout JT. Plant C. Bird AC. Bhattacharya SS. Hardcastle AJ. Identification of novel RPGR (retinitis pigmentosa GTPase regulator) mutations in a subset of X-linked retinitis pigmentosa families segregating with the RP3 locus. *Human Genetics.* 105(1-2):57-62, 1999 Jul-Aug.

49. **Gorin MB**. Breitner JC. De Jong PT. Hageman GS. Klaver CC. Kuehn MH. Seddon JM. The genetics of age-related macular degeneration. *Molecular Vision.* 5:29, 1999 Nov 3.

50. Age-Related Eye Disease Study Research Group. The Age-Related Eye Disease Study (AREDS): design implications. AREDS report no. 1. Control Clin Trials. 1999 Dec;20(6):573-600. PubMed PMID: 10588299; PubMed Central PMCID: PMC1473211.

51. Pieke-Dahl S. Moller CG. Kelley PM. Astuto LM. Cremers CW. **Gorin MB**. Kimberling WJ. Genetic heterogeneity of Usher syndrome type II: localization to chromosome 5q. *Journal of Medical Genetics.* 37(4):256-62, 2000 Apr.

52. Conley YP. Erturk D. Keverline A. Mah TS. Keravala A. Barnes LR. Bruchis A. Hess JF. FitzGerald PG. Weeks DE. Ferrell RE. **Gorin MB**. A juvenile-onset, progressive

cataract locus on chromosome 3q21-q22 is associated with a missense mutation in the beaded filament structural protein-2. *American Journal of Human Genetics.* 66(4):1426-31, 2000 Apr.

53. Zito I. **Gorin MB**. Plant C. Bird AC. Bhattacharya SS. Hardcastle AJ. Novel mutations of the RPGR gene in RP3 families. *Human Mutation.* 15(4):386, 2000 Apr.

54. Anonymous. The age-related eye disease study: a clinical trial of zinc and antioxidants-age-related eye disease study report no. 2. *Journal of Nutrition.* 130(5S Suppl):1516S-9S, 2000 May.

55. Weeks DE. Conley YP. Mah TS. Paul TO. Morse L. Ngo-Chang J. Dailey JP. Ferrell RE. **Gorin MB**. A full genome scan for age-related maculopathy. *Human Molecular Genetics.* 9(9):1329-49, 2000 May 22.

56. Brown J Jr. Kimura AE. **Gorin MB**. Clinical and electroretinographic findings of female carriers and affected males in a progressive X-linked cone-rod dystrophy (COD-1) pedigree. *Ophthalmology.* 107(6):1104-10, 2000 Jun.

57. Hardcastle AJ. Thiselton DL. Zito I. Ebenezer N. Mah TS. **Gorin MB**. Bhattacharya SS. Evidence for a new locus for X-linked retinitis pigmentosa (RP23). *Investigative Ophthalmology & Visual Science.* 41(8):2080-6, 2000 Jul.

58. Kniazeva M. Traboulsi EI. Yu Z. Stefko ST. **Gorin MB**. Shugart YY. O'Connell JR. Blaschak CJ. Cutting G. Han M. Zhang K. A new locus for dominant drusen and macular degeneration maps to chromosome 6q14. *American Journal of Ophthalmology.* 130(2):197-202, 2000 Aug.

59. Stefko ST. Zhang K. **Gorin MB**. Traboulsi EI. Clinical spectrum of chromosome 6-linked autosomal dominant drusen and macular degeneration. *American Journal of Ophthalmology.* 130(2):203-8, 2000 Aug.

60. Feng L. Rigatti BW. Novak EK. **Gorin MB**. Swank RT. Genomic structure of the mouse Ap3b1 gene in normal and pearl mice. *Genomics.* 69(3):370-9, 2000 Nov 1.

61. Astuto LM. Weston MD. Carney CA. Hoover DM. Cremers CW. Wagenaar M. Moller C. Smith RJ. Pieke-Dahl S. Greenberg J. Ramesar R. Jacobson SG. Ayuso C. Heckenlively JR. Tamayo M. **Gorin MB**. Reardon W. Kimberling WJ. Genetic heterogeneity of Usher syndrome: analysis of 151 families with Usher type I. *American Journal of Human Genetics.* 67(6):1569-74, 2000 Dec.

62. Anonymous. Risk factors associated with age-related macular degeneration. A case-control study in the age-related eye disease study: age-related eye disease study report number 3. Age-Related Eye Disease Study Research Group. *Ophthalmology.* 107(12):2224-32, 2000 Dec.

63. Age-Related Eye Disease Study Research Group. The age-related eye disease study (AREDS) system for classifying cataracts from photographs: AREDS report no. 4. Am J Ophthalmol. 2001 Feb;131(2):167-75. PubMed PMID: 11228291; PubMed Central PMCID: PMC2032014.

64. **Gorin MB**. The ABCA4 gene and age-related macular degeneration: innocence or guilt by association. *Archives of Ophthalmology.* 119(5):752-3, 2001 May.

65. Age-Related Eye Disease Study Research Group. Risk factors associated with age-related nuclear and cortical cataract : a case-control study in the Age-Related Eye Disease Study, AREDS Report No. 5. Ophthalmology. 2001 Aug;108(8):1400-8. PubMed PMID: 11470690; PubMed Central PMCID: PMC1473213.

66. Demirci FY. White NJ. Rigatti BW. Lewis KF. **Gorin MB**. Identification, genomic structure, and screening of the vacuolar proton-ATPase membrane sector-associated protein M8-9 gene within the COD1 critical region (Xp11.4). *Molecular Vision*. 7:234-9, 2001 Oct 5.

67. Age-Related Eye Disease Study Research Group. A randomized, placebo-controlled, clinical trial of high-dose supplementation with vitamins C and E and beta carotene for age-related cataract and vision loss: AREDS report no. 9. Arch Ophthalmol. 2001 Oct;119(10):1439-52. Erratum in: Arch Ophthalmol. 2008 Sep;126(9):1251. PubMed PMID: 11594943; PubMed Central PMCID: PMC1472812.

68. Age-Related Eye Disease Study Research Group. A randomized, placebo-controlled, clinical trial of high-dose supplementation with vitamins C and E, beta carotene, and zinc for age-related macular degeneration and vision loss: AREDS report no. 8. Arch Ophthalmol. 2001 Oct;119(10):1417-36. Erratum in: Arch Ophthalmol. 2008 Sep;126(9):1251. PubMed PMID: 11594942; PubMed Central PMCID: PMC1462955.

69. The Age-Related Eye Disease Study Research Group. The Age-Related Eye Disease Study system for classifying age-related macular degeneration from stereoscopic color fundus photographs: the Age-Related Eye Disease Study Report Number 6. *American Journal of Ophthalmology*. 132(5):668-81, 2001 Nov.

70. Weeks DE. Conley YP. Tsai H. Mah TS. Rosenfeld PJ. Paul TO. Eller AW. Morse LS. Dailey JP. Ferrell RE. **Gorin MB**. Age-related maculopathy: an expanded genome-wide scan with evidence of susceptibility loci within the 1q31 and 17q25 regions. *American Journal of Ophthalmology*. 132(5):682-92, 2001 Nov.

71. Milam AH. De Castro EB. Smith JE. Tang WX. John SK. **Gorin MB**. Stone EM. Aguirre GD. Jacobson SG. Concentric retinitis pigmentosa: clinicopathologic correlations. *Experimental Eye Research*. 73(4):493-508, 2001 Oct.

72. Weeks DE. Conley YP. Ferrell RE. Mah TS. **Gorin MB**. A tale of two genotypes: consistency between two high-throughput genotyping centers. *Genome Research*. 12(3):430-5, 2002 Mar.

73. Age-Related Eye Disease Study Research Group. The effect of five-year zinc supplementation on serum zinc, serum cholesterol and hematocrit in persons randomly assigned to treatment group in the age-related eye disease study: AREDS Report No. 7. J Nutr. 2002 Apr;132(4):697-702. PubMed PMID: 11925463; PubMed Central PMCID: PMC1464086.

74. Demirci FY. Rigatti BW. Wen G. Radak AL. Mah TS. Baic CL. Traboulsi EI. Alitalo T. Ramser J. **Gorin MB**. X-linked cone-rod dystrophy (locus COD1): identification of mutations in RPGR exon ORF15. *American Journal of Human Genetics*. 70(4):1049-53, 2002 Apr.

75. Ayyagari R. Demirci F. Liu J. Bingham E. Stringham H. Kakuk L. Boehnke M. **Gorin** M. Richards J. Sieving P. X-Linked Recessive Atrophic Macular Degeneration from RPGR Mutation. *Genomics*. 80(2):166, 2002 Aug.

76. Gordon YJ. Mann RK. Mah TS. **Gorin MB**.  Fluorescein-potentiated argon laser therapy improves symptoms and appearance of corneal neovascularization.  *Cornea.* 21(8):770-3, 2002 Nov.

77. Schmidt S, Klaver C, Saunders A, Postel E, De La Paz M, Agarwal A, Small K, Udar N, Ong J, Chalukya M, Nesburn A, Kenney C, Domurath R, Hogan M, Mah T, Conley Y, Ferrell R, Weeks D, de Jong PT, van Duijn C, Haines J, Pericak-Vance M, Gorin M. A pooled case-control study of the apolipoprotein E (APOE) gene in age-related maculopathy. Ophthalmic Genet. 2002 Dec;23(4):209-23. PubMed PMID: 12567264.

78. Clemons TE, Chew EY, Bressler SB, McBee W; Age-Related Eye Disease Study Research Group. National Eye Institute Visual Function Questionnaire in the Age-Related Eye Disease Study (AREDS): AREDS Report No. 10. Arch Ophthalmol. 2003 Feb;121(2):211-7. PubMed PMID: 12583787; PubMed Central PMCID: PMC1473210.

79. Jalkanen R.  Demirci FY.  Tyynismaa H.  Bech-Hansen T.  Meindl A.  Peippo M.  Mantyjarvi M.  **Gorin MB**.  Alitalo T.  A new genetic locus for X linked progressive cone-rod dystrophy. *Journal of Medical Genetics.*  40(6):418-23, 2003 Jun.

