# A. Frank Hicks

Forensic Document Examiner
17011 Beach Blvd., Suite 565
Huntington Beach, CA 92647
Tel: 714/842-4800 ♦ Fax: 714/842-4805
Email: afhqde@yahoo.com

Diplomate: American Board of
Forensic Document Examiners

Fellow: American Academy
of Forensic Sciences

Member: American Society of
Questioned Document Examiners

Member: Southwestern Assoc.
of Forensic Document Examiners

January 19, 2017

88103H

**VIA GOLDEN STATE OVERNIGHT**

Lindsay Battles, Esq.
Kaye, McLane, Bednarski & Lit
235 East Colorado Blvd., Suite 230
Pasadena, CA 91101

## DOCUMENT REPORT

Re:   Frank O'Connell v. County of Los Angeles

Dear Ms. Battles:

The following constitutes the report of my examination in the above-listed matter.

### EVIDENCE SUBMITTED

The following evidence was received for examination (the exhibit numbers are those given to me when the evidence was submitted) -

Ex. 3.   Photocopies of forty-two pages of handwritten notes labeled in the lower right corners as Ex. 3-1 through Ex. 3-42;

Ex. 4.   Photocopies of fifty-eight pages of handwritten notes labeled Ex. 004-1 through Ex. 004-57 and submitted as the known writing of J. D. Smith;

Ex. 5.   Photocopies of thirty pages of handwritten notes labeled Ex. 5-1 through Ex. 5-30 and submitted as the known writing of J. D. Smith;

Ex. 706-1

Lindsay Battles, Esq.                              2                              January 19, 2017

    Ex. 6.  Photocopies of eleven pages of handwritten notes labeled Ex. 6-1 through Ex. 6-11 and submitted as the known writing of J. D. Smith;

    Ex. 7.  Photocopies of twenty pages of handwritten notes labeled Ex. 7-1 through Ex. 7-20;

    Ex. 8.  Photocopies of fifty-one pages of handwritten notes labeled Ex. 8-1 through Ex. 8-51;

    Ex. 9.  Photocopies of one typewritten letter and one page of handwritten notes labeled Ex. 9-1 and Ex. 9-2, respectively;

    Ex. 11. Photocopies of five pages of handwritten notes labeled Ex. 11-1 through Ex. 11-5.

Attached as Exhibits 3 through 9 and 11 are photocopies of these documents.

## SERVICE REQUESTED

I have been asked to determine whether or not the questioned handwriting on Exhibits 3, 7, 8, 9 and 11 was prepared by the writer of the known writing in Exhibits 4, 5 and 6.

## EXAMINATIONS CONDUCTED

Since no original handwriting examples were submitted, the handwriting in this case was examined with the unaided eye.

The examination of handwriting is, in essence, a two-step procedure. First, the overall spontaneity or naturalness of the questioned handwritng is evaluated. The purpose of this is to determine if one is dealing with handwriting as opposed to a tracing or a slowly written simulation. The second step involves the comparison of the overall form and design of the questioned handwriting to a verified representative sampling of the individual's handwriting.

Lindsay Battles, Esq.                              3                              January 19, 2017

## OBSERVATIONS

As a result of the examination and analysis, my observations are as follows:

1. There are intrinsic limits in the examination of copies rather than original documents. Copies are subject to manipulation that may not always be detectable and subtle details that are of significance in evaluating handwriting are obscured. While copies are not the best evidence, they can be of value if their limitations are recognized. Should the originals become available, I would reserve the right to review them prior to testimony.

2. With respect to evaluating non-original reproductions of handwriting, if there are gross differences in terms of design and construction between the questioned and known handwriting, that is generally not the fault of the copy process. Consequently, an opinion that the handwriting is either not genuine or probably not genuine would be justified. If, on the other hand, there is agreement in terms of form and design, and no blatant evidence of tracing or photocopy manipulation, the best that can be said is that the handwriting is consistent in terms of design and construction and that no blatant evidence of tracing or photocopy manipulation was observed. The document may be what it purports to be and the handwriting may be genuine. The possibility of a carefully executed manipulation or simulation cannot be precluded. In order to reach a definite opinion it would be necessary to examine the originals of the documents in question.

