Barrett S. Litt, SBN 45527
Email: blitt@kmbllaw.com
Ronald O. Kaye, SBN 145051
Lindsay Battles, SBN 262862
KAYE, McLANE, BEDNARSKI & LITT
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Attorneys for Plaintiffs
Frank and Nicholas O'Connell

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK O'CONNELL, NICHOLAS O'CONNELL,<br><br>Plaintiffs,<br><br>vs.<br><br>J.D. SMITH; ESTATE OF GILBERT PARRA; ERIC PARRA; COUNTY OF LOS ANGELES AND DOES 1-10<br><br>Defendants. | CASE NO. 13-01905-MWF (PJWX)<br><br>[HONORABLE MICHAEL W. FITZGERALD]<br><br>**Declaration of Lindsay Battles in Support of Plaintiffs' Motion for Summary Adjudication or Partial Adjudication Re Liability Issues**<br><br>Date: April 24, 2017<br>Time: 10:00 A.M.<br>Courtroom: 5A |

# DECLARATION OF LINDSAY BATTLES

I, Lindsay Battles, declare,

1. I am associate attorney at the law firm of Kaye, McLane, Bednarski & Litt, LLP. This declaration is submitted in support of Plaintiffs' Motion for Summary Adjudication on Liability Issues and Plaintiffs' Statement of Uncontroverted Material Facts and Conclusions of Law. The factual information contained in this declaration is based on discovery that been produced in this action and my own knowledge of the substance of the relevant proceedings.

2. On March 6, 2014 I attended a physical inspection of documents from the original LASD homicide file for the murder of Jay French at the office of Lawrence, Beach, Allen and Choi. Also present for the inspection were my assistant, Veronica Aguilar, George Morris, former counsel for Defendants, and Detective Steven Lankford.

3. When we arrived, Detective Lankford produced a "red well," expanding folder, which he referred to as the "poor boy" containing original documents form the Jay French murder investigation. Detective Lankford represented that the "poor boy" was not the original. According to Detective Lankford, homicide investigators assigned to the case before him replaced folders because some of the original folders had deteriorated. I located an envelope, a copy of which was produced in discovery as D3194, and attached hereto as Exhibit 1.

4. Upon reviewing the original, I was able to determine that the envelope is postmarked February 1, **1993**. Attached hereto as **Exhibit A** is a photo of the postmark that I observed. I took this photo during the 12/14/2016 deposition of Steven Lankford.

5. Attached hereto are true and correct copies of the following exhibits, which consist of documents produced by Defendant County of Los Angeles in discovery in this matter:

1

- **Exhibit 1.02** is a true and correct copy of the January 11, 1984 Los Angeles Police Report which includes the January 5, 1984 South Pasadena Police Department Report pertaining to the investigation of the murder of Jay French on January 5, 1984, file # 084-00004-2610-011 (D1004 – D1010);

- **Exhibit 1.04** is a true and correct copy of a January 10, 1984 County of Los Angeles Sheriff's Department Supplemental Report, file # 084-00004-2610-011, pertaining to the investigation of the murder of Jay French (D1012 – D1025);

- **Exhibit 1.10** is a true and correct copy of a South Pasadena Police Department supplemental report dated January 5, 1984 pertaining to the investigation of the murder of Jay French (D1034 – D1035);

- **Exhibit 1.12** is a true and correct copy of the County of Los Angeles Sheriff's Department – Supplemental Report (Arrest Report) dated February 8, 1984, pertaining to the arrest of Plaintiff, Frank O'Connell (D1038 – D1049);

- **Exhibit 3.1** are true and correct copies of handwritten generated during the LASD investigation into the January 5, 1984 murder of Jay French (D2844 – D2856);

- **Exhibit 4.1** are true and correct copy of handwritten notes, authored by Detective JD Smith, during the LASD investigation into the January 5, 1984 murder of Jay French, of his interview with Gina Kay French (D2881 – D2883);

- **Exhibit 4.4** are true and correct copies of handwritten notes, authored by Detective JD Smith, during the LASD investigation into the January 5, 1984 murder of Jay French, of his interview with Edward Lyon dated January 6, 1984 (D2896 - D2898);

2

- **Exhibit 5.1** are true and correct copies of handwritten notes authored by JD Smith during the LASD investigation into the January 5, 1984 murder of Jay French, of his interview of witnesses Maurice and Ina Soucy dated February 5, 1984 (D2942);

- **Exhibit 5.2** are true and correct copies of handwritten notes authored by JD Smith during the LASD investigation into the January 5, 1984 murder of Jay French, regarding his investigation on November 7, 1984 (D2953);

- **Exhibit 6.1** are true and correct copies of handwritten notes authored by JD Smith during the LASD investigation into the January 5, 1984 murder of Jay French, of his investigation of Edward Stephens dated February 28, 1984 (D2959 – D2962);

- **Exhibit 7.1** are true and correct copies of handwritten notes generated during the LASD investigation into the January 5, 1984 murder of Jay French, of detectives' interview with witness Maurice and Ina Soucy dated February 6, 1984 (D2975);

- **Exhibit 9** is a true and correct copy of a South Pasadena Police Department Inter-Office Correspondence memo dated February 8, 1984 from Lieutenant Hatfield to Lieutenant Ryan, with handwritten notes, generated during the investigation of the murder of Jay French on January 5, 1984, regarding an anonymous tip to the LASD's Altadena substation (D3195 – D3196);

- **Exhibit 10** are true and correct copies of documents from the LASD investigation of the January 5, 1984 murder of Jay French, which includes a mug shot of Randall Smith, a post card from the Shanico Inn, handwritten notes re Randall Smith, and maps of Lebanon, Oregon;

