Barrett S. Litt, SBN 45527
Email: blitt@kmbllaw.com
Ronald O. Kaye, SBN 145051
Lindsay Battles, SBN 262862
KAYE, McLANE, BEDNARSKI & LITT
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Attorneys for Plaintiffs
Frank and Nicholas O'Connell

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK O'CONNELL, NICHOLAS O'CONNELL, <br><br> Plaintiffs, <br><br> vs. <br><br> J.D. SMITH; ESTATE OF GILBERT PARRA; ERIC PARRA; COUNTY OF LOS ANGELES AND DOES 1-10 <br><br> Defendants. | CASE NO. 13-01905-MWF (PJWX) <br><br> [HONORABLE MICHAEL W. FITZGERALD] <br><br> **DECLARATION OF BARRETT S. LITT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF FRANK O'CONNELL'S GUILT FOR THE MURDER OF JAY FRENCH, INCLUDING THE LEGAL STANDARD UNDER WHICH THE ISSUE IS TO BE DETERMINED** <br><br> Date: April 24, 2017 <br> Time: 10:00 A.M. <br> Courtroom: 5A |

## DECLARATION OF BARRETT S. LITT

I, Barrett S. Litt, declare,

1.    I am a partner at the law firm of Kaye, McLane, Bednarski & Litt, LLP.  This declaration is submitted in support of Plaintiffs' Motion for Partial Summary Judgment on the Issue of Frank O'Connell's Guilt for the Murder of Jay French, Including the Legal Standard Under Which the Issue Is to be Determined and Plaintiffs' Statement of Uncontroverted Material Facts and Conclusions of Law.  The factual information contained in this declaration is based on discovery that been produced in this action and my own knowledge of the substance of the relevant proceedings.

2.    As the Court will recall, Defendants withheld numerous documents – interviews with various witnesses regarding whom they asserted confidentiality on the basis of a pending criminal investigation, which claim of privilege the Court upheld. Dkt. 216. One of the witness interviews they withheld was that of Becky Morse. Her deposition was taken in Oregon, where she lives, on August 19, 2014. After her deposition, Plaintiffs filed a status conference memorandum (Dkt. 228) in which they requested the Court to establish a cutoff date for Defendants to turn over any documents they wished to use in this case. At a status conference held on Sept. 26, 2016, the Court indicated that defendants continued to withhold documents on which they asserted a privilege at the risk of not being able to use them at trial. Subsequently, Defendants' counsel turned over certain previously withheld documents, including interviews of Becky Morse (and Ed Lyon), among others. Defense counsel Michael Allen subsequently told me that they provided these documents in light of the risk that they would not be allowed to use them due to the Court' statements at the status conference, or words to that effect.

3.    At her deposition, Becky Morse was asked if Jeanne Lyon had ever told her that an innocent man was in prison for the Jay French murder, to which

1

she answered she did not. Ex. 601:1-14. At that time, Plaintiffs did not have notes of her interview with LASD detective Steve Lankford, in which she said that Jeanne Lyon did tell her that an innocent man was in prison for the murder. Ex. 326-9:3-14. Accordingly, Plaintiffs were prevented from presenting this interview to Ms. Morse either to refresh her recollection or as a prior inconsistent statement. (As an aside we note that, despite the fact that these documents were purportedly withheld because the District Attorney's Office considered their confidentiality important to its ongoing investigation, Defense counsel, based on the statement Mr. Allen made to me, was able to and did make the decision purely in the interest of the defense in this civil case, which seriously undermines the integrity of the privilege's assertion in the first place.)

4.      Based on Plaintiffs' investigation, Maurice Soucy is dead, and we were unable to depose him. A copy of Mr. Soucy's Death Certificate, indicating his death on February 2, 1987, is attached as **Exhibit 354.**

5.      **Exhibit A** is a true and correct copy of an unpublished Order by U.S. District Judge Howard Matz, in *Goldstein v. City of Long Beach*, USDC Case no.: CV-04-9692, dated January 26, 2010;

6.      **Exhibit B** is a true and correct copy of an unpublished Order by U.S. District Judge Howard Matz, in *Lisker v. City of Los Angeles*, USDC Case no.: CV-09-09374, dated August 11, 2011;

