Barrett S. Litt, SBN 45527
Email: blitt@kmbllaw.com
Ronald O. Kaye, SBN 145051
Lindsay Battles, SBN 262862
KAYE, McLANE, BEDNARSKI & LITT
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Attorneys for Plaintiffs
Frank and Nicholas O'Connell

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK O'CONNELL, NICHOLAS O'CONNELL,<br><br>Plaintiffs,<br><br>vs.<br><br>J.D. SMITH; ESTATE OF GILBERT PARRA; ERIC PARRA; COUNTY OF LOS ANGELES AND DOES 1-10<br><br>Defendants. | CASE NO. 13-01905-MWF (PJWX)<br><br>[HONORABLE MICHAEL W. FITZGERALD]<br><br>**DECLARATION OF LINDSAY BATTLES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION REGARDING INDIVIDUAL LIABILITY ISSUES**<br><br>Date: April 24, 2017<br>Time: 10:00 A.M.<br>Courtroom: 5A |

# DECLARATION OF LINDSAY BATTLES

I, Lindsay Battles, declare,

1. I am associate attorney at the law firm of Kaye, McLane, Bednarski & Litt, LLP.  This declaration is submitted in support of Plaintiffs' Opposition to Defendants' Motion for Summary Adjudication Regarding Individual Liability Issues.  I am familiar with this case and the matters contained in this declaration, the Opposition, and Plaintiffs' Genuine Disputes.  The factual information contained in this declaration is based on discovery that has been produced in this action and my own knowledge of the substance of the relevant proceedings.

2. During discovery in this case, Defendants have produced no POST training materials that address *Brady* disclosure requirements.

3. Attached hereto as **Exhibit A** is a true and correct copy of Judge Dale S. Fischer's Order Denying Defendants' Motion to Dismiss Second Amended Complaint in *Shortt v. County of Los Angeles*, (Dkt. 79), 2:11-cv-05848-DSF.

4. Attached hereto are true and correct copies of the following exhibits, which consist of documents produced by Defendant County of Los Angeles in discovery in this matter:

- **Exhibit 4.05** are true and correct copies of handwritten notes generated during the LASD investigation into the January 5, 1984 murder of Jay French, of detectives' interview with witness Daniel Drucker on January 5, 1984 (D2878 – D880);

- **Exhibit 8-11** are true and correct copies of handwritten notes generated during the LASD investigation into the January 5, 1984 murder of Jay French, of detectives' interview with witness Arturo Villareal (D2997).

1

5. The following exhibits are true and correct copies of the reporter's transcript in Frank O'Connell's habeas evidentiary hearing (*In Re Frank O'Connell on Habeas Corpus*, A565559).

- **Exhibit 201.01** are true and correct copies of excerpts of Daniel Drucker's habeas testimony.

6. The following exhibits are excerpts of depositions taken in the instant action:

- **Exhibit 609** is a true and correct copy of excerpts of the Deposition of Gilbert Leslie, taken on October 5, 2016;
- **Exhibit 613** is a true and correct copy of excerpts of the Deposition of Daniel Druecker, taken on November 11, 2016;
- **Exhibit 614** is a true and correct copy of excerpts of the Deposition of Frank O'Connell taken on December 7 and 12, 2016;
- **Exhibit 616** is a true and correct copy of excerpts of the Deposition of Mike Bumcrot taken on December 21, 2016.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on March 24, 2017, in Pasadena, California.

By: / s / *Lindsay Battles*
Lindsay Battles