UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
FRANK O'CONNELL, NICHOLAS      )
O'CONNELL,                     )
                               )
         Plaintiffs,           )
                               )
      vs.                      ) Case No.
                               ) 13-CV-01905-
J.D. SMITH; ESTATE OF GILBERT  ) MWF (PJWx)
PARRA; ERIC PARRA, COUNTY OF   )
LOS ANGELES AND DOES 1-10,     )
                               )
         Defendants.           )
_____)
```

DEPOSITION OF MIKE BUMCROT

Pasadena, California

Wednesday, December 21, 2016

REPORTED BY:

JEAN KIM
CSR NO. 13555, RPR

JOB NO.
86942KAY

Ex. 616-1

MIKE BUMCROT - December 21, 2016
O'CONNELL VS. SMITH

| | | |
|---|---|---|
| 1 | received formal training in and list the areas of | 10:39:14 |
| 2 | constitutional responsibility in which you received | 10:39:19 |
| 3 | formal training.  And by "formal training," I mean | 10:39:22 |
| 4 | that you went to some kind of a class or sort of | 10:39:26 |
| 5 | some formally required educational process through | 10:39:35 |
| 6 | the sheriff's department. | 10:39:40 |
| 7 |     A    When I became a detective, you're talking | 10:39:42 |
| 8 | about? | 10:39:44 |
| 9 |     Q    From 1980 to 1985. | 10:39:45 |
| 10 |     A    From 1980 to 1985, the only formal training | 10:39:51 |
| 11 | I can recall that I received was the DOJ homicide | 10:39:55 |
| 12 | school. | 10:40:02 |
| 13 |     Q    All right.  And at that homicide school, | 10:40:04 |
| 14 | what were the areas of constitutional law that were | 10:40:13 |
| 15 | the subject of a formal training during that school? | 10:40:17 |
| 16 |     A    Well, that was so long ago.  The only thing | 10:40:20 |
| 17 | I can recall is a -- it discussed search and | 10:40:24 |
| 18 | seizure.  They did discuss Brady.  And that's all I | 10:40:34 |
| 19 | can recall. | 10:40:42 |
| 20 |     Q    So the only two issues that you can recall | 10:40:45 |
| 21 | are search and seizure and Brady? | 10:40:47 |
| 22 |     A    As far as formal training, yes. | 10:40:49 |
| 23 |     Q    So was there formal training in eyewitness | 10:40:55 |
| 24 | identification procedures? | 10:41:04 |
| 25 |     A    I do recall lineup procedures, and I | 10:41:09 |

**Ex. 616-31**

**MIKE BUMCROT - December 21, 2016**
**O'CONNELL VS. SMITH**

| | | |
|---|---|---|
| 1 | And I can't sit here and tell you we | 12:26:09 |
| 2 | discussed Brady one day and another case on another | 12:26:11 |
| 3 | day, but we discussed whatever the flavor of the day | 12:26:14 |
| 4 | was. | 12:26:18 |
| 5 | Q   So my question is a little different. | 12:26:18 |
| 6 | Is -- was there any established procedure | 12:26:20 |
| 7 | where, if an officer wasn't sure that this was Brady | 12:26:24 |
| 8 | information, that something -- some piece of | 12:26:35 |
| 9 | information was Brady information, there was | 12:26:40 |
| 10 | somebody that they should consult on that issue? | 12:26:43 |
| 11 | A   Only informally, where you would go to | 12:26:46 |
| 12 | someone who had more experience and discussed cases | 12:26:50 |
| 13 | with him. | 12:26:56 |
| 14 | Q   And that informal process would depend on | 12:26:57 |
| 15 | the initiative of the investigating officer; right? | 12:27:01 |
| 16 | A   True. | 12:27:05 |
| 17 | Q   And it would depend on whether or not that | 12:27:08 |
| 18 | investigating officer had any understanding of Brady | 12:27:12 |
| 19 | sufficient to let the officer know that this was | 12:27:17 |
| 20 | something he should ask about; right? | 12:27:24 |
| 21 | A   Yes. | 12:27:28 |
| 22 | Q   And there was no formal process that | 12:27:29 |
| 23 | ensured that every investigator had that | 12:27:34 |
| 24 | understanding; correct? | 12:27:36 |
| 25 | A   Correct. | 12:27:38 |

**Ex. 616-87**

**MIKE BUMCROT - December 21, 2016**
**O'CONNELL VS. SMITH**

| | | |
|---|---|---|
| 1 | Q    So with the notebooks -- and now I'm going | 12:27:51 |
| 2 | back to -- if I understand your testimony at least | 12:27:57 |
| 3 | today, the whole file is provided, including | 12:28:01 |
| 4 | notebooks, to the district attorney; is that right? | 12:28:06 |
