Barrett S. Litt, SBN 45527
Email: blitt@kmbllaw.com
Ronald O. Kaye, SBN 145051
Lindsay Battles, SBN 262862
KAYE, McLANE, BEDNARSKI & LITT
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Attorneys for Plaintiffs
Frank and Nicholas O'Connell

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK O'CONNELL, NICHOLAS O'CONNELL, <br><br>Plaintiffs, <br><br>vs. <br><br>J.D. SMITH; ESTATE OF GILBERT PARRA; ERIC PARRA; COUNTY OF LOS ANGELES AND DOES 1-10 <br><br>Defendants. | CASE NO. 13-01905-MWF (PJWX) <br><br>[HONORABLE MICHAEL W. FITZGERALD] <br><br>**DECLARATION OF BARRETT S. LITT IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THE DEFENSE OF GUILT** <br><br>Date: April 24, 2017 <br>Time: 10:00 A.M. <br>Courtroom: 5A |

# DECLARATION OF BARRETT S. LITT

I, Barrett S. Litt, declare,

1. I am associate attorney at the law firm of Kaye, McLane, Bednarski & Litt, LLP. This declaration is submitted in support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Adjudication Regarding Guilt ("Reply") and Plaintiffs' Evidentiary Objections in Opposition to Defendants' Motion for Summary Adjudication ("Plaintiffs' Evidentiary Objections"). I am familiar with this case and the matters contained in this declaration, the Reply, and Plaintiffs' Evidentiary Objections. The factual information contained in this declaration is based on discovery that been produced in this action and my own knowledge of the substance of the relevant proceedings.

2. Attached hereto are true and correct copies of the following exhibits, which consist of documents produced by Defendant County of Los Angeles in discovery in this matter:

- **Exhibit 1.20** is a true and correct copy of relevant portions of the transcript of the Polygraph Statement of Frank O'Connell, taken on February 15, 1984, by the Los Angeles County Sheriff's Department, pertaining to the investigation of the murder of Jay French on January 5, 1984, file # 084-00004-2610-011 (D1075 – D1177).

3. The following exhibits are excerpts of the Reporter's Transcript in Frank O'Connell's underlying criminal trial (*People of the State of California v. Frank O'Connell*, No. A565559). (The complete transcript is Ex. 100).

- **Exhibit 100.09** are excerpts of detective J.D. Smith's trial testimony;

4. Exhibits **317, 346, 347 and 348** are being filed under seal pursuant to the protective orders (Dkt. 69 and 167) in this action;

5. The following exhibits are excerpts of depositions taken in the instant action:

1

- **Exhibit 613** is a true and correct copy of excerpts of the Deposition of Daniel Druecker, taken on November 11, 2016;
- **Exhibit 614** is a true and correct copy of excerpts of the Deposition of Frank O'Connell taken on December 7 and 12, 2016.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 10, 2017, in Pasadena, California.

By: _/ s / Barrett S. Litt_
Barrett S. Litt