PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
MICHAEL D. ALLEN, State Bar No. 198126
mallen@lbaclaw.com
LAUREN T. KRAPF, State Bar No. 292115
lkrapf@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants,
COUNTY OF LOS ANGELES, J.D. SMITH and ERIC PARRA

**UNITED STATES DISTRICT OF COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK O'CONNELL, NICHOLAS O'CONNELL<br><br>Plaintiffs,<br><br>v.<br><br>J.D. SMITH; ESTATE OF GILBERT PARRA; ERIC PARRA, COUNTY OF LOS ANGELES AND DOES 1-10.<br><br>Defendants. | Case No. 13-CV-01905-MWF (PJWx)<br><br>Honorable Michael W. Fitzgerald<br><br>**DECLARATION AND EXHIBITS OF LAUREN T. KRAPF IN SUPPORT OF DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION OF INDIVIDUAL ISSUES**<br><br>*[Reply To Opposition To Motion For Summary Judgment; Evidentiary Objections; Reply And Objections To Plaintiffs' Statement Of Genuine Disputes; and Response To Plaintiffs' Additional Material Facts filed concurrently herewith]*<br><br>Date:  April 24, 2017<br>Time:  10:00 A.M.<br>Crtm:  5A |

1

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
2  ATTORNEYS OF RECORD:
3      Defendants COUNTY OF LOS ANGELES, J.D. SMITH and ERIC
4  PARRA submit the attached Declaration of Lauren T. Krapf in support of their
5  Memorandum of Points and Authorities in reply to Plaintiffs' opposition to their
6  Motion for Summary Judgment, or Alternatively, Summary Adjudication of
7  Individual Issues.

**DECLARATION OF LAUREN T. KRAPF**

I, Lauren T. Krapf, declare as follows:

1.  I am an attorney at law, duly authorized to practice before this Court and I am an associate in the law firm of Lawrence Beach Allen & Choi, PC, attorneys for Defendants COUNTY OF LOS ANGELES, J.D. SMITH and ERIC PARRA in the within entitled action. I have personal knowledge of the facts stated herein. If called to testify to the matters herein, I could and would competently do so.

2.  Attached to and incorporated by reference as Defendants' Additional MSJ Exhibit "AH" are true and correct copies of pages from the Reporter's Transcript of the October 5, 2016 Videotaped Deposition of Lieutenant Gilbert Leslie in *Frank O'Connell v. J.D. Smith et al.*, Case No. 13-CV-00-MWF (PJWx).

3.  Attached to and incorporated by reference as Defendants' Additional MSJ Exhibit "AI" are true and correct copies of pages from the Reporter's Transcript of the December 21, 2016 Videotaped Deposition of Mike Bumcrot in *Frank O'Connell v. J.D. Smith et al.*, Case No. 13-CV-00-MWF (PJWx).

4.  Attached to and incorporated by reference as Defendants' Additional MSJ Exhibit "AJ" are true and correct copies of pages from the Reporter's Transcript of the Proceedings Re: Habeas Corpus Petition for *In Re Frank O'Connell on Habeas Corpus*, Case No. 565559.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed on April 10, 2017 at Glendale, California.

Lauren T. Krapf

3