PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
MICHAEL D. ALLEN, State Bar No. 198126
mallen@lbaclaw.com
LAUREN T. KRAPF, State Bar No. 292115
lkrapf@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants,
COUNTY OF LOS ANGELES, J.D. SMITH and ERIC PARRA

## UNITED STATES DISTRICT OF COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK O'CONNELL, NICHOLAS O'CONNELL | Case No. 13-CV-01905-MWF (PJWx) |
| Plaintiffs, | Honorable Michael W. Fitzgerald |
| v. | **NOTICE OF SETTLEMENT** |
| J.D. SMITH; ESTATE OF GILBERT PARRA; ERIC PARRA, COUNTY OF LOS ANGELES AND DOES 1-10. | |
| Defendants. | |

TO THE HONORABLE COURT, AND TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Central District of California Local Rule 16-15.7(a), this is to notify the Court that the parties have reached a settlement in this matter that, upon final approval by the Los Angeles County Board of Supervisors ("Board"), will

1

result in a dismissal of Case No. 13-CV-01905 in its entirety (which shall include any and all remaining claims and/or allegations as well as any claims and/or allegations that have previously been dismissed without prejudice), with prejudice. Final approval by the Board normally takes approximately 90-120 days following settlement, but the parties are aware that such final approval can often take up to six months.

Dated:  April 28, 2017                    LAWRENCE BEACH ALLEN & CHOI PC

                              By:  /s/ Michael D. Allen
                                   Michael D. Allen
                                   Attorneys for Defendants,
                                   COUNTY OF LOS ANGELES, J.D.
                                   SMITH and ERIC PARRA