# UNITED STATES DISTRICT OF COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK O'CONNELL, NICHOLAS O'CONNELL<br><br>Plaintiffs,<br><br>v.<br><br>J.D. SMITH; ESTATE OF GILBERT PARRA; ERIC PARRA, COUNTY OF LOS ANGELES AND DOES 1-10.<br><br>Defendants. | Case No. 13-CV-01905-MWF (PJWx)<br><br>Honorable Michael W. Fitzgerald<br><br>**ORDER RE STIPULATION RE DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT**<br><br>[Fed. R. Civ. P. Rule 41(a)] |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Case No. 13-CV-01905 be dismissed in its entirety, with prejudice. This includes any and all remaining claims and/or allegations as well as any claims and/or allegations that have previously been dismissed without prejudice. The Court retains jurisdiction for the sole purpose of enforcing, if necessary, the Settlement Agreement between the parties. All parties are to bear their own fees and costs.

IT IS SO ORDERED.

DATED: November 22, 2017  _____

HONORABLE MICHAEL W. FITZGERALD
United States District Judge