80. Demirci FY. Ramser J. White NJ. Rigatti BW. Meindl A. Lewis KF. Wen G. **Gorin MB**. Refinement of the physical location and the genomic characterization of the CRSP2 (EXLM1) gene on Xp11.4.  *DNA Sequence.*  14(2):123-7, 2003 Apr.

81. Telmer CA, Retchless AR, Kinsey AD, Conley Y, Rigatti B, **Gorin MB**, Jarvik JW. Detection and assignment of mutations and minihaplotypes in human DNA using Peptide Mass Signature Genotyping (PMSG): Application to the human RDS/peripherin gene. *Genome Research.* 13: 1944-51, 2003 Aug.

82. Bressler NM, Bressler SB, Congdon NG, Ferris FL 3rd, Friedman DS, Klein R, Lindblad AS, Milton RC, Seddon JM; Age-Related Eye Disease Study Research Group.  Potential public health impact of Age-Related Eye Disease Study results: AREDS report no. 11. Arch Ophthalmol. 2003 Nov;121(11):1621-4. PubMed PMID: 14609922; PubMed Central PMCID: PMC1473209.

83. Conley YP. **Gorin MB**.  The genetics of age-related macular degeneration.  *MEDSURG Nursing.*  12(4):238-41, 259, 2003

84. Clemons TE, Kurinij N, Sperduto RD; AREDS Research Group. Associations of mortality with ocular disorders and an intervention of high-dose antioxidants and zinc in the Age-Related Eye Disease Study: AREDS Report No. 13. Arch Ophthalmol.  2004 May;122(5):716-26. PubMed PMID: 15136320; PubMed Central PMCID: PMC1473208.

85. Weeks DE, Conley YP, Tsai HJ, Mah TS, Schmidt S, Postel EA, Agarwal A, Haines JL, Pericak-Vance MA, Rosenfeld PJ, Paul TO, Eller AW, Morse LS, Dailey JP, Ferrell RE, **Gorin MB.** Age-related maculopathy: a genomewide scan with continued evidence of susceptibility loci within the 1q31, 10q26, and 17q25 regions. *Am J Hum Genet.* 2004 Aug;75(2):174-89. Epub 2004 May 27.

86. Demirci FY, Gupta N, Radak AL, Rigatti BW, Mah TS, Milam AH, **Gorin MB**. Histopathologic study of X-linked cone-rod dystrophy (CORDX1) caused by a mutation in the RPGR exon ORF15. *Am J Ophthalmol.*  139(2):386-8, 2005 Feb.

87. Clemons TE, Milton RC, Klein R, Seddon JM, Ferris FL 3rd; Age-Related Eye Disease

Study Research Group.   Risk factors for the incidence of Advanced Age-Related Macular Degeneration in the Age-Related Eye Disease Study (AREDS): AREDS report no. 19. *Ophthalmology*. 112(4):533-9, 2005 Apr.

88. Rankin MW, Clemons TE, McBee WL, Age-Related Eye Disease Study Research Group.   Correlation analysis of the in-clinic and telephone batteries from the AREDS cognitive function ancillary study. AREDS Report No. 15. *Ophthalmic Epidemiol*. 12(4):271-7, 2005 Aug.

89. Lindblad AS, Clemons TE. Responsiveness of the National Eye Institute Visual  Function Questionnaire to progression to advanced age-related macular degeneration, vision loss, and lens opacity: AREDS Report no. 14. Arch Ophthalmol. 2005 Sep;123(9):1207-14. PubMed PMID: 16157800; PubMed Central PMCID: PMC1473207.

90. Davis MD, Gangnon RE, Lee LY, Hubbard LD, Klein BE, Klein R, Ferris FL, Bressler SB, Milton RC; Age-Related Eye Disease Study Group.   The Age-Related Eye Disease Study severity scale for age-related macular degeneration: AREDS Report No. 17. *Arch Ophthalmol*. 123(11):1484-98,  2005 Nov

91. Ferris FL, Davis MD, Clemons TE, Lee LY, Chew EY, Lindblad AS, Milton RC, Bressler SB, Klein R; Age-Related Eye Disease Study (AREDS) Research Group.   A simplified severity scale for age-related macular degeneration: AREDS Report No. 18. *Arch Ophthalmol*. 123(11):1570-4, 2005 Nov.

92. **Gorin MB**.  A new vision for age-related macular degeneration. *Eur J Hum Genet*. 13(7):793-4. 2005 Jul.

93. Conley YP, Thalamuthu A, Jakobsdottir J, Weeks DE, Mah T, Ferrell RE, **Gorin MB.** Candidate gene analysis suggests a role for fatty acid biosynthesis and regulation of the complement system in the etiology of age-related maculopathy. *Hum Mol Genet*. 2005 Jul 15;14(14):1991-2002.

94. **Gorin MB**, Costantino JP, Kulacoglu DN, Demirci FY, Wickerham DL, Fisher B, Wolmark N.  Is tamoxifen a risk factor for retinal vaso-occlusive disease? *Retina*. 25(4):523-6, 2005 Jun.

95. Fisher SA, Abecasis GR, Yashar BM, Zareparsi S, Swaroop A, Iyengar SK, Klein BE, Klein R, Lee KE, Majewski J, Schultz DW, Klein ML, Seddon JM, Santangelo SL, Weeks DE, Conley YP, Mah TS, Schmidt S, Haines JL, Pericak-Vance MA, **Gorin MB**, Schulz HL, Pardi F, Lewis CM, Weber BH.  Meta-analysis of genome scans of age-related macular degeneration.cHum *Mol Genet*. 1;14(15):2257-64, 2005 Aug.

96. **Gorin MB**.  The coming of age for age-related macular degeneration genetics. *Ophthalmic Genet*. 26(2):57-9, 2005 Jun.

97. Jakobsdottir J, Conley YP, Weeks DE, Mah TS, Ferrell RE, **Gorin MB.** Susceptibility genes for age-related  maculopathy on chromosome 10q26. *Am J Hum Genet*. 77(3):389-407, 2005 Sep.

98. Demirci FY, Rigatti BW, Mah TS, **Gorin MB**. A novel RPGR exon ORF15 mutation in a family with X-linked retinitis pigmentosa and Coats'-like exudative vasculopathy. *Am J Ophthalmol*.141(1):208-10, 2006 Jan.

99. Demirci FYK, Chang M-H, Mah TS, Romero MF, **Gorin MB.** Proximal renal tubular

acidosis and ocular pathology: a novel missense mutation in the gene (SLC4A4) for Sodium Bicarbonate Cotransporter protein (NBCe1) *Molecular Vision*. 12:324-330, 2006.

100. Clemons TE, Rankin MW, McBee WL; Age-Related Eye Disease Study Research Group. Cognitive impairment in the Age-Related Eye Disease Study: AREDS report no. 16. Arch Ophthalmol. 2006 Apr;124(4):537-43. PubMed PMID: 16606880; PubMed Central PMCID: PMC1472655.

101. Milton RC, Sperduto RD, Clemons TE, Ferris FL 3rd; Age-Related Eye Disease Study Research Group. Centrum use and progression of age-related cataract in the Age-Related Eye Disease Study: a propensity score approach. AREDS report No. 21. Ophthalmology. 2006 Aug;113(8):1264-70. PubMed PMID: 16877067; PubMed Central PMCID: PMC1857284.

102. Conley YP, Jakobsdottir J, Mah T, Weeks DE, Klein R, Kuller L, Ferrell RE, **Gorin MB**. CFH, ELOVL4, PLEKHA1 and LOC387715 genes and susceptibility to age-related maculopathy: AREDS and CHS cohorts and meta-analyses. *Hum Mol Genet*. 1;15(21):3206-18, 2006 Nov.

103. **Gorin MB**. A clinician's view of the molecular genetics of age-related maculopathy. *Arch Ophthalmol.*125(1):21-9, 2007 Jan.

104. Tikellis G, Sun C, **Gorin MB**, Klein R, Klein BE, Larsen EK, Siscovick DS, Hubbard LD, Wong TY. Apolipoprotein e gene and age-related maculopathy in older individuals: the cardiovascular health study. *Arch Ophthalmol.*125(1):68-73, 2007 Jan.

105. Ghajarnia M, **Gorin MB**. Acetazolamide in the treatment of X-linked retinoschisis maculopathy. *Arch Ophthalmol*. 125(4):571-3, 2007 Apr.

106. Thomas G, Grassi MA, Lee JR, Edwards AO, **Gorin MB**, Klein R, Casavant TL, Scheetz TE, Stone EM, Williams AB. IDOCS: intelligent distributed ontology consensus system--the use of machine learning in retinal drusen phenotyping. *Invest Ophthalmol Vis Sci*. 48(5):2278-84, 2007 May.

107. SanGiovanni JP, Chew EY, Clemons TE, Davis MD, Ferris FL 3rd, Gensler GR, Kurinij N, Lindblad AS, Milton RC, Seddon JM, Sperduto RD; Age-Related Eye Disease Study Research Group. The relationship of dietary lipid intake and age-related macular degeneration in a case-control study: AREDS Report No. 20. Arch Ophthalmol. 2007 May;125(5):671-9. PubMed PMID: 17502507.

108. Yellore VS, Khan MA, Bourla N, Rayner SA, Chen MC, Sonmez B, Momi RS, Sampat KM, **Gorin MB**, Aldave AJ. Identification of mutations in UBIAD1 following exclusion of coding mutations in the chromosome 1p36 locus for Schnyder crystalline corneal dystrophy. *Mol Vis*. 13:1777-82, 2007 Sep 24.

109. Age-Related Eye Disease Study Research Group, SanGiovanni JP, Chew EY, Clemons TE, Ferris FL 3rd, Gensler G, Lindblad AS, Milton RC, Seddon JM, Sperduto RD. The relationship of dietary carotenoid and vitamin A, E, and C intake with age-related macular degeneration in a case-control study: AREDS Report No. 22. Arch Ophthalmol. 2007 Sep;125(9):1225-32. PubMed PMID: 17846363.

110. Young TA, Burgess BL, Rao NP, **Gorin MB**, Straatsma BR. High-density genome array is superior to fluorescence in-situ hybridization analysis of monosomy 3 in choroidal melanoma fine needle aspiration biopsy. *Mol Vis*. 13:2328-33, 2007 Dec 21.