3. Since no original documents were exhibited, it is not possible to determine what writing instruments were used. It appears that some of the images of these documents may have been reduced in size. Because of the photocopied nature of the documents and the possible reduction in size of some of the images, it is not possible to determine the fine details in the writing lines. The examinations of this writing were limited to observations about the larger movements of the printing.

4. The known writing in Exhibits 4, 5 and 6 is a combination of primarily printing and broken script, with a very limited amount of cursive writing.

5. Some significant agreement was noted between the questioned writing in Exhibit 11 and the known writing in Exhibits 4, 5 and 6. This agreement includes letter forms, slant, spacing and height ratios.

6. Significant differences were noted between the questioned writing in Exhibits 3, 7, 8 and 9 and the known writing in Exhibits 4, 5 and 6.

Ex. 706-3

Lindsay Battles, Esq.                          4                          January 19, 2017

## OPINIONS

After due consideration, and bearing in mind the limitations imposed by the examination of photocopies, my opinions are as follows:

It was determined that there is a strong probability that the writer of Exhibits 4, 5 and 6 prepared the writing on Exhibit 11. The evidence is very persuasive, yet some critical feature or quality is missing so that an *identification* is not in order; however, this examiner is virtually certain that the questioned and known writings were written by the same individual. The limiting factor in this opinion is the inability to examine the originals of the questioned and known documents.

There are indications that the writer of Exhibits 4, 5 and 6 may not have prepared the writing on Exhibit 9 but this evidence falls far short of that necessary to support a definite conclusion. One of the limiting factors in this opinion was the very limited amount of handwriting in Exhibit 9.

It was determined that the writer of Exhibits 4, 5 and 6 probably did not prepare the writing on Exhibits 3, 7 and 8. The evidence points rather strongly against the questioned and known writings having been written by the same individual but the evidence is not quite up to the "virtually certain" range. The opinion on Exhibit 8 does not include the cursive writing on this sample of documents. There is no opinion on this cursive writing due to the lack of a suitable sample of cursive writing in Exhibits 4, 5 and 6.

Ex. 706-4

Lindsay Battles, Esq.      5      January 19, 2017

## REMARKS

In order to provide more definitive opinions, it would be necessary to examine the originals of the questioned and known documents.

Enclosed are copies of my current Curriculum Vitae, which includes a list of the publications I have authored, and a list of my testimonies for the past four years.

The original of this report is being forwarded by Golden State Overnight.

Respectfully submitted,

*A. Frank Hicks*

A. Frank Hicks

AFH:sh

Enclosures

# EXHIBIT A

# CURRICULUM VITAE

A. Frank Hicks                                                                                                          Tel: 714-842-4800
17011 Beach Blvd., Suite 565                                                                                  Cell: 714-423-5121
Huntington Beach, CA 92647                                                                                  afhqde@yahoo.com

### EDUCATION

Graduated fifth in class from Oxford High School, Oxford, MS, 1972

Bachelor of Science in Forensic Science: University of Mississippi, 1976

### EXPERIENCE

Private Practice - August, 2002, to Present
Engaged in the full-time private practice of Forensic Document Examination. Examine the full range of questioned document problems including handwriting, typewriting, alterations to documents, machine copies, etc. Have the use of a full range of scientific instruments for document examination.

Mississippi Crime Laboratory - January, 2000, to August, 2002 (Retired)
    Position: Forensic Scientist/Document Examiner
    Duties: Examination of questioned document cases submitted to the laboratory. Examinations include handwriting, typewriting, alterations, erasures, charred documents, machine copies, etc. Use and maintain stereoscope, Electrostatic Detection Apparatus, Video Spectral Comparator and Digital Image Processing System. Prepare reports on results and testify in courts of law as an expert witness. Supervise the apprenticeship training of examiners-in-training. Qualified in County, State and Federal courts.