3

- **Exhibit 11** are true and correct copies of handwritten notes, generated during the LASD investigation into the January 5, 1984 murder of Jay French, regarding their investigation of Randy Smith dated December 6 and December 7, 1984;
- **Exhibit 16** is a true and correct copy of two polaroid photographs of a vehicle with woodgrain sides, generated during the Los Angeles Sheriff's Department investigation of the January 5, 1984 murder of Jay French;
- **Exhibit 34** are true and correct copies of handwritten notes generated during the LASD investigation into the January 5, 1984 murder of Jay French, regarding interviews with witnesses Kimberly Wallach, Jill and David Lambert, and Carol H. Gwen;

6. **Exhibit 35** is a true and correct copy of relevant portions of County of Los Angeles' 4/20/2015 Responses to Plaintiffs' Requests for Admissions, Set Two;

7. **Exhibit 36** is a true and correct copy of relevant portions of Defendant County of Los Angeles' 9/2/2014 Further Responses to Plaintiffs' Requests for Admission, Set One;

8. **Exhibit 100** is a true and correct copy of the Reporter's Transcript in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559).

- **Exhibit 100.17** are trial transcript excerpts of closing arguments of counsel;
- **Exhibit 100.18** are trial transcript excerpts of Court's guilty verdict.

9. The following exhibits are true and correct copies of the reporter's transcript in Frank O'Connell's habeas evidentiary hearing (*In Re Frank O'Connell on Habeas Corpus*, A565559).

- **Exhibit 201.01** are true and correct copies of excerpts of Daniel Drucker's habeas testimony;
- **Exhibit 201.03** are true and correct copies of excerpts of J.D. Smith's habeas testimony;
- **Exhibit 201.04** are true and correct copies of excerpts of D.D.A. Tamia Hope's habeas testimony;
- **Exhibit 201.07** are true and correct excerpts from the transcript reflecting a stipulation between the District Attorney's Office and Plaintiff Frank O'Connell.

10. **Exhibit 204** is a true and correct copy of the Declaration of Kate Germond dated July 24, 2009, submitted in support of Frank O'Connell's habeas petition;

11. **Exhibit 211** is a true and correct copy Affidavit of James Mack dated June 1, 2005, submitted in support of Frank O'Connell's habeas petition;

12. **Exhibit 225** is a true and correct copy of the Order re Petition for Writ of Habeas Corpus in *Frank O'Connell on Habeas Corpus,* A565559 dated March 29, 2012;

13. **Exhibit 227** are true and correct copies of the following documents produced by Centurion Ministries in discovery in this action, pertaining to Randall Jay Smith, in the matter of the *State of Oregon v. Randall Jay Smith*, case number 83122833: Indictment (CM001494), Transfer of Security Deposition to the Trustee Bail Fund (CM001495), First Appearance Arraignment (CM001496); Order (CM001497); and Assignment of Bail/Security (CM001498);

14. **Exhibit 232** is a true and correct copy of the Declaration of Juan R. Mejia, dated December 21, 2016;

15. The following exhibits are excerpts of depositions taken in the instant action:

5

- **Exhibit 600** is a true and correct copy of excerpts of the Deposition of Danny Lee "Boone" Maynard, taken on August 20, 2014;
- **Exhibit 602** is a true and correct copy of excerpts of the Deposition of Deborah Zitella taken on October 31, 2014;
- **Exhibit 607** is a true and correct copy of excerpts of the Deposition of Thomas William Butler taken on May 17, 2016;
- **Exhibit 608** are true and correct copies of excerpts of the Deposition of Adolfo Delgado Lara taken on May 18, 2016 in the instant action;
- **Exhibit 609** are true and correct copies of excerpts of the Deposition of Gilbert Leslie taken on October 5, 2016 in the instant action;
- **Exhibit 610** is a true and correct copy of excerpts from the Deposition of Michael Flick taken on October 15, 2016;
- **Exhibit 615** is a true is a true and correct copy of excerpts from the Deposition of LASD Homicide Det. Steve Lankford.
- **Exhibit 616** is a true and correct copy of excerpts from the Deposition of Mike Bumcrot taken on December 21, 2016;
- **Exhibit 617** is a true and correct copy of excerpts from the Deposition of Kathleen Germond taken on December 1, 2016;

16. Attached hereto as **Exhibit 700** is a true and correct copy of Gary Wells's Expert Report dated January 5, 2017, which was produced to Defendants as Plaintiffs; Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017;

17. Attached hereto as **Exhibit 701** is a true and correct copy of Dr. Michael Gorin's expert report dated December 5, 2016, which was produced to Defendants as Plaintiffs' Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017;

18. Attached hereto as **Exhibit 702** is a true and correct copy of Dr. Paul Michel's expert report dated January 12, 2017, which was produced to Defendants as Plaintiffs' Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017;

19. Attached hereto as **Exhibit 704** is a true and correct copy of Heidi L. Rummel's expert report dated January 19, 2017, which was produced to Defendants as Plaintiffs' Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017;

20. Attached hereto as **Exhibit 706** is a true and correct copy of A. Frank Hicks's expert report dated January 19, 2017, which was produced to Defendants as Plaintiffs' Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017;

21. Attached hereto as **Exhibit 707** is a true and correct copy Russell Fischer's expert report dated January 3, 2017, which was produced to Defendants as Plaintiffs' Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February 24, 2017, in Pasadena, California.

By: _/ s / Lindsay Battles_
Lindsay Battles