7.      **Exhibit C** is a true and correct copy of an unpublished Order by U.S. District Judge Howard Matz, in *Lisker v. City of Los Angeles*, USDC Case no.: CV-09-09374, dated February 15, 2012;

8.      Attached hereto are true and correct copies of the following exhibits, which consist of documents or excerpts of documents produced by Defendant County of Los Angeles in discovery in this matter:

- **Exhibit 1.02** is a true and correct copy of the January 11, 1984 Los Angeles Police Report which includes the January 5, 1984 South Pasadena Police Department Report pertaining to the investigation of the murder of Jay French on January 5, 1984, file # 084-00004-2610-011 (D1004 – D1010);

- **Exhibit 1.04** is a true and correct copy of a January 10, 1984 County of Los Angeles Sheriff's Department Supplemental Report, file # 084-00004-2610-011, pertaining to the investigation of the murder of Jay French (D1012 – D1025);

- **Exhibit 1.10** is a true and correct copy of a South Pasadena Police Department supplemental report dated January 5, 1984 pertaining to the investigation of the murder of Jay French (D1034 – D1035);

- **Exhibit 1.12** is a true and correct copy of the County of Los Angeles Sheriff's Department – Supplemental Report  (Arrest Report) dated February 8, 1984, pertaining to the arrest of Plaintiff, Frank O'Connell (D1038 – D1049);

- **Exhibit 1.20** are true and correct excerpts of the Polygraph Statement of Frank O'Connell, taken on February 15, 1984 by the Los Angeles County Sheriff's Department (D1075 – D1176);

- **Exhibit 3.1** are true and correct copies of handwritten generated during the LASD investigation into the January 5, 1984 murder of Jay French (D2844 – D2856);

- **Exhibit 4.1** are true and correct copy of handwritten notes, authored by Detective JD Smith, during the LASD investigation into the January 5, 1984 murder of Jay French, of his interview with Gina Kay French (D2881 – D2883);

3

- **Exhibit 4.3** are true and correct copy of handwritten notes, authored by Detective JD Smith, during the LASD investigation into the January 5, 1984 murder of Jay French, (D2904);

- **Exhibit 4.4** are true and correct copies of handwritten notes, authored by Detective JD Smith, during the LASD investigation into the January 5, 1984 murder of Jay French, of his interview with Edward Lyon dated January 6, 1984 (D2896 - D2898);

- **Exhibit 5.1** are true and correct copies of handwritten notes authored by JD Smith during the LASD investigation into the January 5, 1984 murder of Jay French, of his interview of witnesses Maurice and Ina Soucy dated February 5, 1984 (D2942);

- **Exhibit 6.1** are true and correct copies of handwritten notes authored by JD Smith during the LASD investigation into the January 5, 1984 murder of Jay French, of his investigation of Edward Stephens dated February 28, 1984 (D2959 – D2962);

- **Exhibit 7.1** are true and correct copies of handwritten notes generated during the LASD investigation into the January 5, 1984 murder of Jay French, of detectives' interview with witness Maurice and Ina Soucy dated February 6, 1984 (D2975);

- **Exhibit 9** is a true and correct copy of a South Pasadena Police Department Inter-Office Correspondence memo dated February 8, 1984 from Lieutenant Hatfield to Lieutenant Ryan, with handwritten notes, generated during the investigation of the murder of Jay French on January 5, 1984, regarding an anonymous tip to the LASD's Altadena substation (D3195 – D3196);

- **Exhibit 10** are true and correct copies of documents from the LASD investigation of the January 5, 1984 murder of Jay French, which

4

includes a mug shot of Randall Smith, a post card from the Shanico Inn, handwritten notes re Randall Smith, and maps of Lebanon, Oregon (D3110-D3121);

- **Exhibit 11** are true and correct copies of handwritten notes, generated during the LASD investigation into the January 5, 1984 murder of Jay French, regarding their investigation of Randy Smith dated December 6 and December 7, 1984 (D3326-D3330);

- **Exhibit 16** is a true and correct copy of two polaroid photographs of a vehicle with woodgrain sides, generated during the Los Angeles Sheriff's Department investigation of the January 5, 1984 murder of Jay French (D3547);