| 5 | A    ==As long as I've been assigned to homicide,== | 12:28:10 |
| 6 | ==the entire file has been turned over to the district== | 12:28:12 |
| 7 | ==attorney.== | 12:28:17 |
| 8 | Q    Is there any formal policy that you're | 12:28:17 |
| 9 | aware of that required that? | 12:28:21 |
| 10 | A    I don't know about formal policy, but it | 12:28:25 |
| 11 | was just something that you did when you turned in | 12:28:28 |
| 12 | your reports.  To make a murder book, you had to | 12:28:34 |
| 13 | fill out a form that's -- that would list how many | 12:28:37 |
| 14 | copies you needed, and it would say one for the DA, | 12:28:40 |
| 15 | one for the defense attorney, and you knew by | 12:28:44 |
| 16 | experience how many cases -- I mean how many copies | 12:28:48 |
| 17 | of the case you needed to take to file the case. | 12:28:52 |
| 18 | Q    Well, the murder book -- did the murder | 12:28:56 |
| 19 | book routinely include all the handwritten notes? | 12:28:59 |
| 20 | Well, let me take a step back. | 12:29:04 |
| 21 | Your murder books in the early 1980s, did | 12:29:07 |
| 22 | they always list -- the murder book has -- or | 12:29:12 |
| 23 | strike that. | 12:29:12 |
| 24 | The murder book usually has a table of | 12:29:18 |
| 25 | contents; right? | 12:29:20 |

MIKE BUMCROT - December 21, 2016
O'CONNELL VS. SMITH

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 12:29:21 |
| 2 | Q | And the table of contents identifies each | 12:29:22 |
| 3 | | discrete type of document that's contained in the | 12:29:27 |
| 4 | | murder book; right? | 12:29:30 |
| 5 | A | Correct. | 12:29:31 |
| 6 | Q | And in the murder books that you did in the | 12:29:31 |
| 7 | | early 1980s, did the murder book itself include and | 12:29:40 |
| 8 | | list in the table of contents each of your | 12:29:44 |
| 9 | | notebooks? | 12:29:47 |
| 10 | A | No. | 12:29:47 |
| 11 | Q | ==So the murder book itself did not== | 12:29:47 |
| 12 | | ==necessarily include the notebooks; right?== | 12:29:50 |
| 13 | ==A== | ==It did not --== | 12:29:53 |
| 14 | ==Q== | ==Okay.== | 12:29:55 |
| 15 | ==A== | ==-- include the notebooks.== | 12:29:55 |
| 16 | ==Q== | ==So it normally does not include the== | 12:29:57 |
| 17 | | ==notebooks; right?== | 12:30:00 |
| 18 | ==A== | ==The murder book did not, no.== | 12:30:01 |
| 19 | Q | Right.  So was there any procedure -- well, | 12:30:03 |
| 20 | | was there any procedure that required that the | 12:30:10 |
| 21 | | murder book be turned over to the district attorney, | 12:30:12 |
| 22 | | any formal procedure? | 12:30:18 |
| 23 | A | I believe that was in the homicide manual. | 12:30:19 |
| 24 | Q | And was it in the homicide manual in its | 12:30:23 |
| 25 | | version in the '80s -- in the early '80s? | 12:30:27 |

MIKE BUMCROT - December 21, 2016
O'CONNELL VS. SMITH

| | | | |
|---|---|---|---|
| 1 | A | I believe so. | 12:30:30 |
| 2 | Q | Now, we've established that the murder book | 12:30:34 |
| 3 | | did not include the handwritten notebooks by the -- | 12:30:37 |
| 4 | | of the detectives; correct? | 12:30:44 |
| 5 | A | Correct. | 12:30:45 |
| 6 | Q | Was there any established procedure in the | 12:30:45 |
| 7 | | manual similar to the murder book that required that | 12:30:50 |
| 8 | | the notebooks be turned over to the district | 12:30:55 |
| 9 | | attorney? | 12:30:58 |
| 10 | A | I don't believe so.  Just experience and | 12:30:58 |
| 11 | | filing cases. | 12:31:03 |
| 12 | Q | And I've heard the term "poor boy" used. | 12:31:07 |
| 13 | | Have you heard that term? | 12:31:10 |
| 14 | A | Yes. | 12:31:11 |
| 15 | Q | What does it mean? | 12:31:11 |
| 16 | A | That's the case file. | 12:31:12 |
| 17 | Q | So the poor boy includes the -- the | 12:31:14 |
| 18 | | notebooks, the detectives' notebooks; right? | 12:31:20 |
| 19 | A | Yes. | 12:31:23 |
| 20 | Q | And it includes the murder book; right? | 12:31:26 |
| 21 | A | Yes. | 12:31:27 |
| 22 | Q | Is there anything else that it includes? | 12:31:28 |
| 23 | A | Yes.  Several things. | 12:31:30 |
| 24 | Q | What are those? | 12:31:31 |
| 25 | A | Crime scene photographs, coroner's | 12:31:32 |

MIKE BUMCROT - December 21, 2016