Ex. 701-53

111. Jakobsdottir J, Conley YP, Weeks DE, Ferrell RE, and **Gorin MB**. C2 and CFB Genes in Age-Related Maculopathy and Joint Action with CFH and LOC387715 Genes. *PLoS One.* 3(5):e2199. 2008 May 21.

112. Thiels E, Hoffman EK, and **Gorin MB**. A reliable behavioral assay for the assessment of sustained photophobia in mice. *Curr. Eye Res.* 33(5): 483-9. 2008 May.

113. SanGiovanni JP, Chew EY, Agrón E, Clemons TE, Ferris FL 3rd, Gensler G, Lindblad AS, Milton RC, Seddon JM, Klein R, Sperduto RD; Age-Related Eye Disease Study Research Group. The relationship of dietary omega-3 long-chain polyunsaturated fatty acid intake with incident age-related macular degeneration: AREDS report no. 23. Arch Ophthalmol. 2008 Sep;126(9):1274-9. PubMed PMID: 18779490; PubMed Central PMCID: PMC2812063.

114. Jakobsdottir J, **Gorin MB**, Conley YP, Ferrell RE, Weeks DE. Interpretation of genetic association studies: markers with replicated highly significant odds ratios may be poor classifiers. PLoS Genet. 2009 Feb;5(2):e1000337. Epub 2009 Feb 6.

115. Chew EY, Sperduto RD, Milton RC, Clemons TE, Gensler GR, Bressler SB, Klein R, Klein BE, Ferris FL 3rd. Risk of advanced age-related macular degeneration after cataract surgery in the Age-Related Eye Disease Study: AREDS report 25. Ophthalmology. 2009 Feb;116(2):297-303. Epub 2008 Dec 16. PubMed PMID: 19091420.

116. Aldave AJ, Yellore VS, Vo RC, Kamal KM, Rayner SA, Plaisier CL, Chen MC, Damani MR, Pham MN, **Gorin MB**, Sobel E, Papp J. Exclusion of positional candidate gene coding region mutations in the common posterior polymorphous corneal dystrophy 1 candidate gene interval. Cornea. 2009 Aug;28(7):801-7. PubMed PMID: 19574904; PubMed Central PMCID: PMC2714875.

117. Lindblad AS, Lloyd PC, Clemons TE, Gensler GR, Ferris FL 3rd, Klein ML, Armstrong JR; Age-Related Eye Disease Study Research Group. Change in area of geographic atrophy in the Age-Related Eye Disease Study: AREDS report number 26. Arch Ophthalmol. 2009 Sep;127(9):1168-74. PubMed PMID: 19752426.

118. Hosseini SM, Biglan MW, Larkby C, Brooks MM, **Gorin MB**, Day NL. Trait anxiety in pregnant women predicts offspring birth outcomes. Paediatr Perinat Epidemiol. 2009 Nov;23(6):557-66. PubMed PMID: 19840292.

119. Sangiovanni JP, Agrón E, Meleth AD, Reed GF, Sperduto RD, Clemons TE, Chew EY; Age-Related Eye Disease Study Research Group. {omega}-3 Long-chain polyunsaturated fatty acid intake and 12-y incidence of neovascular age-related macular degeneration and central geographic atrophy: AREDS report 30, a prospective cohort study from the Age-Related Eye Disease Study. Am J Clin Nutr. 2009 Dec;90(6):1601-7. Epub 2009 Oct 7. PubMed PMID: 19812176; PubMed Central PMCID: PMC2777471.

120. Tosha C, **Gorin MB**, Nusinowitz S. Test-retest reliability and inter-ocular symmetry of multi-focal electroretinography in Stargardt disease. Curr Eye Res. 2010 Jan;35(1):63-72. PubMed PMID: 20021256.

121. Reddy S, **Gorin MB**, McCannel TA, Tsui I, Straatsma BR. Novel KRIT1/CCM1 mutation in a patient with retinal cavernous hemangioma and cerebral cavernous malformation. Graefes Arch Clin Exp Ophthalmol. 2010 Mar 20. [Epub ahead of print] PubMed PMID:

20306072.

122. Aldave AJ, Rosenwasser G, Yellore V, Papp J, Sobel E, Pham M, Chen M, Dandekar S, Sripracha R, Rayner S, Sassani J, **Gorin MB**. Linkage of Posterior Amorphous Corneal Dystrophy to Chromosome 12q21.33and Exclusion of Coding Region Mutations in KERA, LUM, DCN, and EPYC. Invest Ophthalmol Vis Sci. 2010 Mar 31. [Epub ahead of print] PubMed PMID: 20357198

123. Chen B, Tosha C, **Gorin MB**, Nusinowitz S. Analysis of autofluorescent retinal images and measurement of atrophic lesion growth in Stargardt disease. Exp Eye Res. 2010 Aug;91(2):143-52. Epub 2010 Apr 14. PubMed PMID: 20398653.

124. Charles BA, Conley YP, Chen G, Miller RG, Dorman JS, **Gorin MB**, Ferrell RE, Sereika SM, Rotimi CN, Orchard TJ. Variants of the Adenosine A(2A) Receptor Gene  Are Protective against Proliferative Diabetic Retinopathy in Patients with Type 1 Diabetes. Ophthalmic Res. 2010 Nov 19;46(1):1-8. [Epub ahead of print] PubMed PMID: 21088442; PubMed Central PMCID: PMC2997447.

125. Spencer KL, Olson LM, Schnetz-Boutaud N, Gallins P, Wang G, Scott WK, Agarwal A, Jakobsdottir J, Conley Y, Weeks DE, **Gorin MB**, Pericak-Vance MA, Haines JL. Dissection of chromosome 16p12 linkage peak suggests a possible role for CACNG3 variants in age-related macular degeneration susceptibility. Invest Ophthalmol Vis Sci. 2011 Mar 28;52(3):1748-54. Print 2011 Mar. PubMed PMID: 21169531

126. Chen W, Stambolian D, Edwards AO, Branham KE, Othman M, Jakobsdottir J, Tosakulwon N, Pericak-Vance MA, Campochiaro PA, Klein ML, Tan PL, Conley YP, Kanda A, Kopplin L, Li Y, Augustaitis KJ, Karoukis AJ, Scott WK, Agarwal A, Kovach JL, Schwartz SG, Postel EA, Brooks M, Baratz KH, Brown WL, CAPT Research Group, Brucker AJ, Orlin A, Brown G, Ho A, Regillo C, Donoso L, Tian L, Kaderli B, Hadley D, Hagstrom SA, Peachey NS, Klein R, Klein BEK, Gotoh N, Yamashiro K, Ferris III F, Fagerness JA, Reynolds R, Farrer LA, Kim IK, Miller JW, Cortón M, Carracedo A, Sanchez- Salorio M, Pugh EW, Doheny KF, Briona M, DeAngelis MM, Weeks DE, Zack D, Chew EY, Heckenlively JR, Yoshimura N, Iyengar SK, Francis PJ, Katsanis N, Seddon JM, Haines JL, **Gorin MB**, Abecasis GR and Swaroop A . Genetic Variants near TIMP3 and HDL-Associated Loci Influence Susceptibility to Age-Related Macular Degeneration. Proc Natl Acad Sci U S A. 2010 April 20; 107(16): 7401–7406.Published online 2010 April 12. doi: 10.1073/pnas.0912702107.

127. McKay GJ, Silvestri G, Chakravarthy U, Dasari S, Fritsche LG, Weber BH, Keilhauer CN, Klein ML, Francis PJ, Klaver CC, Vingerling JR, Ho L, De Jong PT, Dean M, Sawitzke J, Baird PN, Guymer RH, Stambolian D, Orlin A, Seddon JM, Peter  I, Wright AF, Hayward C, Lotery AJ, Ennis S, **Gorin MB**, Weeks DE, Kuo CL, Hingorani AD, Sofat R, Cipriani V, Swaroop A, Othman M, Kanda A, Chen W, Abecasis GR, Yates JR, Webster AR, Moore AT, Seland JH, Rahu M, Soubrane G, Tomazzoli L, Topouzis F, Vioque J, Young IS, Fletcher AE, Patterson CC. Variations in Apolipoprotein E Frequency With Age in a Pooled Analysis of a Large Group of Older People. Am J Epidemiol. 2011 Apr 15. [Epub ahead of print] PubMed PMID: 21498624.

128. Wittes J, **Gorin MB**, Mayne ST, McCarthy CS, Sternberg P Jr, Wall M. Letter From the DSMC Regarding a Clinical Trial of Lutein in Patients With Retinitis Pigmentosa. Arch Ophthalmol. 2011 May;129(5):675. PubMed PMID: 21555632.

129. Choi DY, Ortube MC, McCannel CA, Sarraf D, Hubschman JP, McCannel TA, **Gorin MB**. Sustained elevated intraocular pressures after intravitreal injection of bevacizumab,

ranibizumab, and pegaptanib. Retina. 2011 Jun;31(6):1028-35. PubMed  PMID: 21836409.

130. McKay GJ, Patterson CC, Chakravarthy U, Dasari S, Klaver CC, Vingerling JR, Ho L, de Jong PT, Fletcher AE, Young IS, Seland JH, Rahu M, Soubrane G, Tomazzoli L, Topouzis F, Vioque J, Hingorani AD, Sofat R, Dean M, Sawitzke J, Seddon JM, Peter I, Webster AR, Moore AT, Yates JR, Cipriani V, Fritsche LG, Weber BH, Keilhauer CN, Lotery AJ, Ennis S, Klein ML, Francis PJ, Stambolian D, Orlin A, **Gorin MB**, Weeks DE, Kuo CL, Swaroop A, Othman M, Kanda A, Chen W, Abecasis GR, Wright AF, Hayward C, Baird PN, Guymer RH, Attia J, Thakkinstian A, Silvestri G. Evidence of association of APOE with age-related macular degeneration: a pooled analysis of 15 studies. Hum Mutat. 2011 Dec;32(12):1407-16. doi: 10.1002/humu.21577. Epub 2011 Sep 12. PubMed PMID: 21882290; PubMed Central PMCID: PMC3217135.

131. Chiu CJ, Conley YP, **Gorin MB**, Gensler G, Lai CQ, Shang F, Taylor A. Associations between genetic polymorphisms of insulin-like growth factor axis genes and risk for age-related macular degeneration. Invest Ophthalmol Vis Sci. 2011 Nov 25;52(12):9099-107. Print 2011. PubMed PMID: 22058336; PubMed Central PMCID: PMC3231967.