Mississippi Crime Laboratory - September, 1999, to January, 2000.
    Position: Director
    Duties: Responsible for the day-to-day operations of a statewide forensic laboratory system. Co-ordinate all personnel and budgeting matters. Establish policies and goals for all four laboratory locations. Examine questioned document cases and supervise the apprenticeship training of examiners-in-training.

Mississippi Crime Laboratory - April, 1978, to September, 1999.
    Position: Forensic Scientist/Document Examiner
    Duties: Examination of questioned document cases submitted to the laboratory. Examinations include handwriting, typewriting, alterations, erasures, charred documents, machine copies, etc. Use and maintain stereoscope, Electrostatic Detection Apparatus, Video Spectral Comparator and Digital Image Processing System. Prepare reports on results and testify in courts of law as an expert witness. Supervise the apprenticeship training of examiners-in-training. Qualified in County, State and Federal courts.

Georgia Crime Laboratory - January, 1977, through April, 1978.
    Position: Document Examiner I
    Duties: Examination of questioned documents through an apprenticeship training program. Prepared written reports on results.

### CERTIFICATION

Diplomate - American Board of Forensic Document Examiners, Director 1994-2001, Secretary 1995-97, Vice-President 1997-99, President 1999-01, Director 2008-2014.

Page 2
A. Frank Hicks
Curriculum Vitae

## MEMBERSHIPS

American Society of Questioned Document Examiners - Member

American Academy of Forensic Sciences - Fellow: Questioned Document Section

Southeastern Association of Forensic Document Examiners - Charter member, President 1995-1997.

Southwestern Association of Forensic Document Examiners - Member

Mississippi Division of the International Association for Identification - Charter member, President 1989-90 and 1994-95.

ABFDE Representative on the Scientific Working Group for Document Examiners 1998-2000.

## PAPER PRESENTATIONS

*The Alteration of Postal Money Orders in Mississippi,* Southern Association of Forensic Scientists, Birmingham, AL, 1981.

*Questionable Standards In Handwriting Comparisons,* Southeastern Association of Forensic Document Examiners, Atlanta, GA, 1989; International Association for Identification, Pensacola, FL, 1989.

*A Primer for Effective Questioned Document Testimony,* Southeastern Association of Forensic Document Examiners, Atlanta, GA, 1991.

*What We Have Here Is A Failure To Communicate,* American Academy of Forensic Sciences, New Orleans, LA, 1992.

*Pick A Card - Any Card,* co-written and co-presented with Ted Burkes, Southeastern Association of Forensic Document Examiners, Atlanta, GA, 1992.

*A Computer Program Which Can Help (Or Just As Easily Hinder) Forensic Document Examination,* American Academy of Forensic Sciences, San Antonio, TX, 1994, Southeastern Association of Forensic Document Examiners, Atlanta, GA, 1994.

*Easier Examinations Through Technology,* American Society of Questioned Document Examiners, Long Beach, CA, 1994.

*Dyslexia: Its Effect on Handwriting*, American Society of Questioned Document Examiners, Washington, D. C., 1996.

*The Greatest Handwriting Mystery of the Century; The Junius Letters: 1769-1772*, American Society of Questioned Document Examiners, Des Moines, IA, 2001.

*The Handwriting Testimony in the Trial of Bruno Richard Hauptmann,* American Society of Questioned Document Examiners, Baltimore, MD, 2003.

## PUBLICATIONS

"**A Failure To Communicate**", *ABFDE News,* Vol. IV, Number 1, Jan., 1994.

"**The Forensic Document Examiner in Court**", *ABFDE News,* Vol. IV, Number 3, July, 1994.

"**Computer Imaging for Questioned Document Examiners I: The Benefits,**" *Journal of Forensic Sciences,* JFSCA, Vol. 40, No. 6, November 1995, pp. 1045-1051.

"**Computer Imaging for Questioned Document Examiners II: The Potential for Abuse,**" *Journal of Forensic Sciences,* JFSCA, Vol. 40, No. 6, November 1995, pp. 1052-1054.