- **Exhibit 22 i**s a true and correct copy of a letter from DDA Tamia Hope to Detective Smith requesting compliance with Discovery Order in *People v. Frank O'Connell*, A565559 (D3228);

- **Exhibit 23** is a true and correct copy of Motion for Pretrial Discovery in *People v. Frank O'Connell*, A565559 (D3233-D3235)

- **Exhibit 29** is a true and correct copy of Frank O'Connell's January 12, 1984 Los Angeles Sheriff's Department booking photo (D5178);

- **Exhibit 34** are true and correct copies of handwritten notes generated during the LASD investigation into the January 5, 1984 murder of Jay French, regarding interviews with witnesses Kimberly Wallach, Jill and David Lambert, and Carol H. Gwen (DA0086-0088);

9.    **Exhibit 100** is a true and correct copy of the Reporter's Transcript in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559).

- **Exhibit 100.1** are true and correct copies of excerpts of Gina French's trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.03** are true and correct copies of excerpts of Daniel Druecker's trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.04** are true and correct copies of excerpts of Maurice Soucy's trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.6** are true and correct copies of excerpts of Michael Lewis' trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.07** are true and correct copies of excerpts of Arturo Villareal's trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.08** are true and correct copies of excerpts of Kent Stoddard's trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.09** are true and correct copies of excerpts of Detective J.D. Smith's trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.10** are true and correct copies of excerpts of Jean Wilson's trial testimony in Frank O'Connell's underlying criminal

trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.11** are true and correct copies of excerpts of Pamela Wilson's trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.12** are true and correct copies of excerpts of Brenda Lee Rogers' trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.13** are true and correct copies of excerpts of Karen Baxter's trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.14** are true and correct copies of excerpts of James Hamilton's trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.15** are true and correct copies of excerpts of Scott Egerer's trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.16** are true and correct copies excerpts of Louis Hatfield's trial testimony in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559);

- **Exhibit 100.17** are trial transcript excerpts of closing arguments of counsel;

10.     The following exhibits are true and correct copies of the reporter's
transcript in Frank O'Connell's habeas evidentiary hearing (*In Re Frank
O'Connell on Habeas Corpus*, A565559).

- **Exhibit 201.01** are true and correct copies of excerpts of Daniel
  Drucker's habeas testimony;
- **Exhibit 201.03** are true and correct copies of excerpts of J.D. Smith's
  habeas testimony;
- **Exhibit 201.07** are true and correct excerpts from the transcript
  reflecting a stipulation between the District Attorney's Office and
  Plaintiff Frank O'Connell.

11.     **Exhibit 208** is a true and correct copy of a Declaration of Michael C.
Flick dated November 19, 2008 (P000281);

12.     **Exhibit 211** is a true and correct copy Affidavit of James Mack dated
June 1, 2005, submitted in support of Frank O'Connell's habeas petition;

13.     **Exhibit 221.1** is a true and correct copy of the "Mug" Show-Up
Folder (P0001806);

14.     **Exhibit 223** is a true and correct copy of the Order Dismissing
Charges against Frank O'Connell pursuant to PC 1382 dated June 11, 2012 (PD-
0016);

15.     **Exhibit 225** is a true and correct copy of the Order re Petition for Writ
of Habeas Corpus in *Frank O'Connell on Habeas Corpus,* A565559 dated March
29, 2012;

16.     **Exhibit 227** are true and correct copies of  the following documents
produced by Centurion Ministries in discovery in this action, pertaining to Randall
Jay Smith, in the matter of the *State of Oregon v. Randall Jay Smith*, case number
83122833: Indictment (CM001494), Transfer of Security Deposition to the Trustee

8

Bail Fund (CM001495), First Appearance Arraignment (CM001496); Order (CM001497); and Assignment of Bail/Security (CM001498);

17.    **Exhibit 232** is a true and correct copy of the Declaration of Juan R. Mejia, dated December 21, 2016;

18.    **Exhibits 322 and 326** are being filed under seal pursuant to the protective order (Dkt. 69) in this action;

19.    **Exhibit 330** is a true and correct copy of the Declaration of Edward Lyon dated September 28, 2014, produced by Centurion Ministries in discovery in this action;

20.    **Exhibit 332** is a true and correct copy of a photograph of Frank O'Connell taken in 1983, produced by Centurion Ministries in discovery in this action (CM000306);

21.    **Exhibit 333** is a true and correct copy of handwritten Declaration of Michael Flick dated February 9, 1999 (P002115);

22.    **Exhibit 334** is a true and correct copy of an audio recording made by Nick O'Connell while he was working at Centurion Ministries and answered the phone of a call made by Michael Flick to Centurion. This exhibit is being lodged with the Court.