O'CONNELL VS. SMITH

| | | |
|---|---|---|
| 1 | photographs, all information regarding witnesses and | 12:31:37 |
| 2 | suspects and family members, telephone calls that | 12:31:41 |
| 3 | you receive on the case, any wanted fliers that you | 12:31:47 |
| 4 | might put out on the case. | 12:31:54 |
| 5 | So everything involved in the case goes in | 12:31:55 |
| 6 | the poor boy. | 12:31:58 |
| 7 | Q   And currently is there any formal policy | 12:32:04 |
| 8 | that requires that the poor boy -- the whole | 12:32:11 |
| 9 | poor boy be provided to the district attorney? | 12:32:17 |
| 10 | A   The whole poor boy, no. | 12:32:19 |
| 11 | Q   Is there any -- currently or at any time | 12:32:24 |
| 12 | that -- since 1980, has there ever been any formal | 12:32:28 |
| 13 | policy that required that the detectives' notebooks | 12:32:35 |
| 14 | be turned over to the district attorney? | 12:32:38 |
| 15 | A   No formal policy. | 12:32:41 |
| 16 | Q   Was there any formal training or policy | 12:33:09 |
| 17 | regarding the detectives' notebooks and how to write | 12:33:17 |
| 18 | down what went in them, maintain them, anything like | 12:33:21 |
| 19 | that? | 12:33:26 |
| 20 | A   No. | 12:33:26 |
| 21 | Q   So going back to police reports. | 12:33:56 |
| 22 | I'm going to show you a document that we've | 12:34:24 |
| 23 | marked as Exhibit 401. | 12:34:27 |
| 24 | Can you tell me what this document is?  Are | 12:34:48 |
| 25 | you able to identify it? | 12:34:51 |

MIKE BUMCROT - December 21, 2016
O'CONNELL VS. SMITH

| | | |
|---|---|---|
| 1 | Q    Is information that detectives believe -- | 12:44:42 |
| 2 |      Is something -- well, let me rephrase it | 12:45:05 |
| 3 | this way. | 12:45:06 |
| 4 |      Is something that may be Brady information, | 12:45:07 |
| 5 | can it be taken out of that category of Brady | 12:45:09 |
| 6 | information if detectives believe it is outweighed | 12:45:14 |
| 7 | by other or less credible or more credible evidence? | 12:45:17 |
| 8 |      MR. GONZALES:  Well, lack of foundation. | 12:45:21 |
| 9 | And it would be speculation. | 12:45:24 |
| 10 |      But go ahead. | 12:45:25 |
| 11 |      THE WITNESS:  I don't believe so. | 12:45:26 |
| 12 | BY MR. LITT: | 12:45:51 |
| 13 | Q    On eyewitness identifications, were there | 12:45:51 |
| 14 | any documents at any time from the sheriff's | 12:45:53 |
| 15 | department or used by the sheriff's department in a | 12:46:01 |
| 16 | formal way addressing what was involved in a proper | 12:46:04 |
| 17 | eyewitness identification procedure? | 12:46:14 |
| 18 | A    I don't recall anything in writing | 12:46:19 |
| 19 | involving a witness identification other than live | 12:46:23 |
| 20 | lineups. | 12:46:27 |
| 21 | ==Q    So was there any formal training of any== | 12:46:31 |
| 22 | ==kind regarding the use of photo arrays or photo== | 12:46:35 |
| 23 | ==identifications?== | 12:46:46 |
| 24 | ==A    I don't recall any formal training.  I do== | 12:46:47 |
| 25 | ==recall some training memos from the DA's office.== | 12:46:50 |

**Ex. 616-97**

MIKE BUMCROT - December 21, 2016
O'CONNELL VS. SMITH

| | | |
|---|---|---|
| 1 | Every detective did it a little differently.  I know | 12:46:55 |
| 2 | of one detective who didn't even show a six pack. | 12:47:01 |
| 3 | He would show eight to ten loose photographs instead | 12:47:06 |
| 4 | of a six pack.  And so everybody was trained -- most | 12:47:09 |
| 5 | everybody was trained to use the six pack, but | 12:47:14 |
| 6 | everybody did it differently. | 12:47:17 |
| 7 |     Q    And by a "six pack," you mean a group of | 12:47:19 |
| 8 | six photographs on a single page? | 12:47:23 |
| 9 |     A    Yes. | 12:47:26 |
| 10 |     Q    Has there ever been training within the | 12:47:38 |
| 11 | sheriff's department at any time on the potential | 12:47:41 |
| 12 | for an investigator who's involved in the | 12:47:46 |
| 13 | investigation, potentially influencing the witness, | 12:47:53 |
| 14 | even if unconsciously, in the selection process? | 12:48:02 |
| 15 |     A    Only recently. | 12:48:06 |
| 16 |     Q    And when you say "recently," when was that? | 12:48:12 |