132. Sofat R, Casas JP, Webster AR, Bird AC, Mann SS, Yates JR, Moore AT, Sepp T, Cipriani V, Bunce C, Khan JC, Shahid H, Swaroop A, Abecasis G, Branham KE, Zareparsi S, Bergen AA, Klaver CC, Baas DC, Zhang K, Chen Y, Gibbs D, Weber BH, Keilhauer CN, Fritsche LG, Lotery A, Cree AJ, Griffiths HL, Bhattacharya SS, Chen LL, Jenkins SA, Peto T, Lathrop M, Leveillard T, **Gorin MB**, Weeks DE, Ortube MC, Ferrell RE, Jakobsdottir J, Conley YP, Rahu M, Seland JH, Soubrane G, Topouzis F, Vioque J, Tomazzoli L, Young I, Whittaker J, Chakravarthy U, de Jong PT, Smeeth L, Fletcher A, Hingorani AD. Complement factor H genetic variant and age-related macular degeneration: effect size, modifiers and relationship to disease subtype. Int J Epidemiol. 2012 Feb;41(1):250-62. Epub 2012 Jan 13. PubMed PMID: 22253316; PubMed Central PMCID: PMC3304526.

133. **Gorin MB**. Genetic insights into age-related macular degeneration: controversies addressing risk, causality, and therapeutics. Mol Aspects Med. 2012 Aug;33(4):467-86. doi: 10.1016/j.mam.2012.04.004. Epub 2012 Apr 27. Review. PubMed PMID: 22561651; PubMed Central PMCID: PMC3392516.

134. Webb TR, Parfitt DA, Gardner JC, Martinez A, Bevilacqua D, Davidson AE, Zito I, Thiselton DL, Ressa JH, Apergi M, Schwarz N, Kanuga N, Michaelides M, Cheetham ME, **Gorin MB**, Hardcastle AJ. Deep intronic mutation in OFD1, identified by targeted genomic next-generation sequencing, causes a severe form of X-linked retinitis pigmentosa (RP23). Hum Mol Genet. 2012 Jun 13. [Epub ahead of print] PubMed PMID: 22619378.

135. Strom SP, Gao YQ, Martinez A, Ortube C, Chen Z, Nelson SF, Nusinowitz S, Farber DB, **Gorin MB**. Molecular diagnosis of putative Stargardt Disease probands by exome sequencing. BMC Med Genet. 2012 Aug 3;13:67. PubMed PMID: 22863181; PubMed Central PMCID: PMC3459799.

136. Matynia A, Parikh S, Chen B, Kim P, McNeill DS, Nusinowitz S, Evans C, **Gorin MB**. Intrinsically photosensitive retinal ganglion cells are the primary but not exclusive circuit for light aversion. Exp Eye Res. 2012 Dec;105:60-9. doi:10.1016/j.exer.2012.09.012. Epub 2012 Oct 16. PubMed PMID: 23078956.

137. Ortube MC, Kiderman A, Eydelman Y, Yu F, Aguilar N, Nusinowitz S, **Gorin MB**.

Comparative regional pupillography as a noninvasive biosensor screening method for diabetic retinopathy. Invest Ophthalmol Vis Sci. 2013 Jan 2;54(1):9-18. doi: 10.1167/iovs.12-10241. PubMed PMID: 23154459; PubMed Central PMCID: PMC3541948.

138. Fritsche LG, Chen W, Schu M, Yaspan BL, Yu Y, Thorleifsson G, Zack DJ, Arakawa S, Cipriani V, Ripke S, Igo RP Jr, Buitendijk GH, Sim X, Weeks DE, Guymer RH, Merriam JE, Francis PJ, Hannum G, Agarwal A, Armbrecht AM, Audo I, Aung T, Barile GR, Benchaboune M, Bird AC, Bishop PN, Branham KE, Brooks M, Brucker AJ, Cade WH, Cain MS, Campochiaro PA, Chan CC, Cheng CY, Chew EY, Chin KA, Chowers I, Clayton DG, Cojocaru R, Conley YP, Cornes BK, Daly MJ, Dhillon B, Edwards AO, Evangelou E, Fagerness J, Ferreyra HA, Friedman JS, Geirsdottir A, George RJ, Gieger C, Gupta N, Hagstrom SA, Harding SP, Haritoglou C, Heckenlively JR, Holz FG, Hughes G, Ioannidis JP, Ishibashi T, Joseph P, Jun G, Kamatani Y, Katsanis, N N Keilhauer C, Khan JC, Kim IK, Kiyohara Y, Klein BE, Klein R, Kovach JL, Kozak I, Lee CJ, Lee KE, Lichtner P, Lotery AJ, Meitinger T, Mitchell P, Mohand-Said S, Moore AT, Morgan DJ, Morrison MA, Myers CE, Naj AC, Nakamura Y, Okada Y, Orlin A, Ortube MC, Othman MI, Pappas C, Park KH, Pauer GJ, Peachey NS, Poch O, Priya RR, Reynolds R, Richardson AJ, Ripp R, Rudolph G, Ryu E, Sahel JA, Schaumberg DA, Scholl HP, Schwartz SG, Scott WK, Shahid H, Sigurdsson H, Silvestri G, Sivakumaran TA, Smith RT, Sobrin L, Souied EH, Stambolian DE, Stefansson H, Sturgill-Short GM, Takahashi A, Tosakulwong N, Truitt BJ, Tsironi EE, Uitterlinden AG, van Duijn CM, Vijaya L, Vingerling JR, Vithana EN, Webster AR, Wichmann HE, Winkler TW, Wong TY, Wright AF, Zelenika D, Zhang M, Zhao L, Zhang K, Klein ML, Hageman GS, Lathrop GM, Stefansson K, Allikmets R, Baird PN, **Gorin MB**, Wang JJ, Klaver CC, Seddon JM, Pericak-Vance MA, Iyengar SK, Yates JR, Swaroop A, Weber BH, Kubo M, Deangelis MM, Leveillard T, Thorsteinsdottir U, Haines JL, Farrer LA, Heid IM, Abecasis GR; AMD Gene Consortium. Seven new loci associated with age-related macular degeneration. Nat Genet. 2013 Apr;45(4):433-9, 439e1-2. doi: 10.1038/ng.2578. Epub 2013 Mar 3. PubMed PMID:23455636; PubMed Central PMCID: PMC3739472.

139. Strom SP, **Gorin MB**. Evaluation of autosomal dominant retinal dystrophy genes in an unaffected cohort suggests rare or private missense variants may often be benign. Mol Vis. 2013 May 6;19:980-5. Print 2013. PubMed PMID: 23687434; PubMed Central PMCID: PMC3654847.

140. Ortube MC, Kiderman A, Eydelman Y, Yu F, Aguilar N, Nusinowitz S, **Gorin MB**. Comparative regional pupillography as a noninvasive biosensor screening method for diabetic retinopathy. Invest Ophthalmol Vis Sci. 2013 Jan 2;54(1):9-18. doi: 10.1167/iovs.12-10241. PubMed PMID: 23154459; PubMed Central PMCID: PMC3541948.

141. Chew EY, Clemons TE, Agron E, Sperduto RD, Sangiovanni JP, Kurinij N, Davis MD; Age-Related Eye Disease Study Research Group. Long-term effects of vitamins C and E, beta-carotene, and zinc on age-related macular degeneration: AREDS report no. 35. Ophthalmology. 2013 Aug;120(8):1604-11.e4. doi: 10.1016/j.ophtha.2013.01.021. Epub 2013 Apr 10. PubMed PMID: 23582353; PubMed Central PMCID: PMC3728272.

142. Zhan X, Larson DE, Wang C, Koboldt DC, Sergeev YV, Fulton RS, Fulton LL, Fronick CC, Branham KE, Bragg-Gresham J, Jun G, Hu Y, Kang HM, Liu D, Othman M, Brooks M, Ratnapriya R, Boleda A, Grassmann F, von Strachwitz C, Olson LM, Buitendijk GH,

Hofman A, van Duijn CM, Cipriani V, Moore AT, Shahid H, Jiang Y, Conley YP, Morgan DJ, Kim IK, Johnson MP, Cantsilieris S, Richardson AJ, Guymer RH, Luo H, Ouyang H, Licht C, Pluthero FG, Zhang MM, Zhang K, Baird PN, Blangero J, Klein ML, Farrer LA, DeAngelis MM, Weeks DE, **Gorin MB**, Yates JR, Klaver CC, Pericak-Vance MA, Haines JL, Weber BH, Wilson RK, Heckenlively JR, Chew EY, Stambolian D, Mardis ER, Swaroop A, Abecasis GR. Identification of a rare coding variant in complement 3 associated with age-related macular degeneration. Nat Genet. 2013 Nov;45(11):1375-9. doi: 10.1038/ng.2758. Epub 2013 Sep 15. PubMed PMID: 24036949; PubMed Central PMCID: PMC3812337.

143. Matynia A, **Gorin MB**. Unanswered questions in headache: so what is photophobia, anyway? Headache. 2013 Nov-Dec;53(10):1681-2. doi: 10.1111/head.12229. Epub 2013 Sep 23. Review. PubMed PMID: 24111756.

144. Ortube MC, Strom SP, Nelson SF, Nusinowitz S, Martinez A, **Gorin MB**. Whole exome sequencing detects homozygosity for ABCA4 p.Arg602Trp missense mutation in a pediatric patient with rapidly progressive retinal dystrophy. BMC Med Genet. 2014 Jan 20;15:11. doi: 10.1186/1471-2350-15-11. PubMed PMID: 24444108; PubMed Central PMCID: PMC3905103.