**Ex. 706-8**

Page 3
A. Frank Hicks
Curriculum Vitae

## PUBLICATIONS (CONT'D)

**"Preparation of Court Charts Through Digital Imaging,"** *Journal of the American Society of Questioned Document Examiners*, co-written with L. Keith Nelson, Vol. 1, No. 2, December 1998, pp. 121-129.

**"Electronic Typewriter Grids,"** *Journal of Forensic Sciences,* JFSCA, Vol. 44, No. 1, January 1999, pp. 187-188.

**"The Greatest Handwriting Mystery of the Eighteenth Century: The Junius Letters,"** *Journal of the American Society of Questioned Document Examiners*, Vol. 5, No. 2, December 2002, pp. 67-77.

**"The Handwriting Testimony in the Trial of Bruno Richard Hauptman,"** *Journal of the American Society of Questioned Document Examiners,* Vol. 6, No. 2, December 2003, pp. 97-111.

Author of the chapter entitled "The Forensic Examination of Medical Records" in *Medical Legal Aspects of Medical Records*, edited by P. Iyer, B. J. Levin and M. A. Shea, 795-806, Tucson, AZ: Lawyer & Judges Publishing Company, Inc., 2005.

Author of the chapters entitled "Considerations in Preparing for Court" and "Pretrial Conference" and co-author of the chapters entitled "Cameras, Scanners, and Image Enhancement" and "Demonstrative Charts" in *Scientific Examination of Questioned Documents, Second Edition*, edited by Jan Seaman Kelly and Brian S. Lindblom, CRC Press, 2006.

## TEACHING

Instructor at the Mississippi Law Enforcement Officers Training Academy.

Instructor for "Digital Imaging for Questioned Document Examiners" workshop at the 1995 American Academy of Forensic Sciences meeting, Seattle, WA.

Instructor for "Digital Imaging for Questioned Document Examiners" workshop at the Spring, 1995, meeting of the Southwestern Association of Forensic Document Examiners, San Diego, CA.

Instructor for "Digital Image Processing for Document Examiners" workshop at the 1996 American Academy of Forensic Sciences meeting, Nashville, TN.

Instructor for "Digital Image Processing for Document Examiners" workshop at the 1997 American Academy of Forensic Sciences meeting, New York, NY.

Instructor for "Advanced Study Course in the Examination of Medical Records", Miami, FL, 1997.

Instructor for "Image Enhancement Seminar" sponsored by the American Board of Forensic Document Examiners, Indianapolis, IN, 1997.

Invited speaker for the "2[nd] International Symposium on the Forensic Examination of Questioned Documents", Albany, NY, 1999.