23.    **Exhibit 350** are true and correct copies of photographs of the O'Connell family taken Christmas of 1983 (P004670);

24.    **Exhibit 351** is a true and correct copy of Travis's birth Certificate (P004667);

25.    **Exhibit 503** is a true and correct copy of excerpts of the transcript of the Initial Parole Consideration Hearing, which occurred on September 30, 1999, regarding Frank O'Connell (P002119-2147);

26.    **Exhibit 505** is a true and correct copy of excerpts of the transcript of a Subsequent Parole Consideration Hearing, which occurred on December 15, 2005, regarding Frank O'Connell (002157-2249);

27.    **Exhibit 507** is a true and correct copy of excerpts of the transcript of a Subsequent Parole Consideration Hearing, which occurred on January 30, 2009, regarding Frank O'Connell (P002259-2353);

28.    The following exhibits are excerpts of depositions taken in the instant action:

- **Exhibit 600** is a true and correct copy of excerpts of the Deposition of Danny Lee "Boone" Maynard, taken on August 20, 2014;

- **Exhibit 601 i**s a true and correct copy of excerpts of the Deposition of Rebecca Morse, taken on August 19, 2014;

- **Exhibit 602** is a true and correct copy of excerpts of the Deposition of Deborah Zitella taken on October 31, 2014;

- **Exhibit 605 i**s a true and correct copy of excerpts of the Deposition of James H. Oviatt, taken on May 13, 2016;

- **Exhibit 607** is a true and correct copy of excerpts of the Deposition of Thomas William Butler taken on May 17, 2016;

- **Exhibit 608** are true and correct copies of excerpts of the Deposition of Adolfo Delgado Lara taken on May 18, 2016 in the instant action;

- **Exhibit 610** is a true and correct copy of excerpts from the Deposition of Michael Flick taken on October 15, 2016;

- **Exhibit 612** is a true and correct copy of excerpts of the Deposition of Imogene Page, taken on October 14, 2016;

- **Exhibit 613** is a true and correct copy of excerpts of the Deposition of Daniel Druecker, taken on November 11, 2016;

- **Exhibit 614** is a true and correct copy of excerpts of the Deposition of Frank O'Connell, taken on December 7, 2016;

- **Exhibit 617** is a true and correct copy of excerpts from the Deposition of Kathleen Germond taken on December 1, 2016;

29.    Attached hereto as **Exhibit 700** is a true and correct copy of Gary Wells's Expert Report dated January 5, 2017, which was produced to Defendants as Plaintiffs; Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017;

30.    Attached hereto as **Exhibit 701** is a true and correct copy of Dr. Michael Gorin's expert report dated December 5, 2016, which was produced to Defendants as Plaintiffs' Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017;

31.    Exhibit **701.1** is a true and correct copy of Gary Wells's Expert Addendum dated January 5, 2017, which was produced to Defendants as Plaintiffs' Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017;

32.    Attached hereto as **Exhibit 702** is a true and correct copy of Dr. Paul Michel's expert report dated January 12, 2017, which was produced to Defendants as Plaintiffs' Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017;

33.    Attached hereto as **Exhibit 704** is a true and correct copy of Heidi L. Rummel's expert report dated January 19, 2017, which was produced to Defendants as Plaintiffs' Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017;

34.    Attached hereto as **Exhibit 707** is a true and correct copy Russell Fischer's expert report dated January 3, 2017, which was produced to Defendants as Plaintiffs' Expert Disclosures F.R.C.P. 26(a)(2) dated January 20, 2017.

/ / /

/ / /

/ / /

11

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on February 24, 2017, in Pasadena, California.

By: _/ s / Barrett S. Litt_

Barrett S. Litt