| 17 |     A    In the last two years. | 12:48:15 |
| 18 |     Q    And what has happened in the last | 12:48:22 |
| 19 | two years? | 12:48:24 |
| 20 |     A    Nothing. | 12:48:24 |
| 21 |     Q    I thought you said that in the last | 12:48:25 |
| 22 | two years there's been some training that hadn't | 12:48:28 |
| 23 | occurred before. | 12:48:31 |
| 24 |     A    It wasn't training.  It was some executives | 12:48:32 |
| 25 | decided it would be best to show a double-blind | 12:48:36 |

MIKE BUMCROT - December 21, 2016
O'CONNELL VS. SMITH

```
 1   six pack.  And they eventually shelved that idea.        12:48:40
 2        Q    Okay.  So -- and explain what a                12:48:45
 3   double-blind process is.                                 12:48:50
 4        A    That would be if you were working homicide     12:48:51
 5   and, to come up with some suspects, you put the          12:48:55
 6   six pack together and give it to me and I go out         12:48:59
 7   and -- because I know nothing about the case, and        12:49:01
 8   show the witnesses a six pack.                           12:49:04
 9        Q    And the idea of that is that that would        12:49:06
10   eliminate -- because you don't know which one of the     12:49:11
11   photographs is the suspect, that would eliminate the     12:49:13
12   potential for unconscious influence?                     12:49:16
13        A    Supposedly, yes.                               12:49:20
14        Q    And do you know why that was shelved?          12:49:22
15        A    It was decided that it was not a functional    12:49:28
16   idea.                                                    12:49:30
17        Q    Can you elaborate what you mean by that?       12:49:37
18        A    Well, that if --                               12:49:38
19             MR. GONZALES:  It's a lack of foundation.      12:49:39
20             But go ahead and -- from what you know.        12:49:40
21             THE WITNESS:  From what I know, if you're      12:49:41
22   working a murder and you ask one of us to show the       12:49:43
23   six pack and we're all running on our own murders,       12:49:48
24   it's going to mean we're going to have to work           12:49:50
25   overtime to assist you on your case.                     12:49:52
```

Ex. 616-99

MIKE BUMCROT - December 21, 2016
O'CONNELL VS. SMITH

```
 1         And they decided that, because of overtime          12:49:55
 2    constraints, they would not go with that idea.           12:49:59
 3    BY MR. LITT:                                             12:50:02
 4         Q    All right.  So is it a correct statement       12:50:12
 5    that the sheriff's department has no and has never       12:50:15
 6    had any formal policy on how to prevent unwitting or     12:50:24
 7    subconscious or unconscious influences on an             12:50:36
 8    eyewitness identification?                               12:50:41
 9         A    I've seen nothing formal.                      12:50:43
10         Q    And I take it that you would expect that,     12:50:51
11    were there such a document, you would have seen it?     12:50:55
12         A    Well, at least when I was active.             12:50:57
13         Q    Was there any training -- so you mentioned    12:51:36
14    that there was training on a live identification        12:51:39
15    process?                                                12:51:45
16         A    A live lineup, yes.                           12:51:45
17         Q    A live lineup.                                12:51:48
18              What do you recall -- did that exist in the   12:51:51
19    early '80s?                                             12:51:53
20         A    Yes.                                          12:51:54
21         Q    What do you recall about that training?       12:51:55
22         A    The robbery detail ran the lineup at the      12:51:56
23    Central Jail, and the homicide detectives would         12:51:59
24    request a live lineup.  It was up to the robbery        12:52:04
25    detail to find fillers along with the person you        12:52:08
```