145. Ratnapriya R, Zhan X, Fariss RN, Branham KE, Zipprer D, Chakarova CF, Sergeev YV, Campos MM, Othman M, Friedman JS, Maminishkis A, Waseem NH, Brooks M, Rajasimha HK, Edwards AO, Lotery A, Klein BE, Truitt BJ, Li B, Schaumberg DA, Morgan DJ, Morrison MA, Souied E, Tsironi EE, Grassmann F, Fishman GA, Silvestri G, Scholl HP, Kim IK, Ramke J, Tuo J, Merriam JE, Merriam JC, Park KH, Olson LM, Farrer LA, Johnson MP, Peachey NS, Lathrop M, Baron RV, Igo RP Jr, Klein R, Hagstrom SA, Kamatani Y, Martin TM, Jiang Y, Conley Y, Sahel JA, Zack DJ, Chan CC, Pericak-Vance MA, Jacobson SG, **Gorin MB**, Klein ML, Allikmets R, Iyengar SK, Weber BH, Haines JL, Leveillard T, Deangelis MM, Stambolian D, Weeks DE, Bhattacharya SS, Chew EY, Heckenlively JR, Abecasis GR, Swaroop A. Rare and common variants in extracellular matrix gene Fibrillin 2 (FBN2) are associated with macular degeneration. Hum Mol Genet. 2014 Jun 4. pii: ddu276. [Epub ahead of print] PubMed PMID: 24899048.

146. Iragavarapu S, **Gorin MB**. Gender Specific Issues in Hereditary Ocular Disorders. Curr Eye Res. 2014 Jul 14:1-18. [Epub ahead of print] PubMed PMID: 25019185.

147. Zernant J, Xie YA, Ayuso C, Riveiro-Alvarez R, Lopez-Martinez MA, Simonelli F, Testa F, **Gorin MB**, Strom SP, Bertelsen M, Rosenberg T, Boone PM, Yuan B, Ayyagari R, Nagy PL, Tsang SH, Gouras P, Collison FT, Lupski JR, Fishman GA, Allikmets R. Analysis of the ABCA4 genomic locus in Stargardt disease. Hum Mol Genet. 2014 Jul 31. pii: ddu396. [Epub ahead of print] PMID: 25082829

148. **Gorin MB**, Ortube MC, Machuca O, Carballo C, Rupchian A, et al. (2013) A Novel Web-Based Clinical Research Tool for a Nationwide Research Study. J Clinic Res Bioeth 4: 145-53. doi:10.4172/2155-9627.1000145

149. Gelman SK and **Gorin MB**. Significant Macular Edema In A Patient With Cone Dystrophy And Improvement With Acetazolamide Treatment. RETINAL Cases & Brief Reports: Fall 2014 - Volume 8 (4) - p 300-305doi:10.1097/ICB.0000000000000058

150. **Gorin MB**, Weeks DE, Baron RB, Conley YP, Ortube MC and Nusinowitz S. Endophenotypes for Age-related Macular Degeneration: Extending our reach into the preclinical stages of disease. J. Clin. Med. 2014, 3(4), 1335-1356;

doi:10.3390/jcm3041335

151. Baron RV, Conley YC, **Gorin MB**, and Weeks DE. dbVOR: A database system for importing pedigree, phenotype and genotype data and exporting selected subsets
BMC Bioinformatics BMC Bioinformatics 2015, 16:91 doi:10.1186/s12859-015-0505-4

152. Pappas D, Hollenbach J, Coleman AL, **Gorin MB**, Yu F, Williams K, Noble J, Tranah GJ; Study of Osteoporotic Fractures (SOF) Research Group. HLA class II genotypes are not associated with age related macular degeneration in a case-control, population-based study. Hum Immunol. 2015 Mar;76(2-3):142-5. doi:10.1016/j.humimm.2015.01.010. Epub 2015 Feb 7. PubMed PMID: 25665771.

RESEARCH PAPERS –PEER REVIEWED (SUBMITTED)

1. Bui DK, Jiang Y, Wei X, Ortube MC, Weeks DE, Conley YP, and **Gorin MB**. Genetic ME - A visualization application for merging and editing pedigrees for genetic studies. BMC Research Notes 2015 (accepted)

2. Matynia A, Parikh S, Deot N.; Arie Wong A, Kim P, Nusinowitz S, and **Gorin MB**. Light aversion and corneal mechanical sensitivity are altered by intriniscally photosensitive retinal ganglion cells in a mouse model of corneal surface damage. Exp Eye Res. 2015 in press

3. Tranah GJ , Yaffe K, Katzman SM, Lam ET, Pawlikowska L, Kwok P-Y, Schork N, Manini TM, Kritchevsky S, Thomas F, Newman AB, Harris TB, Coleman AL, **Gorin MB**, Helzner EP, Rowbotham MC, Browne WS, and Cummings SR for the Health, Aging and Body Composition Study.Mitochondrial DNA heteroplasmy associations with neurosensory and mobility function in the elderly. Journal of Gerontology 2015 in press

CHAPTERS

1. **Gorin MB**, and Arden GB.  Detection of the Carrier State of X-Linked retinoschisis in Principles and Practice of Clinical Electrophysiology of Vision.  (eds: J.R. Heckenlively and G. Arden) Mosby Year Book, St. Louis, MO. 1991

2. **Gorin MB**, Sarneso C, Paul TO, Ngo J, and Weeks DE.  The genetics of age-related maculopathy.(eds. J.G. Hollyfield, R.E. Anderson, M.M. LaVail) Retinal Degeneration: Clinical and Laboratory Applications.  Plenum Publishing Co. 1993.

3. **Gorin MB**, and Wright A. Introduction to Molecular Genetics. Molecular (eds: J. Evan) Molecular Genetics of Inherited Eye Disorders -Modern Genetics Series. Harwood Academic Publishers, 1994.

4. **Gorin MB**. Genetics of Age-related Maculopathy. in Textbook of Genetic Diseases of the Eye. (editor: E.Trabousli) 1998.

5. Rosenfeld P and **Gorin MB.** Genetics of Age-related Macular Degeneration, in Age-Related Macular Degeneration, (Berger JEW, Fine SL and Macguire MG, eds) Mosby Inc. 1999.

**Ex. 701-59**

6. **Gorin MB**. Secondary Photoreceptor Degenerations. In: Darlene A. Dartt, editor. Encyclopedia of the Eye, Vol 4. Oxford: Academic Press; 2010. pp. 199-203

7. Fafowora, O. and **Gorin MB**. Genetics of Age-related Maculopathy. in Textbook of Genetic Diseases of the Eye. (editor: E.Trabousli) 2011.

LETTERS TO THE EDITOR

Wittes J, **Gorin MB**, Mayne ST, McCarthy CS, Sternberg P Jr, Wall M. Letter From the DSMC Regarding a Clinical Trial of Lutein in Patients With Retinitis Pigmentosa. Arch Ophthalmol. 2011 May;129(5):675. PubMed PMID: 21555632.

REVIEWS

1. **Gorin MB**.  Von Hippel-Lindau disease: clinical considerations and the use of fluorescein-potentiated argon laser therapy for treatment of retinal angiomas. [Review] [40 refs] *Seminars in Ophthalmology.*  7(3):182-91, 1992 Sep.

2. Guest editor for Seminars in Ophthalmology - special issue devoted to Ophthalmic Genetics 1995

3. **Gorin MB.** Genetic insights into age-related macular degeneration: controversies addressing risk, causality, and therapeutics. Mol Aspects Med. 2012 Aug;33(4):467-86. doi: 10.1016/j.mam.2012.04.004. Epub 2012 Apr 27. Review. PubMed PMID: 22561651; PubMed Central PMCID: PMC3392516.

4. Iragavarapu S, **Gorin MB**. Gender Specific Issues in Hereditary Ocular Disorders. Curr Eye Res. 2014 Jul 14:1-18. [Epub ahead of print] PubMed PMID: 25019185.

5. **Gorin MB**, Weeks DE, Baron RB, Conley YP, Ortube MC and Nusinowitz S. Endophenotypes for Age-related Macular Degeneration: Extending our reach into the preclinical stages of disease. J. Clin. Med. 2014 (in press)

EDITORIALS

1. **Gorin MB**.  The interplay of genetics and surgery in ophthalmic care. *Seminars in Ophthalmology.*  10(4):303-17, 1995 Dec.

2. Parker LS.  **Gorin MB**.  Preventive ethics in the management of ophthalmic genetic disorders. *Seminars in Ophthalmology.*  10(4):331-43, 1995 Dec.

3. **Gorin MB.** The ABCA4 gene and age-related macular degeneration: innocence or guilt by association.  Archives of Ophthalmology.  119(5):752-3, 2001 May.

4. **Gorin, M.B**. Genetics offers a new vision of age-related macular degeneration. European Journal of Human Genetics 2005 Jul;13(7):793-4.

**Ex. 701-60**

5.  **Gorin MB**. The coming of age for age-related macular degeneration genetics.
    Ophthalmic Genet. 2005 Jun;26(2):57-9.

6.  **Gorin MB**.  A clinician's view of the molecular genetics of age-related maculopathy.
    Arch Ophthalmol. 2007 Jan;125(1):21-9.

**Ex. 701-61**

ABSTRACTS

1.  **Gorin MB**, Horwitz J.  cDNA Cloning Of A Cow Beta Crystallin.  Invest Ophthalmol Vis Sci (Suppl)  1983 24:27.

2.   **Gorin MB**, Yancey SB, Cline J, Revel J-P, Horowitz, J.  cDNA cloning of  MIP 26:  A new tool for the study of lens structure and development.  Invest Ophthalmol Vis Sci (Suppl)  1984 25:153.

3.  **Gorin MB**, Heinzmann C, Zollman S, Hogg D, Mohandas T, Sparkes RS, Horwitz J.  Chromosomal mapping of human lens-specific genes.  Invest Ophthalmol Vis Sci (Suppl)  1986 27:213.

4.  Barrett DJ, Sparkes RS, Marazita ML, Spence MA, **Gorin MB**, Bhat SP,  Horwitz J, Straatsma BR, Bronwyn Bateman J.  Autosomal dominant congenital cataracts: Genetic linkage analysis with phenotypic markers and DNA RFLPs.  Invest Ophthalmol Vis Sci (Suppl)  1986 27:214.

5.  **Gorin MB**, Arden GB, Polkinghorn P. Jay MR, Bird AC.  Detection of the carrier state of the X-linked retinoschisis.  Invest Ophthalmol Vis Sci (Suppl)  1988 29:315.

6.  **Gorin MB**, Filling-Katz M, Choyke P.  Ophthalmic ascertainment of Von Hippel Lindau disease: Fluorescein and angioscopy and anterior retinal vascular anomalies.  Invest Ophthalmol Vis Sci (Suppl)  1989 30:478.