# Testimony Report - A. Frank Hicks

| Date | Case No. | Case Name | Type | Location |
|---|---|---|---|---|
| 1/26/2012 | 86002H | Pro Builders Ins Svcs  Cardenas; White | Trial | Superior Court, Indio, Dept 2 |
| 3/1/2012 | 84110H | Est of Eileen Mochson; Steven/Royce Menkus  L | Depo | Fox & Fox, Los Angeles |
| 4/6/2012 | 85142H | Ciscel  Datacom Investments Co. et al | Depo | L/O Beck & Browning, Torran |
| 5/2/2012 | 86077H | Western Pacific Med Corp  Heacock | Trial | LASC Dept 46 |
| 5/7/2012 | 86072H | Fanuk Human Resources  Cash Flow V LLC; As | Trial | LASC Dept 50 |
| 5/9/2012 | 86064H | Hernandez  Walla Trust et al | Trial | LASC Dept 15 |
| 5/16/2012 | 84140H | Marriage of Levine  Moradzadeh | Trial | LASC Dept 43 |
| 6/18/2012 | 86049H | Sporting Supplies Int'l, Inc.  Tulammo, Inc. | Depo | L/O McQueen & Ashman, Irvi |
| 9/25/2012 | 86131H | Riggs  Baldoni | Trial | Norwalk SC, Dept H |
| 12/20/2012 | 86186H | Estate of Lowell T. Patton | Trial | Ventura County Dept 44 |
| 1/9/2013 | 86087H | Robert A. Scianca Sr. Living Trust | Depo | LA Superior Court Dept 9 |
| 4/2/2013 | 86150H | Achucarro  Minkus, D.O., et al | Depo | Rile & Hicks |
| 4/9/2013 | 87021H | McAtee v. Robertson | Depo | Arnold LaRochelle, Oxnard |
| 5/1/2013 | 86150H | Achucarro  Minkus, D.O., et al | Trial | OC Superior Court  Dept C11 |
| 7/24/2013 | 87067H | Asyraf Bim-Merle  Cherin Perelman | Trial | Santa Monica Dept P |
| 9/26/2013 | 86060H | Gilbert  Fox Transportation | Depo | JAMS, San Diego |
| 11/4/2013 | 86179H | Nara Bank  Bic Pho | Trial | San Jose Bankruptcy Court |
| 11/14/2013 | 87087H | Geer  Mercury Ins Co | Depo | LA Superior Court Dept 92 |
| 11/22/2013 | 87086H | Carlye Samatas et al  Nile Niami et al | Depo | L/O Libo, David |
| 11/27/2013 | 87117H | Blash Momeny  Mohsen Ghaneian | Depo | Orange Law Group |
| 12/16/2013 | 87087H | Geer  Mercury Ins Co | Trial | LA Superior Ct Dept 73 |
| 1/8/2014 | 87094H | Estate of John A. Patton | Depo | Santa Barbara |
| 1/20/2014 | 87065H | Richard F. Lough  Rodger B. Lough | Depo | Holland & Knight, LA |
| 2/6/2014 | 87094H | Estate of John A. Patton | Trial | Santa Barbara Dept. 5 |
| 2/19/2014 | 87065H | Richard F. Lough  Rodger B. Lough | Trial | OC Superior Court Dept C7 |
| 3/3/2014 | 87122H | Flaviano Woods  Bank of America | Depo | Bryan Cave Offices |
| 3/10/2014 | 88006H | Marriage of Chandra  Sam Chandra | Depo | Canoga Park, CA |
| 3/20/2014 | 87092H | Mauricio Rosilho  David L. Young, Jimmy C M C | Depo | Duane Morris, LA |
| 4/1/2014 | 88006H | Marriage of Chandra  Sam Chandra | Trial | LA Superior Court Dept 64 |
| 4/16/2014 | 88034H | Robert Morris  Mark Rofeh | Depo | Court Rep Office, Ventura |