7.  Caruso RC, Paul TO, **Gorin MB**, Kaiser-Kupfer MI.  Evidence of rod-cone interaction in the human Ganzfeld electroretinogram.  Invest Ophthalmol Vis Sci (Suppl)  1989 30:237.

8.   Snyder SK, Curtis R, Narfstrom K, **Gorin MB.**  RT/PCR analysis of the orthologous rds coding region in two feline models of hereditary retinal disease. Invest Ophthalmol Vis Sci (Suppl)  1990 31:311.

9.  **Gorin MB**, Collier BE, Paul TO, Filling-Katz MR, Seizinger BR, Glenn GM, Daniel L, Zbar B, Choyke P, Oldfield E, Linehan M.  Von Hippel-Lindau (VHL) disease:  Screening of families - ocular findings and fluorescein-potentiated laser management.  American Academy of Ophthalmology, 1990.

10.  **Gorin MB**, Paul TO, Ngo J, Weeks DE, Sarneso C, Berkebile C.  The genetics of  age-related maculopathy:  Clinical phenotypes, intrafamilial concordance, and theoretical considerations for molecular studies.  Retinal Degeneration Workshop, Sardinia, 1992.

11.  **Gorin MB**, Paul TO, Ngo J, Weeks DE, Sarneso C, Berkebile C.  Age-related maculopathy:  Clinical and theoretical considerations for molecular genetic studies.  ICER, 1992.

12.  **Gorin MB**, To A, Narfstrom K.  Candidate gene analysis (RT/PCR) of the recessive retinal degeneration of the abyssinian cat, rdAc.  Invest Ophthalmol Vis Sci (Suppl)  1992 33:1065.

13.  Paul TO, **Gorin MB**, Ngo J, Weeks DE, Sarneso C, Berkebile C, D'Antonio JA.  The genetics of age-related maculopathy.  Invest Ophthalmol Vis Sci (Suppl)  1992 33:1229.

14.  Eller AW, Day R, **Gorin MB**, and the Pittsburgh Chernobyl Collaborative Study Group.  A cross-sectional study of lens changes in children from exposed and non-exposed regions

**Ex. 701-62**

surrounding the Chernobyl nuclear reactor.  Invest Ophthalmol Vis Sci (Suppl)  1993 34:809.

15. Yanak BL, To AC, Van Dyke TA, Li ZY, Milam AH, Deegan II JF, Jacobs GH, **Gorin MB**. Expression of human cone pigment in rod photoreceptors of transgenic mice.  Invest Ophthalmol Vis Sci (Suppl)  1993 34:1065.

16. Chang JN, Shaffer-Gordon M, Paul TO, Klumpp C, Ferrell RE, **Gorin MB**.  Age-related maculopathy: Twin and sib-pair correlations.  Am J Hum Genet  1994 55(3):434.

17. Dash-Modi A, Ferrell RF, **Gorin MB**.  Refined localization of an X-linked Cone-rod dystrophy (COD1). Am J Hum Genet  1994 55(3):2032.

18. Mukhopadhyay N, **Gorin MB**, Perlin MW.  Ordering STSs via YAC hybridizations to radiation hybrids using Inner Product Mapping.  Am J Hum Genet  1994 55(3):1555.

19. **Gorin MB**, Balaban CD, and Card JP.  Neuronal pathways associated with ocular pain and photophobia.  Invest Ophthalmol Vis Sci (Suppl) 1995 36:S291.

20. Yanak BL, Li Z-Y, Milam AH, Parker CW, Williams TP, Jacobs GH and **Gorin MB**. Transgenic expression of human cone pigment in rod photoreceptors. Invest Ophthalmol Vis Sci (Suppl) 1995 36:S274.

21. Swank RT, Novak EK, O'Brien EP, Rusiniak ME, **Gorin MB**, Seymour AB. High Resolution Mapping of Murine Genes Which Affect Pigmentation and Platelet Formation/Function. The Ninth International Mouse Genome Conference, Ann Arbor, Michigan, 1995.

22. Swank RT, Novak EK, Rusiniak ME, **Gorin, MB**, Seymour AB.  Progress Towards Identification of Genes Causing Platelet Storage Pool Deficiency.  Mouse Genome Conference 1996.

23.  Mah TS, MacLaren SL, Shaffer-Gordon M, Brown J, Kimura AE, Day RD, MacDonald I, and **Gorin MB**.  Psychological impact of participating in genetic studies of two XL eye conditions. American Journal of Human Genetics, 1996.

24. Seymour AB, Dash-Modi A, Shaffer-Gordon M, Mah TS, O'Connell JR, Stefko T, Brown J, Kimura AE, Ferrell RE, and **Gorin MB**.  Linkage analysis of COD-1 to XP11.3-11.4: Establishment of a locus distinct from RP2 and RP3. American Journal of Human Genetics, 1996..

25. Wiggs JL, Andersen JS, Pralea AM, DelBono AE, Haines JL, **Gorin MB**, Schuman JS, Mattox CG.  A gene responsible for the pigment dispersion syndrome maps to chromosome 7Q35-36. Invest. Ophthalmology Vis Sci, 1997.

26. **Gorin MB**, Seymour AB, To AC, Swank RT, Feng L, Novak ED, Rusiniak ME, O'Brien. The search for the gene responsible for the pearl mouse:  a murine model of  human oculocutaneous albinism. Invest Ophthalmology Vis Sci, 1977.

27. Robinson MS, Peden AA, Reaves BJ, Bright NA, Burmeister M, **Gorin MB**, Swank RT. Function of the Adaptor-related Protein Complex, AP-3. 1997 American Cell Biology Meeting

28. Andersen JS, Wiggs JL, Pralea AM, DelBono EA, Haines JL, **Gorin MB**, Schuman JS,

Mattox CG, Small KW.  A gene responsible for the pigment dispersion syndrome maps to chromosone 7q35-36. American Journal of Human Genetics, 1977.

29. Conley YP, **Gorin MB**, Mah TS, Weeks DE, Ferrell RE.  Glutathione peroxidase 3: Identification of promoter region polymorphisms and association with age-related maculopathy.  American Journal of Human Genetics, 1977.

30. **Gorin MB**, Demirci FYK, Rigatti BW, White N, Riley JH, Lamb J.  The identification of a probable IMPDH pseudogene within the critical region of the X-linked COD-1 locus and the identification of unique IMPDH-like transcripts within the human retina.  The American Journal of Human Genetics, 1977.

31. Seymour AB, Feng L, To A, Rigatti BW, Novak EK, Swank RT, **Gorin MB**.  Positional cloning and candidate gene exclusion from the pearl locus of mouse chromosome.  The American Journal of Human Genetics (Suppl) 1997 61:1715.

32. **Gorin MB**, Seymour AB, Feng L, Novak EK, To A, Robinson MS and Swank RT.  Mutations in the gene for the betaA3 subunit of the AP-3 adaptor complex are the probable  cause of the mouse Pearl hypopigmentation phenotype. Second Annual Vision Research Conference, Fort Lauderdale, 1998.

33. **Gorin MB**, Mah TS, Conley YP, Ferrell RE, Weeks DE.  The classification of age-related maculopathy (ARM) subjects for molecular genetic studies.  Invest Ophthalmol Vis Sci (Suppl) 1998 39:1357.

34. Andersen JS, DelBono EA, Haines JL, **Gorin MB**, Schuman JS, Mattox CG, Small KW, Wiggs JL.  Analysis of the pigment dispersion syndrome critical region on 7q35-q36.  Invest Ophthalmol Vis Sci (Suppl) 1998 39:1361.

35. Hardcastle AJ, Thiselton DL, Zito I, **Gorin MB**, Bird AC, Bhattacharya SS.  New genetic loci and gene mutations in X-linked retinal disease.  Invest Ophthalmol Vis Sci (Suppl) 1999 40:2982.

36. **Gorin MB**, Rigatti BW, Feng L, Swank RT.  The genomic structure of the Bet3A subunit gene of the AP-3 adaptor complex.  The gene responsible for the pearl mouse and a form of human Hermansky Pudlak.  Invest Ophthalmol Vis Sci (Suppl) 1999 40:2504.

37. Stefko ST, Kniazeva M, **Gorin MB**, Cutting G, Zhang K, Traboulsi EI.  An autosomal dominant drusen disorder with macular degeneration in a new kindred.  Invest Ophthalmol Vis Sci (Suppl) 1999 40:3164.

38. Andersen JS, DelBono EA, Damji K, **Gorin MB**, Schuman JS, Mattox C, Haines J, Wiggs JL.  Elucidation of the cDNA sequence and genomic structure of a conserved gene on 7q36 and assessment as a candidate gene for pigmentary glaucoma.  The American Journal of Human Genetics (Suppl) 1999 65:1574.

39. Zito I, Thiselton DL, **Gorin MB**, Bird AC, Bhattacharya SS, Hardcastle AJ.  New Mutations in RPGR and RP2 and a new locus for X-linked retinitis pigmentosa.  The American Journal of Human Genetics (Suppl) 1999 65:2854.

40. Conley YP, **Gorin MB**, Mah TS, Weeks DE, Ferrell RE.  Glutathione peroxidase 3: Identification of promoter region polymorphisms and association with age-related maculopathy.  The American Journal of Human Genetics (Suppl) 1999 65:548.

**Ex. 701-64**

41. **Gorin MB**, Demirci FY, Rigatti BW, White N, Riley JH, Lamb J.  The identification of a probable IMPDH pseudogene within the critical region of the X-linked COD-1 locus and the identification of unique IMPDH-like transcripts within the human retina.  The American Journal of Human Genetics (Suppl) 1999 65:1676.

42. Stefko ST, Kerrison J., Arnould V, Sallu J. **Gorin MB**, Eller A, Maumenee I.  Kjer type autosomal dominant optic atrophy in a new kindred maps to 3Q28-29.  Invest Ophthalmol Vis Sci (Suppl) 2000 41:1651.

43. **Gorin MB**, Demirci FY, White N, Lamb J, Rigatti BW, Riley J, Chun-Fang X, Bech-Hansen NT.  Identification and screening of candidate genes within the X-linked cone-rod dystrophy (COD-1) critical region.  Invest Ophthalmol Vis Sci (Suppl) 2000 41:995.