Ex. 706-10

| Date | Case No. | Case Name | Type | Location |
|---|---|---|---|---|
| 4/18/2014 | 87092H | Mauricio Rosilho  David L. Young, Jimmy C M C | Trial | LASC, Dept. 24 |
| 5/9/2014 | 86186H | Estate of Lowell T. Patton | Depo | Nemecek & Cole, Sherman O |
| 5/15/2014 | 88034H | Robert Morris  Mark Rofeh | Trial | Santa Barbara, Dept. 6 |
| 5/21/2014 | 88064H | Mi Ryong Song  Suk K. Lee | Depo | Offices of Yoka & Smith LLP |
| 5/23/2014 | 88072H | Valley Motor Center  Nicholas Steele | Trial | LASC, Dept. 34 |
| 6/4/2014 | 88052H | Estate of Donald M. Beach  Elizabeth Humiston | Depo | Laurie,Zepeda, Schmalz & H |
| 6/9/2014 | 87083H | Alice Jung  Jacquelyn Heebner | Depo | LOO John Walton, Pasadena |
| 6/19/2014 | 88052H | Estate of Donald M. Beach  Elizabeth Humiston | Trial | LASC C-29 |
| 8/5/2014 | 88036H | Samantha Stevens  Mark Stevens | Trial | LASC, Dept. J |
| 8/6/2014 | 88036H | Samantha Stevens  Mark Stevens | Trial | LASC, Dept. J |
| 8/25/2014 | 87099H | Estate of Mary Blanche Brown  Melinda Lee Hill, | Trial | LASC Dept. 29 |
| 9/8/2014 | 87121H | Estate of Daniel King  Noah King; Audi Harryma | Depo | Huntington Beach, CA |
| 9/10/2014 | 88086H | Tangshan Ganglu Iron & Steel Co. Limited  Map | Depo | Fort Lauderdale, Florida |
| 9/11/2014 | 87060H | Medical Board  Onubah | Trial | Calif. State Medical Board |
| 9/30/2014 | 88067H | Burrell Price, Susan Price  Travelers Property Ca | Trial | LASC, Dept. 38 |
| 10/23/2014 | 88056H | Raima  Wells Fargo | Arb | American Arb Assoc., LA |
| 11/10/2014 | 88116H | Arbor Hills Nursing Center  Calif. Dept of Public | Arb | ADR San Diego |
| 11/25/2014 | 88022H | Estate of Robert J. Lopez Jr | Trial | LASC, Dept. 9 |
| 12/12/2014 | 88141H | Charles Cooper, Linda Cooper  Extraordinary Ho | Depo | LOO Brent Caldwell, H.B., C |
| 12/17/2014 | 88041H | Estate of Mary Shissias | Trial | LASC, Dept. 9 |
| 2/4/2015 | 87120H | Estate of Esther Rancier  David Green, Mary Lal | Trial | LASC, Dept. 11 |
| 2/18/2015 | 88009H | Compass Bank  Morris Cerullo World Evangelis | Depo | L/O McGinnis Wutscher San |
| 4/27/2015 | 84133H | Est of Teresa Valle | Depo | Biggins Law Group, LA, CA |
| 5/4/2015 | 88077H | Catherine E. Conway  Forrest L. Poorman | Depo | Butler Law Firm, LA, CA |
| 6/16/2015 | 88125H | Nonstop Media  Golden Bridge Entertainment | Trial | LA Dept. 45 |
| 8/20/2015 | 88098H | Marriage of Furlotti  Alex Furlotti | Depo | Wasserman Cooper Carter |
| 8/25/2015 | 89056H | Living on the Edge  Ki Young Lee, Hye Kwon Le | Depo | LOO Ronald Richards W Holl |
| 8/27/2015 | 89027H | Seungtae Kim  BMW Financial Service | Trial | LA Fed Court, Room 14 |
| 9/17/2015 | 89088H | Joyce Velasquez  The Caring Connection, Inc. | Trial | LA Dept. 78 |
| 9/18/2015 | 89053H | San Diegans for Open Government  City of San | Deposition | San Diego Briggs Law Corp. |
| 10/2/2015 | 89006H | Estate of Krsta Bosko Savic  Jannen Whallen | Depo | Office of Rile and Hicks |
| 10/5/2015 | 84133H | Est of Teresa Valle | Trial | LASC Dept. 79 |
| 10/20/2015 | 89025H | Kristovich Family Trust  Maria Reynoso, Marlene | DEPO | Schomer Law Group, LA |