44. Bech-Hansen NT, Sparkes RI, MacGregor J, Maybaum TA, Naylor MJ, Weleber RG, Musarella M, **Gorin MB**, Birch DG.  Identification and analysis of candidate genes for complete X-linked congenital stationary night blindness.  Invest Ophthalmol Vis Sci (Suppl) 2000 41:1030.

45. Zhang K, Kniazeva M, Stefkol ST, **Gorin MB**, Blaschak CG, Cutting G, Han M, Traboulsi EI.  A new locus for dominant drusen with macular degeneration maps to chromosome 6Q14.  Invest Ophthalmol Vis Sci (Suppl) 2000 41:2103.

46. Demirci FY, White N, Chun-Fang X, **Gorin, MB**.  The identification, genomic structure and screening of a H+ transporting ATPase gene within the X-linked cone-rod dystrophy critical region (Xp11.4). The American Journal of Human Genetics (Suppl) 2000 67:1471.

47. **Gorin MB**, Weeks DE, Conley YS, Mah TS, Barnes LR, Rosenfeld PJ, Ferrell RE.  Results and comparison of 2 genome-wide scans for age-related maculopathy (ARM). The American Journal of Human Genetics (Suppl) 2000 67:185.

48. Demirci FY, White N,  Ramser J,  Rigatti BW, Chun-Fang X, Meindl A, **Gorin MB**.  Identification, genomic structure and screening of EXLM1 gene within the X-linked cone-rod dystrophy critical region (Xp11.4). Invest Ophthalmol Vis Sci (Suppl) 2001 42:3444.

49. **Gorin MB**, Weeks DE, Tsai H-J, Conley YS, Mah TS, Barnes LR, Rosenfeld PJ, Ferrell RE.  Results from two genome-wide scans for age-related maculopathy (ARM). Invest Ophthalmol Vis Sci (Suppl) 2001 42:4284.

50. Pericak-Vance MA, Schmidt S, **Gorin MB**, Haines JL, Ferrell RE, Klaver CC,  Postel EA, van Duijn CM, Saunders AM, Weeks DE.  Association of the apolipoprotein E (APOE) gene with age-related macular degeneration (AMD). Invest Ophthalmol Vis Sci (Suppl) 2001 42:1672.

51. Patel RJ, Zito I, Bhattacharya SS, Mah TS, **Gorin MB**, Hardcastle AJ. Candidate gene analysis in the RP23 genomic interval. Invest Ophthalmol Vis Sci (Suppl) 2001 42:3458.

52. Milam AH, de Castro EB, Smith JE, John SK, Stone EM, **Gorin MB**, Aguirre GD, Jacobson SG. Concentric Retinitis Pigmentosa (RP): Clinicopathologic Correlations. Invest Ophthalmol Vis Sci (Suppl) 2001 42:357.

53. Ramser J, Wen G, Demirci Y, Martinez-Garay I, Engert S, Pusch C, Badenhoop K, **Gorin M**, Platzer M, Meindl A. A Complete Gene Catalogue of Human Xp11.4 harboring Disease Loci for Diabetes Mellitus Type I, Mental Retardation and Retinal Disturbances. The American Journal of Human Genetics (Suppl) 2001 69:2788.

54. Rigatti BW, Demirci FY, Ferrell RE, **Gorin MB**. Fine mapping of the Cerulean Cataract Type 1 gene locus on 17q24-q25. The American Journal of Human Genetics (Suppl) 2001 69:2785.

55. **Gorin MB**, Weeks DE, Conley YP, Tsai H-J, Mah TS, Rosenfeld PJ, Paul TO, Eller AW, Morse LS, Dailey JP, Ferrell RE. Age-related maculopathy (ARM): An expanded genome-wide scan with evidence of susceptibility loci within the 1q31 and 17q25 regions. The American Journal of Human Genetics (Suppl) 2001 69:2117.

56. Schmidt SA, **Gorin MB**, Klaver CCW, Small KW, Haines JL, Postel EA, Saunders AM, van Duijn CM, Weeks DE, Ferrell R, Agarwal A, Pericak-Vance MA for the APOE-AMD Consortium. Association of the Apolipoprotein E (APOE) Gene with Age-Related Macular Degeneration (AMD): A pooled case-control study. The American Journal of Human Genetics (Suppl) 2001 69:1421.

57. Demirci FY, Radak AL, Rigatti BW, Mah TS, **Gorin MB**, Milam AH. Histopathology of a retina with X-linked cone-rod dystrophy caused by a mutation in the RPGR exon ORF15. Invest Ophthalmol Vis Sci (Suppl) 2002 2723.

58. Sieving PA, Demirci YK, Liu J, Bingham EL, Stringham H, Kakuk LE, Boehnke M, **Gorin MB**, Richards J, Ayyagari R. X-linked macular degeneration associated with a RPGR nonsense mutation causing premature termination. Invest Ophthalmol Vis Sci (Suppl) 2002 803.

59. Radak AL, Demirci FY, Rigatti BW, Traboulsi EI, Alitalo A, Mah TS, **Gorin MB**. Mutation Screening of RPGR in Male Patients with X-linked or Sporadic Forms of Retinitis Pigmentosa or Cone-Rod Dystrophy. The American Journal of Human Genetics (Suppl) 2002 71:2255.

60. Schmidt S, Scott WK, Postel EA, Agarwal A, De La Paz M, Gilbert JR, Weeks DE, Haines JL, **Gorin MB** , Pericak-Vance MA. Genomic Screen and Follow-up Analysis on AMD Multiplex Families. Invest Ophthalmol Vis Sci (Suppl) 2003 2016.

61. Chung DC, Demirci YK, Zegarra H, Locastro AJ, **Gorin MB**, Traboulsi EI. Clinical Correlation for Two Novel Mutations in the RPGR gene for X-linked Retinitis Pigmentosa Invest Ophthalmol Vis Sci (Suppl) 2003 1482.

62. **Gorin MB**, Rigatti BW, Demirci FY, Clarke SR , Mah TS,  Radak AL, Weeks DE,  Ferrell RE. Refinement and Candidate Gene Screening of the Cerulean Cataract Type 1 Locus on 17q24-q25. Invest Ophthalmol Vis Sci (Suppl) 2003 1260.

63. Demirci FY, Radak AL, Rigatti BW, Traboulsi EI, Alitalo T, Mah TS, **Gorin MB**. Mutation Screening of RPGR in Male Patients with X-Linked or Isolated Forms of Retinitis Pigmentosa or Cone-Rod Dystrophy. Invest Ophthalmol Vis Sci (Suppl) 2003 2312.

64. Demirci FY, Rigatti BW, Mah TS, **Gorin MB**. A Novel Compound Heterozygous  Mutation in the Cellular Retinaldehyde-Binding Protein Gene (RLBP1) in a Patient With Retinitis Punctata Albescens. The American Journal of Human Genetics (Suppl) 2003 73:2462.

65. Schmidt S, Postel EA, Agarwal A, Gilbert JR, **Gorin MB**, Bowes Rickman C, Haines JL, Pericak-Vance MA.  Using genomic convergence to identify susceptibility genes for age-related macular degeneration (AMD) The American Journal of Human Genetics (Suppl) 2003 73:1901.

66.  **Gorin MB**, Rigatti BW, Demirci FY, Clarke SR, Mah TS, Weeks DE, Ferrell RE. Refinement and Candidate Gene Screening of the Cerulean Cataract Type 1 Locus on 17q24-q25. The American Journal of Human Genetics (Suppl) 2003 73:1957.

67.  Demirci FY, Radak AL, Rigatti BW, Mah TS, and **Gorin MB**. A predicted missense mutation of RPGR causes aberrant RNA splicing with exon skipping. Investigative Ophthalmology & Visual Science 2004; 45:2485.

68.  Kulacoglu DN, Costantino J, Demirci FY, Wickerham DL, Fisher B, Wolmark N, and **Gorin MB**. Tamoxifen and retinal vaso-occlusive disease. Investigative Ophthalmology & Visual Science 2004; 45:5269.

69.  Conley YP, Weeks DE, Thalamuthu A, Mah TS, Ferrell RE, **Gorin MB**. Positional Candidate Gene Evaluation for Age-Related Maculopathy. The American Journal of Human Genetics (Suppl) 2004

70.  **Gorin MB**, Rigatti BW, Demirci FY, Clarke SR, Mah TS, Weeks DE, Ferrell RE. Refinement of the Cerulean Cataract Type 1 Locus on 17q25.3 to a 0.5 Mb Critical Region. The American Journal of Human Genetics (Suppl) 2004

71.  Conley YP, Jakobsdottir J, Weeks DE, Mah TS, Ferrell RE, **Gorin MB**. No evidence of interaction between chromosomes 1q31 and 10q26 in age-related maculopathy (ARM). The American Journal of Human Genetics (Suppl) 2005

72.  **Gorin MB**, Demirci FY, Chang M-H, Mah TS, Romero MF. A novel missense mutation in the Sodium Bicarbonate Cotransporter (NBCe1/SLC4A4) in a patient with proximal renal tubular acidosis and ocular pathology. The American Journal of Human Genetics (Suppl) 2005

73.  Demirci FY, Rigatti BW, **Gorin MB**. Human and mouse retinal alternative RNA splicing of a set of genes that are implicated in retinal degenerations. The American Journal of Human Genetics (Suppl) 2005

74.  Jakobsdottir J, Conley YP, Weeks DE, Mah TS, Ferrell RE, **Gorin MB**. Susceptibility genes for age related maculopathy (ARM) on chromosome 10q26. The American Journal of Human Genetics (Suppl) 2005

75.  **Gorin MB**, Jakobsdottir J, Conley YP, Weeks DE, Mah TS, Ferrell RE. Replication of association of CFH, PLEKHA1/LOC387715 and ELOVL4 genes with ARM in the AREDS cohort. Investigative Ophthalmology & Visual Science 2006.

76.  Conley YP, Weeks DE, Thalamuthu A, Mah TS, Ferrell RE, **Gorin MB**. Association of the ELOVL4 Gene With Age-Related Maculopathy. Investigative Ophthalmology & Visual Science 2005.

77.  Fini M, Wang C-Y, Farthing-Nayak PJ, Budenz DL, Ventura LM, Polk M, Venkatramen A, **Gorin MB** , Schuman JS. Polymorphisms in the IL-1 Gene Cluster Associated With Reduced Risk for Primary Open Angle Glaucoma in Caucasians. Investigative Ophthalmology & Visual Science 2005.