Ex. 706-11

| Date | Case No. | Case Name | Type | Location |
|---|---|---|---|---|
| 10/22/2015 | 89006H | Estate of Krsta Bosko Savic  Jannen Whallen | Trial | LASC Dept. 67 |
| 10/28/2015 | 86186H | Estate of Lowell T. Patton | Depo | Smith Law Firm Woodland Hil |
| 11/3/2015 | 89092H | California Bank & Trust  Meruelo Properties, Inc. | Depo | Neufeld Marks, LA |
| 11/12/2015 | 89053H | San Diegans for Open Government  City of San | Testimony | SDSC Dept. C-73 |
| 12/11/2015 | 88060H | Carman Turner  Bethan Tucker | Depo | LOO Sean Burke, Irvine |
| 1/14/2016 | 89109H | Morteza Saedi  Mahak Alai | Trial | LA Dept. 55 |
| 1/15/2016 | 89095H | D.D. Hair Lounge, LLC  State Farm General Insu | Trial | LASC Dept. 15 |
| 1/20/2016 | 88154H | Leona Elizabeth McGee Living Trust  Terence M | Depo | Greenberg & Bass Encino |
| 1/26/2016 | 89110H | Dolan  Cal Vista Home Loans, Inc. | Trial | LASC Dept. 42 |
| 2/16/2016 | 89115H | Alejandro Carrera  RM HQ, LLC | Trial | LASC Dept. 62 |
| 2/18/2016 | 88154H | Leona Elizabeth McGee Living Trust  Terence M | Trial | LA Dept. 5 |
| 3/22/2016 | 89104H | The Matter of the Francis Living Trust | Depo | Hartog & Baer Orinda, CA |
| 3/25/2016 | 86186H | Estate of Lowell T. Patton | Trial | Ventura SC Dept. 42 |
| 5/12/2016 | 90001H | Amey Enterprise, Inc.  DMCF, LLC | Depo | Skiermont Derby, Los Angele |
| 8/2/2016 | 90052H | Mex  Escalera | Depo | Khinda Wilson, LA |
| 8/30/2016 | 90032H | Estate of Donald Haidl, Jr. | Trial | OCSC C-21 |
| 9/8/2016 | 89118H | Ming Hsieh  Zhe Xu, Jiangxia Tan, HK Goldencr | Depo | L/O John Chang, Alhambra, |
| 9/12/2016 | 86109H | C & P Construction Co., Inc.  Janes | Trial | Pomona SC, Dept O |
| 12/19/2016 | 90061H | Tosunyan  Alan | Depo | LOO Lynberg Watkins, LA |
| 12/20/2016 | 88092H | Salkin Estate  Ashley Alduenda | Depo | Sundstedt & Goodman, HB, |

Ex. 706-12

# A. Frank Hicks
## Forensic Document Examiner

## Standard Terminology for Expressing Conclusions
## of Forensic Document Examiners

This examiner uses the recommended terminology of the American Society for Testing and Materials in expressing opinions resulting from handwriting examinations. The ASTM standard is Designation E 1658-08, approved in March, 1996. Listed below are the recommended terms and a brief explanation of each from Section 4.1 of this Designation. For more information, please refer to the 2012 Annual Book of ASTM Standards, Volume 14.02, pp. 564 – 566.

**Identification** – This is the highest degree of confidence expressed by document examiners in handwriting comparisons. The examiner is certain, based on evidence contained in the handwriting, that the writer of the known material actually wrote the writing in question.

**Strong Probability** – The evidence is very persuasive, yet some critical feature or quality is missing so that an *identification* is not in order; however, the examiner is virtually certain that the questioned and known writings were written by the same individual.

**Probable** – The evidence contained in the handwriting points rather strongly toward the questioned and known writings having been written by the same individual; however, it falls short of the "virtually certain" degree of confidence.

**Indications Did** – The evidence indicates that the questioned and known writings may have been written by the same individual but this evidence falls far short of that necessary to support a definite conclusion.

**No Conclusion** – This is the zero point of the confidence scale. It is used when there are significantly limiting factors, such as disguise in the questioned and/or known writing or a lack of comparable writing, and the examiner does not have even a leaning one way or another.

**Indications Did Not** – This carries the same weight as the *Indications Did* term; that is, it is a very weak opinion.

**Probably Did Not** – The evidence points rather strongly against the questioned and known writings having been written by the same individual, but, as in the *Probable* range above, the evidence is not quite up to the "virtually certain" range.

**Strong Probability Did Not** – This carries the same weight as Strong Probability on the *Identification* side of the scale; that is, the examiner is virtually certain that the questioned and known writings were not written by the same individual.

**Elimination** – This, like the *Identification* term, is the highest degree of confidence expressed by the document examiner in handwriting comparisons. By using this expression, the examiner denotes no doubt in his opinion that the questioned and known writings were not written by the same individual.

**Ex. 706-13**