78.  Demirci FY, Rigatti BW, **Gorin MB**. Retinal Alternative RNA Splicing of Murine Homologs of the Human Genes That Are Implicated in Retinal Degenerations. Investigative Ophthalmology & Visual Science 2005.

79. Bremer RW, **Gorin MB**, Eller AW, Friberg TR, Noecker RJ, Rollman BL, Schuman JS, Pincus HA. Pilot Study of the Relationship Among Depression and Visual Impairment in Older Adults. Investigative Ophthalmology & Visual Science 2006.

80. Reznick LG, Cassidy L, Noecker RJ, **Gorin MB**  Frequency of Diagnostic Procedures Amongst Patients Diagnosed as Ocular Hypertension, Primary Open Angle Glaucoma, and Glaucoma Suspects in Western Pennsylvania, Investigative Ophthalmology & Visual Science 2006.

81. Conley Y, Jakobsdottir J, Mah T., D. Weeks D, R. Ferrell R, **Gorin MB**.  CFH and LOC387715 genes and susceptibility to Age-Related Maculopathay: AREDS cohort and a meta-analysis. Am Soc. Human Genetics 2006

82. **Gorin MB**, Conley YP, Jakobsdottir J, Ferrell RE, Weeks DE. C2 and BF genes in Age-Related Macular Degeneration and joint action with CFH and LOC387715 genes. Am Soc. Human Genetics 2007

83. **Gorin MB**, Jakobsdottir J, Conley YP, Weeks DE, Mah TS, Ferrell RE.  Replication of Association of CFH, Plekha1/LOC387715 and Elovl4 Genes With ARM in the AREDS Cohort. Investigative Ophthalmology & Visual Science 2006.

84. Fafowora O, Coleman AL, **Gorin MB**, Cummings SR, Sinsheimer JS, Stone KL, Yu F. An Investigation of Selected Candidate Genes for Five-Year Incidence of Age-Related Maculopathy (ARM) in Older Women. Investigative Ophthalmology & Visual Science 2008

85. Gallagher DS, Eller A, **Gorin MB**, Pantcheva M, Wollstein G, Schuman J. OCT Diagnosis of Cystoid Macular Edema in Patients With Retinal Thinning From Retinitis Pigmentosa. Investigative Ophthalmology & Visual Science 2008

86. **Gorin MB**, Martinez A, Spector E, Chiang P. Two separate mutations contributing to disease severity in an autosomal dominant Retinitis Pigmentosa (RP) family. Am Soc. Human Genetics 2008

87. Jakobsdottir J, **Gorin MB**, Conley YP, Ferrell RE, Weeks DE. Interpretation of genetic association studies: Markers with widely replicated highly significant odds ratio may be poor classifiers. Am Soc. Human Genetics 2008

88. Weeks DE, Jakobsdottir J, Conley YP, Ferrell RE, **Gorin MB**.  Further Explorations in the Genetics of Age-related Maculopathy (ARM). Am Soc. Human Genetics 2008

89. Charles BA, Orchard TJ, Sereika SM, **Gorin MB**, Ferrell RE, Conley YP. NPY and ADORA2a Genes, Incidence and Prevalence of Proliferative Diabetic Retinopathy. Am Soc. Human Genetics 2008

90. Weeks DE, Jakobsdottir J, Conley YP, Ferrell RE, **Gorin MB**.  Further Explorations in the Genetics of Age-related Maculopathy (ARM) Am Soc. Human Genetics 2008

91. **Gorin MB**, Jakobsdottir J, Conley YP, Ferrell RE , Chen W, Abecasis GR, Swaroop A, Edwards AO, Stambolian DE and Weeks DE. Further Explorations in the Genetics of Age-related Maculopathy (ARM). Investigative Ophthalmology & Visual Science 2009

92. Tosha CM, **Gorin MB**, and Nusinowitz S. Test-Retest Reliability and Inter-Ocular Symmetry of Multi-Focal Electroretinography (mERG) Investigative Ophthalmology &

Visual Science 2009

93. Chen W, Stambolian D, Edwards AO, Branham KE, Othman M, Jakobsdottir J, Tosakulwong N, Pericak-Vance MA, Campochiaro PA, Klein ML, Weeks DE, Zack D, Chew EY, Heckenlively JR, Francis PJ, Katsanis N, Haines JL, **Gorin MB**, Abecasis GR, Swaroop A, CAPT Research Group, AMD GWAS Consortium. Genome Wide Association Study of Age-Related Macular Degeneration Identifies TIMP3 and HDL-associated alleles as new susceptibility loci. Am Soc. Human Genetics 2009

94. Chen, B. Tosha C, **Gorin MB**, and Nusinowitz S. Measurement of Atrophic Lesion Size in Stargardt Disease (STGD) Using a Novel Methodology for Analysis of Autofluorescent (AF) Retinal Images Investigative Ophthalmology & Visual Science 2010

95. Giaconi JA, Lee JG, **Gorin MB**, Utijtdehaage S, and Gordon LK. A Systematic Approach for Teaching 3rd Year Medical Students to Identify Fundus/Optic Disc Abnormalities Investigative Ophthalmology & Visual Science 2010.

96. Matynia A, Parikh S, Chen B, Nusinowitz S, and **Gorin MB**. Behavioral and Pharmacological Analysis of Light Associated Allodynia Investigative Ophthalmology & Visual Science 2010.

97. **Gorin MB**, Martinez A, Gao Y-Q, Ortube MC, Farber DB. Molecular characterization of a cohort of Stargardt and Stargardt-like affected individuals and families. ASHG 2010

98. Bui DK, Ortube MC, Weeks DE, Martinez A, Conley Y, **Gorin MB**. Genetic ME - A visualization application for merging and editing pedigrees for genetic studies. ASHG 2010

99. Parikh S, Matynia A, **Gorin MB**. Genetic dissection of light input pathways required for light associated allodynia using mutant mice. Society for Neuroscience 2010

100. Matynia A, Parikh S, Chen B, Nusinowitz S, **Gorin MB**. An opiate-dependent mouse model of light associated allodynia. Society for Neuroscience 2010

101. **Gorin MB**, Martinez A, Gao Y-Q, Ortube MC, and Farber DB. Molecular characterization of a cohort of Stargardt and Stargardt-like affected individuals and families. Am Soc. Human Genetics 2010

102. Matynia A, Parikh S, and **Gorin MB**. Circuitry Of Light-associated Allodynia Investigative Ophthalmology & Visual Science 2011.

103. Matynia A, Parikh S, **Gorin MB**. Circuitry of Light-associated Allodynia. ARVO 2011

104. Parikh S, Matynia A, Techiryan G, Mazzochi C, **Gorin MB**. Intrinsically photosensitive retinal ganglion cells are the primary but not exclusive circuit for light-associated allodynia. Society for Neuroscience 2011

105. Parfitt DA, Webb TR, Gardner JC, Ressa J, Apergi M, Kanuga N, Martinez A, Cheetham ME, **Gorin MB**, Hardcastle AJ. A Targeted Next-Generation Sequencing Approach for Identification of the X-linked RP23 Gene. ARVO 2012

106. Chiu C-J, Conley YP, **Gorin MB**, Gensler G, Lai C-Q, Shang F, Taylor A. IGF1R Genetic Polymorphisms Affect Risk of AMD and Predispose Obese People to Higher Risk. ARVO 2012

**Ex. 701-69**

107. Matynia A, Parikh S, Avliyakulov N, Haykinson M, **Gorin MB**. Genetic and Ocular Influences on Light Aversion In Mouse Models of Photoallodynia. ARVO 2012

108. **Gorin MB**, Strom SP, Gao Y-Q, Martinez A, Chiang P-W, Nusinowitz S, Farber DB. Mutation Screening of 121 Individuals with Stargardt Disease. ARVO 2012

109. Syed R, **Gorin MB**, Roorda A, Duncan JL. Retinal Heterogeneity of Patients with Acute Macular Neuroretinitis. ARVO 2012

110. Conley YP, Jiang Y, Kenney MC, Udar N, Ferrell RE, Weeks DE, **Gorin MB**. Mitochondrial haplogroups and age-related maculopathy.  ASHG 2012

111. Lam V, Ortube MC, Conley Y, Weeks DE, Martinez A, Aguilar NJ, Andon V, Machuca O, Su A, **Gorin MB**. The Genetics of Age-Related Maculopathy II (GARM II) study: an interim analysis. ARVO 2013

112. Chen VA, Ortube MC, Nusinowitz S, **Gorin MB**. Diagnostic disparities in testing for hydroxychloroquine (HCQ)-related ocular toxicity. ARVO 2013

113. Matynia, A Parikh S, Charles A, and Gorin M. Dry Eye and Headache Mouse Clinical Models of Photophobia *ARVO Meeting Abstracts June 16, 2013 54:5089*

114. Matynia A, Parikh S, Habib S, Kim P, Nusinowitz S, and Gorin M. Ocular surface damage and migraine preclinical mouse models of photophobia *ARVO Meeting Abstracts April 30, 2014 55:5763*

115. Ortube MC, Strom SP, Martinez A, and Gorin M. The Challenges, limitations and uncertainties of whole exome sequencing (WES) for hereditary ocular disorders. *ARVO Meeting Abstracts April 30, 2014 55:6393*

116. Zernant M, Ayuso C, Simonelli F, Bertelsen M, Rosenberg T, Gorin M, Yuan B, Nagy PL, and Allikmets R. Analysis of the entire ABCA4 genomic locus in Stargardt disease patients in search for missing mutations *ARVO Meeting Abstracts April 30, 2014 55:3253*

117. Garcia S, Tirch J, Clark MJ, Strom S, Martinez A, Chandratillake G, Harris J, Patwardhan A, Chervitz S, Li M, Pratt M, Bartha G, Luo S, Chen R, West J, **Gorin MB**. Using an Augmented Exome to Improve Diagnostic Yield: Case Studies in Retinal Disorders. ASHG 2014

**MICHAEL B. GORIN, M.D., Ph.D.**
**FEE SCHEDULE**

**$400 for the first hour of review (minimum of 1hour), $350 for each subsequent hour (done as 30 minute increments)**

**$500 for final written report**

**$3000 per day plus expenses for travel for testifying**

**Ex. 701-71**